UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Oscar Cruz; Mynor Polanco; Carlos Vasquez**<br><br>*Plaintiff*<br><br>v.<br><br>**Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service; Theodore Passelis**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-9200-GRB-ARL<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Roy Beierlein, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on January 5, 2024, at 1:34 pm at 14 The Spur, Locust Valley, NY 11560, Deponent served the within Summons Theodore Passelis, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Theodore Passelis, Defendant therein named, (hereinafter referred to as "subject") by personal service by handing the following documents to an individual identified as Theodore Passelis.

Additional Description:
I delivered the documents to Theodore Passelis.

White Male, est. age 55-64, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.8804957,-73.5867328

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

Executed in Nassau County, NY on 1/10/2024.

/s/ *Roy Beierlein*
Signature
Server Name: Roy Beierlein
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA