# AFFIDAVIT OF SERVICE

| Case: 2:23-cv-09200-GRB-ARL | Court: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: , NY | Job: 10250295 (433904) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Oscar Cruz, Mynor Polanco and Carlos Vasquez, (individually and on behalf of all others similarly situated) | | **Defendant / Respondent:** Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service, and Theodore Passelis, | |
| **Received by:** Guardian Process Serving | | **For:** PROOF | |
| **To be served upon:** DeMarco Bros Landscaping & Tree Service Corp C/O NEW YORK SECRETARY OF STATE | | | |

I, David Jacques, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nancy Dougherty, ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210
**Manner of Service:** Secretary of State, Jan 16, 2024, 4:21 pm EST
**Documents:** Summons and Complaint (Received Jan 5, 2024 at 11:24am EST)

**Additional Comments:**
1) Successful Attempt: Jan 16, 2024, 4:21 pm EST at ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210 received by Nancy Dougherty. Age: 50-60; Ethnicity: Caucasian; Gender: Female; Weight: 120-140; Height: 5'4"; Hair: Brown; Relationship: BUSINESS DOCUMENT SPEC 2;

_____   01/19/2024
David Jacques                Date

Guardian Process Serving
137 EXCHANGE ST
ALBANY, NY 12205
518.212.7355

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

1/19/24     5/28/27
Date        Commission Expires

ANDREW L ROBERTS
01RO4982094
Notary Public, State of New York
Qualified in SCHENECTADY County
My commission expires MAY 28th, 20 27