UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
Oscar Cruz, Mynor Polanco and Carlos Vasquez, : Case No.: 23-CV-09200
*individually and on behalf of others similarly situated,* : (GRB)(ARL)

        Plaintiff, :
              : **NOTICE OF APPEARANCE**
      - against - :

Demarco Bros Landscaping & Tree Service Corp d/b/a :
Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo :
North Shore Tree Service d/b/a North Shore Tree Service, :
and Theodore Passelis, :

        Defendants. :
-------------------------------------------------------------------------- X

**PLEASE TAKE NOTICE,** that the defendants Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service, and Theodore Passelis, by their attorneys, the Law Offices of Michael P. Giampilis, P.C., hereby appear in this action and demands that you serve all papers in this action upon the undersigned at the office address stated herein.

Dated: January 25, 2024
    Smithtown, New York

            LAW OFFICES OF
            MICHAEL P. GIAMPILIS, P.C.


            */s Michael P. Giampilis*
            By: Michael P. Giampilis (MG3386)
            Attorney for All Defendants
            2 Supreme Court
            Smithtown, New York 11787
            (516) 739-5838
            (631) 406-6437 fax
            mgiampilis@giampilislaw.com

To:    Steven John Moser, Esq.
Moser Law Firm, P.C.
Attorneys for Plaintiff
5 E Main Street
Huntington, New York 11743
(631) 824-0200
steven.moser@moserlawfirm.com

2