UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

Oscar Cruz, Mynor Polanco and Carlos Vasquez,                    :        Case No.:  23-CV-09200
*individually and on behalf of others similarly situated,*       :        (GRB)(ARL)

                      Plaintiff,    :

                 - against -    :        **<u>RULE 7.1 STATEMENT</u>**

                                    :

                                    :

Demarco Bros Landscaping & Tree Service Corp d/b/a              :
Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo           :
North Shore Tree Service d/b/a North Shore Tree Service,       :
and Theodore Passelis,                                         :

                         :

               Defendants.    :

------------------------------------------------------------------------ X

       Pursuant to Rule 7.1 (formerly Local Civil Rule 1.9) of the Federal Rules of Civil

Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for Defendant Demarco Bros

Landscaping & Tree Service Corp. is not publicly traded, does not have subsidiaries

which are publicly traded and is not a subsidiary of publicly traded companies.

Dated: January 25, 2024
      Smithtown, New York

                                LAW OFFICES OF
                                MICHAEL P. GIAMPILIS, P.C.

                                */s Michael P. Giampilis*
                                By: Michael P. Giampilis (MG3386)
                                Attorney for All Defendants
                                2 Supreme Court
                                Smithtown, New York 11787
                                (516) 739-5838
                                (631) 406-6437 fax
                                mgiampilis@giampilislaw.com

To:   Steven John Moser, Esq.
      Moser Law Firm, P.C.
      Attorneys for Plaintiff

5 E Main Street
Huntington, New York 11743
(631) 824-0200
steven.moser@moserlawfirm.com