

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

April 11, 2024

**VIA ECF**

Hon. Arlene R. Lindsay, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:     *Cruz v Demarco Bros Landscaping & Tree Service Corp*
        Case No. 2:23-cv-9200 (GRB)(ARL)

Dear Judge Lindsay:

I represent the Plaintiffs in the above-referenced matter.  By this letter, the parties jointly and respectfully request an extension of the discovery deadlines *nunc pro tunc*. This is the first request for an extension of time.  The reasons for this request are twofold: First, the Defendants had difficulties locating documents, resulting in a domino effect on the remainder of the discovery deadlines.  In addition the parties have agreed to conditional certification under the FLSA and notice to the collective.

The parties are working diligently and will be ready to comply with the amended dates as follows:

| | | |
|---|---|---|
| Exchange of Documents as per FLSA order | 3/6/2024 | 4/16/2024 |
| Responses to Court Interrogatories | 3/21/2024 | 4/22/2024 |
| In-person meet and confer | 4/22/20245 | 30 days after the expiration of the opt-in period |
| Joint Status Report | 4/30/2024 | 7 days after the in-person Meet and Confer |
| Expert Discovery | The parties do not anticipate the need for Expert discovery and respectfully request leave to furnish a proposed deadline for completion of Expert discovery, if any, with the Joint Status Report. | |

MOSER LAW FIRM, PC

Hon. Arlene R. Lindsay, USMJ
Re:    *Cruz v. Demarco Brothers*
Page 2

     Annexed please find a proposed so-ordered stipulation regarding collective certification and a proposed notice in English.  The parties are working together together to finalize the Spanish translation thereof.

     The parties respectfully request that the Court so-order the stipulation and proposed notice and amend the schedule as set forth herein.

     Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF