

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

June 26, 2024

**VIA ECF**

Hon. Arlene R. Lindsay, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:   *Cruz v Demarco Bros Landscaping & Tree Service Corp,* Case No. 2:23-cv-9200 (GRB)(ARL)

Dear Judge Lindsay:

Please accept this status report regarding the dissemination of notice under the FLSA. Consistent with the Court's order dated April 15th, 2024 we mailed notices and opt in forms to 12 individuals on May 27th, 2024. The opt-in period closes today. As of the date hereof, we have not received any opt-in forms.

Furthermore, we write to advise the Court that two notices were returned as undeliverable. Copies of these envelopes are annexed hereto.

Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:   All counsel of record via ECF