**CONSENTIMIENTO PARA UNIRSE A LA DEMANDA**

1. Doy mi consentimiento para ser una de las partes demandantes en la demanda *Cruz contra DeMarco Bros Landscaping & Tree Service Corp*, Tribunal de Distrito de EE. UU., Distrito Este de Nueva York, demanda civil número 23-CV-9200 para solicitar reparación por las infracciones de la Ley de Normas Laborales Justas, de conformidad con el artículo 216(b) del Título 29 del Código de EE. UU.

2. Mediante mi firma y devolución de este formulario de consentimiento, designo a los demandantes y a su abogado Moser Law Firm, P.C. ("la firma") para que me representen y tomen decisiones en mi nombre en relación al litigio y cualquier conciliación. Entiendo que los costos razonables incurridos en mi nombre serán descontados de cualquier monto de conciliación o sentencia de forma prorrateada entre todos los demandantes. Entiendo que la firma puede solicitar al tribunal que le adjudique los honorarios y gastos razonables de abogado si este caso se concilia o se recibe una sentencia monetaria y que recibirá una proporción de tal monto bruto de la conciliación o sentencia. Usted puede solicitar una copia del acuerdo de honorarios legales de esta firma con los demandantes. Acepto quedar vinculado por cualquier adjudicación de esta acción por un tribunal, ya sea favorable o desfavorable.

*German de Jesús Portillo*
ID iQgTbEZUdNqu37LWih16gg5L
Nombre (en letra de molde)

*German*                              7/1/2024
ID iQgTbEZUdNqu37LWih16gg5L
Firma                                 Fecha

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Dirección

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Ciudad, estado, código postal

▓▓▓▓▓▓▓▓
Número de teléfono

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Correo electrónico