**LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.**
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437
mgiampilis@giampilislaw.com

July 12, 2024

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

Re:     **Request for Extension of time to file Opposition to Plaintiff's Motion for Extension of time to File Consent Form**
Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Justice Lindsay:

      This firm represents all Defendants in the above referenced action. This letter is written to request a short extension through July 19, 2024 for Defendants to submit their opposition to the letter motion filed by Plaintiffs (ECF No. 18) in the above matter seeking the Court's approval of their self-admitted late filing of a potential opt-in plaintiff consent form in response to the Court authorized notice mailed to all potential collective action opt-ins (the "Notice"). I sought consent from Plaintiffs' counsel, Steven Moser, Esq., for this requested extension but he denied my request via email stating that, "As we believe there is no good faith basis for opposing the motion we do not consent." This is obviously belied by the fact that the proposed opt-in consent form was filed after the Notice deadline date of June 26, 2024. That alone is defendants' good faith reason to oppose the Plaintiffs' motion.

      This is the Defendants' first request for an extension of time to file their opposition to Plaintiff's letter motion. Kindly advise if Defendants' request is acceptable to this Court. Thank you for your attention to this matter.

Sincerely,

*s/ Michael P. Giampilis*
Michael P. Giampilis
