

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

August 6, 2024

**VIA ECF**

Hon. Arlene R. Lindsay, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

      Re:    *Cruz v Demarco Bros Landscaping & Tree Service Corp*
               Case No. 2:23-cv-9200 (GRB)(ARL)

Dear Judge Lindsay:

     I represent the Plaintiffs in the above-referenced matter. By this letter the parties jointly notify the court that we have not been able to settle the case between counsel, and have agreed upon a proposed EDNY Mediator, Patrick M. McKenna.

                                                 Respectfully Submitted,

                                                 *Steven J. Moser*
                                                 Steven J. Moser

CC:    All counsel of record via ECF