UNITED STATES DISRICT COURT FOR
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

Oscar Cruz, Mynor Polanco, Carlos Vasquez, and :     Case No. 2:23-cv-9200 (GRB)(ARL)
German DeJesus Portillo,                        :
                                       :

             Plaintiffs,             :     **DEFENDANTS' RESPONSES TO**
                                         :     **PLAINTIFFS' FIRST REQUEST**
           - against -            :     **FOR PRODUCTION TO**
                                         :     <u>**DEFENDANTS**</u>

Demarco Bros Landscaping & Tree Service Corp d/b/a : 
Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo : 
North Shore Tree Service d/b/a North Shore Tree Service, :
and Theodore Passelis,                       :
                                         :

             Defendants.            :

---------------------------------------------------------------------- X

      In accordance with Rule 34 of the Federal Rules of Civil Procedure, Defendants

Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service

d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service, and

Theodore Passelis (collectively referred to as "Defendants"), by and through their

attorneys, The Law Offices of Michael P. Giampilis, P.C., hereby submits the

Defendants' Response to Plaintiffs' First Request for Production to Defendants dated

October 30, 2024 as follows:

<u>General Objections</u>

      1.      Answering Defendants' Responses are made without waiver of and with

preservation: (i) all questions as to confidentiality, competency, relevancy, materiality,

privilege and admissibility of the Response, the documents produced hereunder and the

subject matter hereof; (ii) the right to object to the use of any such Response, the

documents produced hereunder or the subject matter thereof, on any grounds in any

proceeding in this action; (iii) the right to object on any grounds at any time to demand

request for further discovery proceedings involving or relating to the subject matter

thererof; and (iv) the right, at any time, to revise, correct, supplement, or clarify any of the Responses contained herein.

2.      Answering Defendants object to the First Request to Defendants for the Production to Defendants dated October 30, 2024 ("Request") to the extent it is not specific, does not relate to the matters in the controversy and is overly broad and burdensome, including as to the time period.

3.      Answering Defendants object to the Request to the extent that it seeks information or documents which are privileged and/or constitute attorney work product.

4.      Answering Defendants object to the Request to the extent that it seeks information or documents which are not the proper subject of discovery.

5.      Answering Defendants object to all definitions, instructions within the Request to the extent that they purport to impose obligations beyond those required or permitted by the CPLR.

6.      All of the responses herein will be subject to and limited by the foregoing General Objections.

## DOCUMENTS REQUESTED

1.  In response to this demand, Defendants have attached Exhibit "A" and previously served time and pay records for plaintiffs Oscar Cruz, Mynor Polanco, and Carlos Vasquez on plaintiff's counsel's office via email on April 16, 2024 and April 23, 2024 in accordance with the Court's Order dated February 5, 2024.

2.  *See* Defendants' response to Request demand no. 1 above.

3.  *See* Defendants' response to Request demand no. 1 above.

4.  *See* Defendants' response to Request demand no. 1 above.

5. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

6. Defendants object to this demand insofar as it is vague, ambiguous, overbroad, is not set forth with the required specificity, and/or is intended to unreasonably annoy and harass Defendant. Nonetheless, *see* Defendants' response to Request demand no. 1 above.

7. Defendants object to this demand insofar as it is vague, ambiguous, overbroad, is not set forth with the required specificity, and/or is intended to unreasonably annoy and harass Defendant. Nonetheless, Defendants do not have any of the documents requested in this demand.

8. Defendants object to this demand insofar as it is vague, ambiguous, overbroad, is not set forth with the required specificity, and/or is intended to unreasonably annoy and harass Defendant. Nonetheless, Defendants do not have any of the documents requested in this demand.

9. Defendants object to this demand insofar as it is vague, ambiguous, overbroad, is not set forth with the required specificity, and/or is intended to unreasonably annoy and harass Defendant.

10. Defendants object to this demand insofar as it is vague, ambiguous, overbroad, is not set forth with the required specificity, and/or is intended to unreasonably

annoy and harass Defendant. Nonetheless, *see* Defendants' response to Request demand no. 1 above.

11. Defendants object to this demand insofar as it is vague, ambiguous, overbroad, is not set forth with the required specificity, and/or is intended to unreasonably annoy and harass Defendant. Nonetheless, Defendants do not have any of the documents requested in this demand.

12. None

14. None

13. None

14. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

15. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

16. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and

fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

17. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

18. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

19. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

20. *See* Defendants' response to Request demand no. 1 above.

21. *See* Defendants' response to Request demand no. 1 above.

22. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

23. Defendants object to this demand to the extent that it seeks information or the identification of documents which are neither relevant to the issues of law and fact in this action, nor reasonably calculated to lead to the discovery of admissible evidence. In addition, Defendants object to this demand insofar as it is oppressive, palpably improper, unduly burdensome, imposes an undue burden on Defendants and/or is intended to unreasonably annoy and harass Defendants.

24. *See* Defendants' response to Request demand no. 1 above.

**Defendants reserve the right to supplement these responses as additional information becomes available.**

Dated: January 7, 2025
      Smithtown, New York

                 LAW OFFICES OF
                 MICHAEL P. GIAMPILIS, P.C.

                 */s Michael P. Giampilis*
                 By: Michael P. Giampilis (MG3386)
                 Attorney for All Defendants
                 2 Supreme Court
                 Smithtown, New York 11787
                 (516) 739-5838
                 (631) 406-6437 fax
                 mgiampilis@giampilislaw.com

To:     Steven John Moser, Esq.
        Moser Law Firm, P.C.
        Attorneys for Plaintiff
        5 E Main Street
        Huntington, New York 11743
        (631) 824-0200
        steven.moser@moserlawfirm.com

**EXHIBIT A**

# PAYROLL JOURNAL

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE

(Requested Check Dates 01/01/22 - 12/31/23)

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| PORTILLO, GERMAN D 19 | Hourly | 15.0000 | 27.6800 | > > > THIS PERSON HAS A MISSING SOCIAL SECURITY # < < < 415.20 | | Social Security 25.74 Medicare 6.02 Fed Income Tax 16.62 NY Income Tax 11.87 NY Disability 0.60 NY PFL 2.12 | | | Check # 13585 Check Amt 352.23 |
| | CHECK DATE 03/11/22 | | 27.6800 | 415.20 | | 62.97 | | | Net Pay 352.23 |
| **COMPANY TOTALS** 1 Person(s) 1 Transaction(s) | Hourly | | 27.6800 | 415.20 | | Social Security 25.74 Medicare 6.02 Fed Income Tax 16.62 NY Income Tax 11.87 NY Disability 0.60 NY PFL 2.12 | | | Check Amt 352.23 |
| | THIS PERIOD TOTAL | | 27.6800 | 415.20 | | 62.97 | | | Net Pay 352.23 |
| | | | | | | *Employer Liabilities* | | | |
| | | | | | | Social Security 25.74 Medicare 6.02 Fed Unemploy 2.49 NY Unemploy 10.48 NY Re-empl Svc 0.31 | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY 45.04 TOTAL TAX LIABILITY 108.01 | | | |

(IC) = Independent Contractor

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE  Run Date 12/18/24  05:44PM  CONFIDENTIAL

Period Start - End Dates    01/01/22 - 12/31/23
Check Dates    01/31/22 - 12/31/23

Payroll Journal
Page 1 of 1
PYRJRN

# PAYROLL JOURNAL

(Requested Check Dates 01/01/20 - 12/31/21)

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |

> > > THIS PERSON HAS A MISSING SOCIAL SECURITY # < < <

| PORTILLO, GERMAN D 19 | Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security 25.74 | | Check # 13073 | |
| | | | | | | Medicare 6.02 | | Check Amt 351.36 | |
| | | | | | | Fed Income Tax 17.38 | | | |
| | | | | | | NY Income Tax 11.86 | | | |
| | | | | | | NY Disability 0.60 | | | |
| | | | | | | NY PFL 2.12 | | | |
| | CHECK DATE 04/17/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay 351.38 | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security 25.73 | | Check # 13088 | |
| | | | | | | Medicare 6.02 | | Check Amt 351.39 | |
| | | | | | | Fed Income Tax 17.38 | | | |
| | | | | | | NY Income Tax 11.86 | | | |
| | | | | | | NY Disability 0.60 | | | |
| | | | | | | NY PFL 2.12 | | | |
| | CHECK DATE 04/24/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay 351.39 | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security 25.74 | | Check # 13103 | |
| | | | | | | Medicare 6.02 | | Check Amt 351.38 | |
| | | | | | | Fed Income Tax 17.38 | | | |
| | | | | | | NY Income Tax 11.86 | | | |
| | | | | | | NY Disability 0.60 | | | |
| | | | | | | NY PFL 2.12 | | | |
| | CHECK DATE 05/01/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay 351.38 | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security 25.73 | | Check # 13118 | |
| | | | | | | Medicare 6.02 | | Check Amt 351.39 | |
| | | | | | | Fed Income Tax 17.38 | | | |
| | | | | | | NY Income Tax 11.86 | | | |
| | | | | | | NY Disability 0.60 | | | |
| | | | | | | NY PFL 2.12 | | | |
| | CHECK DATE 05/08/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay 351.39 | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security 25.74 | | Check # 13132 | |
| | | | | | | Medicare 6.01 | | Check Amt 351.39 | |
| | | | | | | Fed Income Tax 17.38 | | | |
| | | | | | | NY Income Tax 11.86 | | | |
| | | | | | | NY Disability 0.60 | | | |
| | | | | | | NY PFL 2.12 | | | |
| | CHECK DATE 05/15/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay 351.39 | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security 25.74 | | Check # 13146 | |
| | | | | | | Medicare 6.02 | | Check Amt 351.38 | |
| | | | | | | Fed Income Tax 17.38 | | | |
| | | | | | | NY Income Tax 11.86 | | | |
| | | | | | | NY Disability 0.60 | | | |
| | | | | | | NY PFL 2.12 | | | |
| | CHECK DATE 05/22/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay 351.38 | |

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE
Run Date 12/18/24  05:42 PM    CONFIDENTIAL

Period Start - End Dates    01/04/20 - 12/31/21
Check Dates    01/04/20 - 12/31/21

Payroll Journal
Page 1 of 8
PYRJRN

# PAYROLL JOURNAL

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| (cont.) PORTILLO, GERMAN D (cont.) 19 | | | | | | | | | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13160 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 05/29/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13174 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 06/05/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13188 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 06/12/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13202 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 06/19/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13216 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 06/26/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13230 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |

Period Start - End Dates    01/04/20 - 12/31/21
Check Dates                 01/04/20 - 12/31/21

# PAYROLL JOURNAL

0013 1607-1146   DEMARCO BROS LANDSCAPING & TREE SERVICE

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |

**(cont.)**
**PORTILLO, GERMAN D (cont.)**
19

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE 07/03/21 | | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security | 25.74 | | Check # 13244 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.95 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| CHECK DATE 07/10/21 | | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security | 25.74 | | Check # 13258 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| CHECK DATE 07/17/21 | | | 29.6500 | 415.10 | | 63.70 | | Net Pay | 351.38 |
| Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security | 25.73 | | Check # 13271 | |
| | | | | | Medicare | 6.01 | | Check Amt | 351.40 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| CHECK DATE 07/24/21 | | | 29.6500 | 415.10 | | 63.70 | | Net Pay | 351.40 |
| Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security | 25.74 | | Check # 13284 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| CHECK DATE 07/31/21 | | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security | 25.74 | | Check # 13297 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| CHECK DATE 08/07/21 | | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| Hourly | 14.0000 | 29.6500 | 415.10 | | Social Security | 25.73 | | Check # 13311 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |

Period Start - End Dates    01/04/20 - 12/31/21
Check Dates                 01/04/20 - 12/31/21

# PAYROLL JOURNAL

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE

(Requested Check Dates 01/01/20 - 12/31/21)

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |

**(cont.)**
**PORTILLO, GERMAN D (cont.)**
**19**

| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 08/14/21 | 29.6500 | 415.10 | | | 53.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13325 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.90 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 08/21/21 | 29.6500 | 415.10 | | | 53.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13338 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.98 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 08/28/21 | 29.6500 | 415.10 | | | 53.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13351 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.98 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 09/04/21 | 29.6500 | 415.10 | | | 53.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13366 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.98 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 09/11/21 | 29.6500 | 415.10 | | | 53.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13380 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.98 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 09/18/21 | 29.6500 | 415.10 | | | 53.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13394 | |
| | | | | | Medicare | 6.01 | | Check Amt | 351.38 |

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE
Run Date 12/18/24  05:42 PM            CONFIDENTIAL

Period Start - End Dates    01/04/20 - 12/31/21
Check Dates                 01/04/20 - 12/31/21

Payroll Journal
Page 4 of 8
PYRJRN

# PAYROLL JOURNAL

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| **(cont.)** PORTILLO, GERMAN D (cont.) 19 | | | | | | | | | |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 09/25/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Crs EE RI-Memo | | | | /45,396.30 | | | EA Check # Unknown Check Amt | 0.00 |
| | CHECK DATE 09/30/21 | | | | | | | Net Pay | 0.00 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13408 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 10/02/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13422 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 10/08/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13436 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 10/15/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13450 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 10/23/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13464 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |

Period Start - End Dates    01/04/20 - 12/31/21
Check Dates    01/04/20 - 12/31/21

# PAYROLL JOURNAL

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| (cont.) PORTILLO, GERMAN D (cont.) 19 | | | | | | | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 10/30/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13478 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 11/06/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13492 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 11/13/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13505 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 11/20/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13520 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 11/27/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13534 | |
| | | | | | Medicare | 6.01 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 12/04/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |

Period Start - End Dates    01/04/20 - 12/31/21
Check Dates    01/04/20 - 12/31/21

# PAYROLL JOURNAL

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| (cont.) PORTILLO, GERMAN D (cont.) 19 | | | | | | | | | |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13547 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 12/13/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.73 | | Check # 13559 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.39 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 12/18/21 | | 29.6500 | 415.10 | | 63.71 | | Net Pay | 351.39 |
| | Hourly | 14.0000 | 29.6500 | 415.10 | Social Security | 25.74 | | Check # 13572 | |
| | | | | | Medicare | 6.02 | | Check Amt | 351.38 |
| | | | | | Fed Income Tax | 17.38 | | | |
| | | | | | NY Income Tax | 11.86 | | | |
| | | | | | NY Disability | 0.60 | | | |
| | | | | | NY PFL | 2.12 | | | |
| | CHECK DATE 12/23/21 | | 29.6500 | 415.10 | | 63.72 | | Net Pay | 351.38 |
| | EMPLOYEE TOTAL | | 1,097.0500 | 15,358.70 | | 2,357.46 | | Net Pay | 13,001.24 |
| COMPANY TOTALS 1 Person(s) 38 Transaction(s) | Hourly Crs EE Rt-Memo | | 1,097.0500 | 15,358.70 | 5,396.30 | Social Security | 952.24 | | Check Amt | 13,001.24 |
| | | | | | Medicare | 222.70 | | | |
| | | | | | Fed Income Tax | 643.06 | | | |
| | | | | | NY Income Tax | 438.82 | | | |
| | | | | | NY Disability | 22.20 | | | |
| | | | | | NY PFL | 78.44 | | | |
| | THIS PERIOD TOTAL | | 1,097.0500 | 15,358.70 | | 2,357.46 | | Net Pay | 13,001.24 |
| | | | | | *Employer Liabilities* | | | | |
| | | | | | Social Security | 952.38 | | | |
| | | | | | Medicare | 222.74 | | | |
| | | | | | Fed Unemply | 41.99 | | | |
| | | | | | NY Unemply | 297.91 | | | |
| | | | | | NY Re-empl Svc | 8.81 | | | |
| | | | | | TOTAL EMPLOYER LIABILITY | 1,523.83 | | | |
| | | | | | TOTAL TAX LIABILITY | 3,881.29 | | | |

0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE SERVICE
Run Date 12/18/24  05:42PM        CONFIDENTIAL

Period Start - End Dates   01/04/20 - 12/31/21
Check Dates                01/04/20 - 12/31/21

Payroll Journal
Page 7 of 8
PYRJRN

# PAYROLL JOURNAL

0013 1607-1146   DEMARCO BROS LANDSCAPING & TREE SERVICE

(Requested Check Dates 01/01/20 - 12/31/21)

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | DEDUCTIONS | NET PAY ALLOCATIONS |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | |

(IC) = Independent Contractor
Act = Activation amounts from payrolls prior to joining Paychex ®

0013 1607-1146   DEMARCO BROS LANDSCAPING & TREE SERVICE
Run Date 12/18/24  05:42PM          CONFIDENTIAL

Period Start - End Dates     01/04/20 - 12/31/21
Check Dates                  01/04/20 - 12/31/21

Payroll Journal
Page 8 of 8
PYRJRN

**0013 1607-1146** DEMARCO BROS LANDSCAPING & TREE SERVICE

## EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 04/01/21 - 04/01/22)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| PORTILLO, GERMAN D | 19 | | | | | | |
| *1 Person(s)* | | | | | | | |

Page 2 of 5          0013 1607-1146 DEMARCO BROS LANDSCAPING & TREE SERVICE

## EMPLOYEE EARNINGS RECORD
**(Requested Check Dates 04/01/21 - 04/01/22)**

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 04/24 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 05/01 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 05/08 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 05/15 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 05/22 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 05/29 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 06/05 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 06/12 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 06/19 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 06/26 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| QTR 2 | | 326.15 | | 4566.10 | | 4566.10 | | S 283.10 / M 66.21 | 191.18 | NY 130.46 | | Disablty 6.60 / NYPFL 23.30 | 3865.23 |
| 07/03 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 07/10 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 07/17 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 07/24 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.74 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.40 |
| 07/31 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 08/07 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 08/14 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 08/21 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 08/28 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.39 |
| 09/04 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |
| 09/11 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 / 2.12 | 351.38 |

**PORTILLO, GERMAN D**
3G MILL HILL ROAD
GLEN COVE, NY 11542

ID: 19
Sex: Male
Birthdate:
Hire Date: 04/12/2021
Inactive Date:
Rehire Date:

Term Date:
Pay Frequency: Weekly
Standard Hrs:
Rate 1 / Salary: 15.00/Hour

Last Raise Date: 03/11/2022

Withholding Method:
Earnings:

Federal: Single or Married Filing
NY: Single, 0

Deductions:

**EMPLOYEE EARNINGS RECORD**

Page 3 of 5          0013 1607-1146  DEMARCO BROS LANDSCAPING & TREE

**(Requested Check Dates 04/01/21 - 04/01/22)**

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 09/25 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 09/30 | Crs -Memo | | | | | | M5396.30 | | | | | | |
| QTR 3 | | 385.45 | | 5396.30 | | 5396.30 | | S334.57 M 78.24 | 225.94 NY | 154.18 | | Disability 7.80 NYPFL 27.56 | Manual 4568.01 |
| 10/02 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| 10/09 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 10/16 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| 10/23 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 10/30 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| 11/06 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| 11/13 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 11/20 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| 11/27 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 12/04 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 12/11 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| 12/18 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.75 | 17.38 | 11.86 | | 0.60 2.12 | 351.39 |
| 12/23 | Hourly | 29.65 | | 415.10 | | 415.10 | | 31.76 | 17.38 | 11.86 | | 0.60 2.12 | 351.38 |
| QTR 4 | | 385.45 | | 5396.30 | | 5396.30 | | S334.57 M 78.25 | 225.94 NY | 154.18 | | Disability 7.80 NYPFL 27.56 | 4568.00 |
| YTD 2021 | | 1097.05 | | 15358.70 | | 15358.70 | | S952.24 M222.70 | 643.06 NY | 438.82 | | Disability 22.20 NYPFL 78.44 | 13001.24 |
| 03/11 | Hourly | 27.68 | | 415.20 | | 415.20 | | 31.76 | 16.62 | 11.87 | | 0.60 2.12 | 352.23 |
| QTR 1 | | 27.68 | | 415.20 | | 415.20 | | | NY | | | Disability | |

PORTILLO, GERMAN D
36 MILL HILL ROAD
GLEN COVE, NY 11542

**EMPLOYEE EARNINGS RECORD**

Page 4 of 5          0013 1607-1146   DEMARCO BROS LANDSCAPING & TREE

(Requested  Check Dates 04/01/21 - 04/01/22)

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | |
| QTR 1 | | | | | | | | S 25.74 M 6.02 | 16.62 | 11.87 | | NYPFL      2.12 | | 352.23 |
| YTD 2022 | | 27.68 | | 415.20 | | 415.20 | | S 25.74 M 6.02 | 16.62 NY | 11.87 | | Disability      0.60 NYPFL      2.12 | | 352.23 |

PORTILLO, GERMAN D
35 MILL HILL ROAD
GLEN COVE, NY 11542

# EMPLOYEE EARNINGS RECORD

Page 5 of 5        0013 1607-1146 DEMARCO BROS LANDSCAPING & TREE SERVICE

(Requested Check Dates 04/01/21 - 04/01/22)

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR 2 | Hourly | 326.15 | | 4566.10 | | 4566.10 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY PFL | 283.10<br>66.21<br>191.18<br>130.46<br>6.60<br>23.32 | | |
| | QTR 2 TOTAL | | | | | 4566.10 | | | 700.87 | | 3865.23 |
| QTR 3 | Hourly<br>Crs EE Rtn-Memo | 385.45 | | 5396.30 | | 5396.30 | M5396.30 | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY PFL | 334.57<br>78.24<br>225.94<br>154.18<br>7.80<br>27.56 | | |
| | QTR 3 TOTAL | | | | | 5396.30 | | | 828.29 | | 4568.01 |
| QTR 4 | Hourly | 385.45 | | 5396.30 | | 5396.30 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY PFL | 334.57<br>78.25<br>225.94<br>154.18<br>7.80<br>27.56 | | |
| | QTR 4 TOTAL | | | | | 5396.30 | | | 828.30 | | 4568.00 |
| | Hourly<br>Crs EE Rtn-Memo | 1097.05 | | 15358.70 | | 15358.70 | M5396.30 | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY PFL | 952.24<br>222.70<br>643.06<br>438.82<br>22.20<br>78.44 | | |
| | TOTAL | | | | | 15358.70 | | | 2357.46 | | 13001.24 |
| QTR 1 | Hourly | 27.68 | | 415.20 | | 415.20 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY PFL | 25.74<br>6.02<br>16.62<br>11.87<br>0.60<br>2.12 | | |
| | QTR 1 TOTAL | | | | | 415.20 | | | 62.97 | | 352.23 |
| | Hourly | 27.68 | | 415.20 | | 415.20 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY PFL | 25.74<br>6.02<br>16.62<br>11.87<br>0.60<br>2.12 | | |
| | TOTAL | | | | | 415.20 | | | 62.97 | | 352.23 |

DEMARCO BROS LANDSCAPING & TREE SERVICE    1607-1146
320 Cedar Swamp Rd                          EE ID: 19
Glen Head NY  11545

*Payrolls by Paychex, Inc.*

GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE NY  11542

---

**PERSONAL AND CHECK INFORMATION**
GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE, NY  11542
Soc Sec #: Missing          Employee ID:  19

**Pay Period:** 11/28/21 to 12/04/21
**Check Date:** 12/04/21    **Check #:** 13534
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 351.39 | 11947.09 |
| **NET PAY** | **351.39** | **11947.09** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 29.65 | 14.0000 | 415.10 | 1008.10 | 14113.40 |
| **Total Hours** | 29.65 | | | 1008.10 | |
| **Gross Earnings** | | | 415.10 | | 14113.40 |
| **Total Hrs Worked** | 29.65 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.74 | 875.03 |
| Medicare | | 6.01 | 204.64 |
| Fed Income Tax | SMS | 17.38 | 590.92 |
| NY Income Tax | S 0 | 11.86 | 403.24 |
| NY Disability | | 0.60 | 20.40 |
| NY PFL | | 2.12 | 72.08 |
| **TOTAL** | | 63.71 | 2166.31 |

| **NET PAY** | THIS PERIOD ($) 351.39 | YTD ($) 11947.09 |
|---|---|---|

*Payrolls by Paychex, Inc.*

DEMARCO BROS LANDSCAPING & TREE SERVICE     1607-1146
320 Cedar Swamp Rd     EE ID: 19
Glen Head NY 11545

*Payrolls by Paychex, Inc.*

GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE NY 11542

**PERSONAL AND CHECK INFORMATION**
GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE, NY 11542
Soc Sec #: Missing          Employee ID: 19

**Pay Period:** 12/12/21 to 12/18/21
**Check Date:** 12/18/21     **Check #:** 13559
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 351.39 | 12649.86 |
| NET PAY | 351.39 | 12649.86 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 29.65 | 14.0000 | 415.10 | 1067.40 | 14943.60 |
| | Total Hours | 29.65 | | | 1067.40 | |
| | Gross Earnings | | | 415.10 | | 14943.60 |
| | Total Hrs Worked | 29.65 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.73 | 926.50 |
| Medicare | | 6.02 | 216.68 |
| Fed Income Tax | SMS | 17.38 | 625.68 |
| NY Income Tax | S 0 | 11.86 | 426.96 |
| NY Disability | | 0.60 | 21.60 |
| NY PFL | | 2.12 | 76.32 |
| **TOTAL** | | 63.71 | 2293.74 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 351.39 | 12649.86 |

*Payrolls by Paychex, Inc.*

**0013 1607-1146**  DEMARCO BROS LANDSCAPING & TREE SERVICE • 320 Cedar Swamp Rd • Glen Head NY 11545

DEMARCO BROS LANDSCAPING & TREE SERVICE     1607-1146
320 Cedar Swamp Rd                          EE ID: 19
Glen Head NY 11545

GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE NY 11542

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE, NY 11542
Soc Sec #: Missing          Employee ID: 19

**Pay Period:** 12/05/21 to 12/11/21
**Check Date:** 12/11/21    **Check #:** 13547

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 351.38 | 12298.47 |
| NET PAY | 351.38 | 12298.47 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 29.65 | 14.0000 | 415.10 | 1037.75 | 14528.50 |
| Total Hours | 29.65 | | | 1037.75 | |
| Gross Earnings | | | 415.10 | | 14528.50 |
| Total Hrs Worked | 29.65 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.74 | 900.77 |
| Medicare | | 6.02 | 210.66 |
| Fed Income Tax | SMS | 17.38 | 608.30 |
| NY Income Tax | S 0 | 11.86 | 415.10 |
| NY Disability | | 0.60 | 21.00 |
| NY PFL | | 2.12 | 74.20 |
| **TOTAL** | | 63.72 | 2230.03 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 351.38 | 12298.47 |

DEMARCO BROS LANDSCAPING & TREE SERVICE
320 Cedar Swamp Rd
Glen Head NY 11545

1607-1146
EE ID: 19

Payrolls by Paychex, Inc.
Payrolls by Paychex, Inc.

GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE NY 11542

## PERSONAL AND CHECK INFORMATION
GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE, NY 11542
Soc Sec #: Missing          Employee ID: 19

**Pay Period:** 03/06/22 to 03/11/22
**Check Date:** 03/11/22    **Check #:** 13585
### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 352.23 | 352.23 |
| **NET PAY** | **352.23** | **352.23** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 27.68 | 15.0000 | 415.20 | 27.68 | 415.20 |
| | | Total Hours | 27.68 | | | 27.68 | |
| | | Gross Earnings | | | 415.20 | | 415.20 |
| | | Total Hrs Worked | 27.68 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 25.74 | 25.74 |
| | Medicare | | 6.02 | 6.02 |
| | Fed Income Tax | SMS | 16.62 | 16.62 |
| | NY Income Tax | S 0 | 11.87 | 11.87 |
| | NY Disability | | 0.60 | 0.60 |
| | NY PFL | | 2.12 | 2.12 |
| | **TOTAL** | | 62.97 | 62.97 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 352.23 | 352.23 |

Payrolls by Paychex, Inc.

**0013 1607-1146**  DEMARCO BROS LANDSCAPING & TREE SERVICE • 320 Cedar Swamp Rd • Glen Head NY 11545

DEMARCO BROS LANDSCAPING & TREE SERVICE
320 Cedar Swamp Rd
Glen Head NY 11545

1607-1146
EE ID: 19

GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE NY 11542

**PERSONAL AND CHECK INFORMATION**
GERMAN D PORTILLO
36 MILL HILL ROAD
GLEN COVE, NY 11542
Soc Sec #: Missing          Employee ID: 19

**Pay Period:** 12/19/21 to 12/25/21
**Check Date:** 12/23/21     **Check #:** 13572
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 351.38 | 13001.24 |
| **NET PAY** | **351.38** | **13001.24** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 29.65 | 14.0000 | 415.10 | 1097.05 | 15358.70 |
| | | **Total Hours** | 29.65 | | | 1097.05 | |
| | | **Gross Earnings** | | | 415.10 | | 15358.70 |
| | | **Total Hrs Worked** | 29.65 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 25.74 | 952.24 |
| | Medicare | | 6.02 | 222.70 |
| | Fed Income Tax | SMS | 17.38 | 643.06 |
| | NY Income Tax | S 0 | 11.86 | 438.82 |
| | NY Disability | | 0.60 | 22.20 |
| | NY PFL | | 2.12 | 78.44 |
| | **TOTAL** | | **63.72** | **2357.46** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 351.38 | 13001.24 |

Payrolls by Paychex, Inc.