Case 2:23-cv-09200-GRB-ARL   Document 24-1   Filed 02/10/25   Page 1 of 6 PageID #: 135

# EXHIBIT A

# Michael Giampilis

| | |
|---|---|
| From: | Michael Giampilis |
| Sent: | Tuesday, April 16, 2024 3:54 PM |
| To: | 'Steven Moser' |
| Subject: | Cruz v. Demarco Bros ..., et al ; USDC, EDNY Case No. 23-9200 |
| Attachments: | DEMARCO BROS LANDSCAPING & TREE SERVICE _Payroll Journal - Detailed 01-01-2017 to 09-30-2020 CRUZ OSCAR MEJIA.pdf; Oscar Cruz 2015 checks stub.pdf; Oscar Cruz 2016 checks stub.pdf; Payroll journal 10-01-2020 to 12-31-2021 OSCAR MEJIA CRUZ.pdf; Payroll_Journal 01-01-2022 to 07-15-2023 OSCAR CRUZ MEJIA.pdf |

Hello Steve:

Pursuant to the Court's Order dated 4/15/2024, I have annexed defendants' time and pay records for plaintiff Oscar Cruz. Further records to follow in my subsequent email.

Sincerely,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

*IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.*

128

## Michael Giampilis

| | |
|---|---|
| **From:** | Michael Giampilis |
| **Sent:** | Tuesday, April 16, 2024 3:58 PM |
| **To:** | Steven Moser |
| **Subject:** | RE: Cruz v. Demarco Bros ..., et al ; USDC, EDNY Case No. 23-9200 |
| **Attachments:** | DEMARCO BROS LANDSCAPING & TREE SERVICE _Payroll Journal - Detailed 01-01-2017 TO 09-30-2020 VASQUEZ LANTIGUA.pdf; Payroll_Journal 01-01-2022 TO 07-15-2023 VASQUEZ LANTIGUA.pdf; Payroll_Journal 10-01-2020 TO 12-31-2021 VASQUEZ LANTIGUA.pdf |

Hello Steve:

This is defendants' second email transmission with time and pay records. The records annexed are the documents maintained by defendants for plaintiff Carlos Vasquez. I will forward further time and pay records as those documents become available.

Best,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

*IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.*

**From:** Michael Giampilis
**Sent:** Tuesday, April 16, 2024 3:54 PM
**To:** 'Steven Moser' <steven.moser@moserlawfirm.com>
**Subject:** Cruz v. Demarco Bros ..., et al ; USDC, EDNY Case No. 23-9200

Hello Steve:

Pursuant to the Court's Order dated 4/15/2024, I have annexed defendants' time and pay records for plaintiff Oscar Cruz. Further records to follow in my subsequent email.

1

39

Sincerely,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

*IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.*

# Michael Giampilis

| | |
|---|---|
| **From:** | Michael Giampilis |
| **Sent:** | Tuesday, April 23, 2024 12:43 PM |
| **To:** | Steven Moser |
| **Subject:** | RE: Cruz v. Demarco Bros ..., et al ; USDC, EDNY Case No. 23-9200 |

Hello Steve:

Following up on my previous time and pay record submissions due in this matter, I have attached below additional copies of records maintained by my client in the years 2018 and 2019 for all employees. Let me know if you have any issues opening the links below. I should have the rest of the time and pay records for 2020-2023 in the next day or so.

I'm using Adobe Acrobat.
Here's the 2018 Payroll - 1st.pdf for you to review.
Here's the 2018 Payroll - 2nd.pdf for you to review.
Here's the 2019 Payroll - 1st.pdf for you to review.
 Here's the 2019 Payroll - 2nd.pdf for you to review.

Also, as a reminder, the Court's Order dated April 15, 2024 required plaintiff to respond to Court interrogatories by 4/22/24. Please advise as to status.

Best,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s).  The contents of the e-mail and any attached files are confidential and may be legally privileged.  If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

***IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.***

**From:** Michael Giampilis
**Sent:** Tuesday, April 16, 2024 3:58 PM
**To:** Steven Moser <steven.moser@moserlawfirm.com>
**Subject:** RE: Cruz v. Demarco Bros ..., et al ; USDC, EDNY Case No. 23-9200

1

Hello Steve:

This is defendants' second email transmission with time and pay records. The records annexed are the documents maintained by defendants for plaintiff Carlos Vasquez. I will forward further time and pay records as those documents become available.

Best,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

***IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.***

**From:** Michael Giampilis
**Sent:** Tuesday, April 16, 2024 3:54 PM
**To:** 'Steven Moser' <steven.moser@moserlawfirm.com>
**Subject:** Cruz v. Demarco Bros ..., et al ; USDC, EDNY Case No. 23-9200

Hello Steve:

Pursuant to the Court's Order dated 4/15/2024, I have annexed defendants' time and pay records for plaintiff Oscar Cruz. Further records to follow in my subsequent email.

Sincerely,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com