# EXHIBIT B

## Michael Giampilis

**From:** Michael Giampilis
**Sent:** Tuesday, December 31, 2024 3:38 PM
**To:** Steven Moser
**Cc:** Shirley Navarro-Losito
**Subject:** RE: Cruz v Demarco - Discovery Requests

Fair enough.

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

*IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.*


**From:** Steven Moser <steven.moser@moserlawfirm.com>
**Sent:** Tuesday, December 31, 2024 10:43 AM
**To:** Michael Giampilis <mgiampilis@giampilislaw.com>
**Cc:** Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
**Subject:** RE: Cruz v Demarco - Discovery Requests

Mike

The last time we spoke you indicate that we would have the discovery responses before the holidays. Please provide the discovery responses on or before January 8, 2025.

Steve



### Steven J. Moser
**Managing Attorney, Moser Law Firm, PC**

📞 631.759.4054

1

📱 516.671.2776

📍 133C New York Avenue, Huntington, NY 11743

📦 PO Box 710, Huntington, NY 11743

🌐 www.moserlawfirm.com

✉ steven.moser@moserlawfirm.com

---

**From:** Michael Giampilis <mgiampilis@giampilislaw.com>
**Sent:** Tuesday, December 17, 2024 12:00 PM
**To:** Steven Moser <steven.moser@moserlawfirm.com>
**Cc:** Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
**Subject:** RE: Cruz v Demarco - Discovery Requests

516-739-5838

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

***IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.***

---

**From:** Steven Moser <steven.moser@moserlawfirm.com>
**Sent:** Tuesday, December 17, 2024 10:13 AM
**To:** Michael Giampilis <mgiampilis@giampilislaw.com>
**Cc:** Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
**Subject:** Re: Cruz v Demarco - Discovery Requests

Great,

I'll call you after 4 today. What number?

Steven Moser
MOSER LAW FIRM PC
133C New York Ave

2

# Michael Giampilis

| | |
|---|---|
| **From:** | Michael Giampilis |
| **Sent:** | Wednesday, January 8, 2025 12:01 PM |
| **To:** | Steven Moser |
| **Subject:** | Cruz v. Demarco Bros. ...; EDNY Case No. 23-9200 |
| **Attachments:** | Demarco. Cruz Discovery Demand Responses.1.7.25.PDF; Demarco. Cruz Interrogatory Responses. 1.7.25.PDF |

Good Morning Steve:

I have attached Defendants' responses to your open October 30, 2024 discovery demands and interrogatories. Let me know if you want hard copies mailed to your office.

My client is available to sit for your deposition on January 30, February 3, 4, 6, 11, 13. Please confirm which dates work for you.

Additionally, kindly advise when your clients can be made available to sit for my deposition in February.

Sincerely,
Michael

Michael P. Giampilis, Esq.
Law Offices of Michael P. Giampilis, P.C.
2 Supreme Court
Smithtown, New York 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

*This e-mail is intended only for the above named addressee(s). The contents of the e-mail and any attached files are confidential and may be legally privileged. If you have received this e-mail in error you must not copy, forward, disclose the information contained in it, or otherwise use it in any way.*
*Please notify the sender immediately and then delete the e-mail, and any attachments.*

*IF YOU RECEIVE WIRING INSTRUCTIONS FROM OUR FIRM OR ANYONE ELSE PERTAINING TO OUR FIRM BY EMAIL, PHONE, MAIL OR OTHERWISE, IT IS IMPERATIVE THAT YOU CALL OUR OFFICE TO VERIFY THE AUTHENTICITY OF ANY SUCH INSTRUCTIONS. PLEASE CALL US TO VERIFY OUR WIRING INSTRUCTIONS BEFORE YOU INITIATE ANY WIRES TO US.*