United States District Court
Eastern District of New York

| | |
|---|---|
| Oscar Cruz, Mynor Polanco and Carlos Vasquez, individually and on behalf of all others similarly situated,<br><br>                             Plaintiff(s),<br><br>              -against-<br><br>Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service, and Theodore Passelis,<br><br>                             Defendant(s). | **Case No. 2:23-cv-9200 (GRB)(ARL)**<br><br>**[PROPOSED] SO-ORDERED STIPULATION REGARDING FLSA COVERAGE** |

IT IS HEREBY stipulated and agreed, by an between counsel for all represented parties that Demarco Bros Landscaping & Tree Service Corp. Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service (the "corporate defendant") was an enterprise engaged in commerce that had annual gross sales of at least $500,000.00 during the three year period preceding the filing of the complaint in this action.

| | |
|---|---|
| Dated: April 4, 2025 | Dated: April 4, 2025 |
| MOSER LAW FIRM, P.C. | LAW OFFICES OF MICHAEL GIAMPILIS |
| */s/ Steven John Moser*<br>By: Steven John Moser<br>133 C New York Avenue<br>Huntington, New York 11743<br>steven.moser@moserlawfirm.com<br>(516) 671-1150 | */s/ Michael Giampilis*<br>By: Michael Giampilis<br>2 Supreme Ct<br>Smithtown, NY  11787<br>mgiampilis@giampilislaw.com<br>(516) 739-5838 |
| *Attorneys for Plaintiff(s)* | *Attorneys for Defendant(s)* |

SO ORDERED:

_____