LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437
mgiampilis@giampilislaw.com

November 28, 2025

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

Re:  **Request for Extension of Time to Complete Depositions of Plaintiffs and other Deadlines**
Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Judge Lindsay:

      We represent all Defendants in the above-referenced matter. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Your Honor's Individual Practices, Defendants respectfully submit this letter motion to request a two-month extension of the Court's previously ordered fact discovery deadline of November 30, 2025, to allow the parties to complete discovery, along with a corresponding extension of all remaining deadlines set forth in the Court's October 12, 2025 Order. We have conferred with Plaintiffs' counsel, Steven J. Moser, Esq., who consents to this request.

      Subsequent to the Court's October 12, 2025 Order, Defendants served responses to Plaintiffs' Second Request for Production of Documents and Second Interrogatories, and completed the depositions of all four (4) Plaintiffs on November 10 and 12, 2025, as well as the second deposition of Plaintiff Theodore Passelis on November 14, 2025. Unfortunately, the parties are still awaiting the deposition transcripts, which are necessary to evaluate post-deposition demands and to assess the potential need to depose certain third parties identified by Plaintiffs during their examinations. Defendants also anticipate additional post-deposition demands based on Plaintiffs' testimony.

      In light of these circumstances, Defendants respectfully request that the Court extend the deadline to complete all fact discovery through and including January 30, 2026, and adjust the related case deadlines accordingly to ensure the orderly progression of the case.

      Subject to the Court's approval, Defendants propose the following revised deadlines:

- **Completion of All Fact Discovery, inclusive of expert discovery:** January 30, 2026
- **First Step for Dispositive Motion Practice:** February 27, 2026
- **Filing of Joint Proposed Pre-Trial Order** (in compliance with the District Judge's Individual Rules, signed by all counsel): March 31, 2026
- **Final Conference:** To be scheduled by the Court

This is the parties' third request for an extension of these deadlines. The request is made in good faith, not for purposes of delay, and is necessary for the efficient completion of discovery. No party will be prejudiced by the proposed schedule.

We thank the Court for its attention to this matter and are available at the Court's convenience to discuss the proposed schedule or any issues raised herein.

                                                Respectfully Submitted,

                                                *s/ Michael P. Giampilis*
                                                Michael P. Giampilis

CC:    All counsel of record via ECF