LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437
mgiampilis@giampilislaw.com

January 9, 2026

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

Re:   **Request for Extension of Time to Complete Depositions of Plaintiffs and other Deadlines**
Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Judge Lindsay:

    We represent Defendants in the above-referenced matter. On November 28, 2025, we submitted a letter motion, with plaintiffs' consent, (Docket No. 31) requesting an extension of the discovery deadlines to ensure that all necessary discovery can be completed efficiently and fairly.

    Since the filing of that motion, Defendants have served Plaintiff's counsel with deposition transcripts for all four (4) named plaintiffs, as well as certain post-deposition discovery demands, which remain unanswered. Completing responses to these outstanding items is necessary to meaningfully conclude discovery and prepare for dispositive motions or trial.

    Accordingly, we respectfully write to inquire whether the Court has had an opportunity to review this motion and to request any update regarding its status. An extension of the discovery deadlines will allow the parties to complete the remaining discovery in an orderly manner and avoid any prejudice or disruption to the litigation schedule.

We greatly appreciate the Court's attention to this matter and apologize for any inconvenience this inquiry may cause.

Respectfully Submitted,

*s/ Michael P. Giampilis*
Michael P. Giampilis

CC:	All counsel of record via ECF