**LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.**
**2 SUPREME COURT**
**SMITHTOWN, NY 11787**
**(516) 739-5838**
**(631) 406-6437**
mgiampilis@giampilislaw.com

January 29, 2026

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

Re:    **Request for Extension of Time to Complete Outstanding Discovery**
       Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
       United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Judge Lindsay:

We represent all Defendants in the above-referenced matter. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Your Honor's Individual Practices, Defendants respectfully submit this letter motion seeking a short, one-month extension of the Court's previously ordered fact discovery deadline of January 30, 2026.

Defendants request that the Court direct Plaintiffs to provide the following outstanding discovery:

(i)   the post-deposition documents requested from each Plaintiff by letter dated and served on December 9, 2026;
(ii)  the Court-Ordered Interrogatories that remain outstanding from opt-in Plaintiff German DeJesus Portillo; and
(iii) a copy of the transcript from Defendant Theodore Passelis' second deposition conducted on November 14, 2026.

Over the past month, Defendants have made multiple attempts to contact Plaintiffs' counsel, Steven J. Moser, Esq., by telephone and email regarding these outstanding discovery issues, without success. Upon information and belief, and in accordance with my records, the last telephone communication with Mr. Moser occurred on December 5, 2025, and the last email communication from Mr. Moser to my office was on December 29, 2026. Since that time, counsel has not responded to Defendants' repeated efforts to close out discovery. For the Court's reference, I have attached copies of the December 9, 2026 post-deposition demand letters, which were served on Plaintiffs'

counsel by regular mail and email, together with the deposition transcripts of the four (4) named Plaintiffs.

In addition to the requested extension of time to complete fact discovery, Defendants respectfully request a corresponding extension of all remaining deadlines set forth in the Court's January 12, 2026 Order. Subject to the Court's approval, Defendants propose the following revised schedule:

- **Completion of all fact discovery, inclusive of expert discovery:** February 27, 2026
- **First step for dispositive motion practice:** March 27, 2026
- **Filing of joint proposed pre-trial order (in compliance with the District Judge's Individual Rules and signed by all counsel):** April 30, 2026
- **Final conference:** To be scheduled by the Court

In light of the foregoing, Defendants respectfully request that the Court extend the deadline to complete all fact discovery through and including February 27, 2026, and adjust the related case deadlines accordingly to ensure the orderly progression of this action. Defendants are not aware of any other open discovery items in this action.

This is the parties' fourth request for an extension of these deadlines. This request is made in good faith, not for purposes of delay, and is necessary to permit the efficient completion of discovery. No party will be prejudiced by the proposed schedule.

We thank the Court for its attention to this matter and remain available at the Court's convenience should the Court wish to discuss the proposed schedule or any issues raised herein.

Respectfully Submitted,

*s/ Michael P. Giampilis*
Michael P. Giampilis

CC:     All counsel of record via ECF