LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437
mgiampilis@giamplislaw.com

March 13, 2026

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

Re: **Request for Additional Extension of Time to Complete Outstanding Discovery**
Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Judge Lindsay:

We represent all Defendants in the above-referenced matter. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Court's Individual Practices, Defendants respectfully submit this letter motion seeking a brief two-week extension of the current fact discovery deadline of March 13, 2026.

On February 26, 2026, the Court issued an Order granting Defendants' prior letter motion to extend the time for the parties to complete discovery. In that application, we advised the Court that certain discovery remained outstanding from Plaintiffs. While Plaintiffs have since produced most of the requested materials, they have declined to provide Defendants with the requested proof of identity for each of the four (4) named Plaintiffs. This information was requested in Defendants' post-deposition document demand letters dated December 9, 2025, served upon Plaintiffs' counsel, Steven John Moser, Esq. Copies of the four post-deposition demand letters are attached for the Court's review.

Defendants seek proof of identity solely to confirm the identity of the named Plaintiffs. Certain time and payroll records produced by Defendants contain names that differ from those listed in the Complaint. For example, named Plaintiff Oscar Cruz seems to appear in certain payroll records as "Oscar Cruz Mejia," and similarly, named Plaintiff Carlos Vasquez seems to appear as "Carlos M. Vasquez Lantigua." In the interest of protecting the Plaintiffs' privacy, Defendants have not attached the payroll records referenced above but can promptly provide them to the Court upon request. Without confirmation of Plaintiffs' identities, Defendants cannot determine with certainty whether

the payroll records correspond to the individuals named in the Complaint, or the correct names of Plaintiffs.

With that, Defendants respectfully request a brief extension of the fact discovery deadline to allow the parties to address this limited outstanding issue. Defendants further request that the remaining deadlines set forth in the Court's February 26, 2026 Order be adjusted as follows:

- Completion of all fact discovery, including expert discovery: **March 27, 2026**
- First step for dispositive motion practice: **April 10, 2026**
- Filing of the joint proposed pretrial order (in compliance with the District Judge's Individual Rules and signed by all counsel): **May 14, 2026**
- Final conference: **to be scheduled by the Court**

This is the parties' fifth request for an extension of the discovery deadlines. The requested extension is limited, made in good faith, and necessary to permit the efficient completion of discovery. Defendants are not aware of any other outstanding discovery issues in this matter, and no party will be prejudiced by the requested extension.

Based on the foregoing, Defendants respectfully request that the Court extend the deadline to complete fact discovery through March 27, 2026, and adjust the remaining case deadlines accordingly. Defendants further respectfully request that the Court direct Plaintiffs to provide the requested proof of identification for each of the four (4) Plaintiffs within the extended discovery period. In the event Plaintiffs again fail to comply with the Court's Order, Defendants respectfully pray that the Court consider appropriate relief, including dismissal of Plaintiffs' claims for failure to comply with the Court's discovery orders.

We thank the Court for its consideration of this request and remain available should the Court require any additional information.

Respectfully Submitted,

*s/ Michael P. Giampilis*
Michael P. Giampilis

CC:   All counsel of record via ECF