LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

December 9, 2025

VIA FIRST CLASS MAIL and
ELECTRONIC MAIL w/o enclosure (steven.moser@moserlawfirm.com)
Steven John Moser, Esq.
Moser Law Firm, P.C.
5 E Main Street
Huntington, New York 11743

   Re: Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
     United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)
     *Oscar Cruz Deposition Transcript Execution and Production of Discovery*

Dear Mr. Moser:

  I have enclosed one original and one copy of the November 10, 2025 deposition transcript upon oral examination of your client, defendant Oscar Cruz taken in connection with the above matter. Kindly have Mr. Cruz review the transcript and, if agreeable, execute the original transcript on page 52 before a notary public, and return the executed transcript to my attention. Should Mr. Cruz believe that any portions of his testimony are inaccurate, he may record corrections on the Errata Sheet at page 55. You may retain the enclosed copy for your records.

  Please be advised that Mr. Cruz's failure to return the transcript in the manner prescribed by CPLR § 3116 will afford Defendants the remedies set forth therein.

  In addition, kindly direct Mr. Cruz to produce the following documents, as requested during his deposition:

1. ==Proof of identity, as referenced at page 7, lines 19–24 of the transcript.==
2. Text messages with Edgardo Villalobos in his possession, as referenced at page 13, line 19- page 14, line11.
3. Wage notices and pay stubs from Demarco Bros. Landscaping & Tree Service Corp., as referenced at page 35, lines 4-15.

  Please provide these materials no later than 30 days from the date of this letter. If you anticipate any difficulty in meeting this deadline, kindly advise immediately so that we may address the issue with the Court if necessary.

Thank you for your prompt attention to these matters.

Sincerely,

Michael P. Giampilis

Encl.

cc:  Demarco Bros Landscaping and Tree Service Corp. (via electronic mail w/o enclosure- theopassel@aol.com)

**LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.**
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

December 9, 2025

VIA FIRST CLASS MAIL and
ELECTRONIC MAIL w/o enclosure (steven.moser@moserlawfirm.com)
Steven John Moser, Esq.
Moser Law Firm, P.C.
5 E Main Street
Huntington, New York 11743

      Re:    Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
             United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)
             *Carlos Vasquez Deposition Transcript Execution and Production of Discovery*

Dear Mr. Moser:

      I have enclosed one original and one copy of the November 12, 2025 deposition transcript upon oral examination of your client, defendant Carlos Vasquez taken in connection with the above matter. Kindly have Mr. Vasquez review the transcript and, if agreeable, execute the original transcript on page 41 before a notary public, and return the executed transcript to my attention. Should Mr. Vasquez believe that any portions of his testimony are inaccurate, he may record corrections on the Errata Sheet at page 44. You may retain the enclosed copy for your records.

      Please be advised that Mr. Vasquez's failure to return the transcript in the manner prescribed by CPLR § 3116 will afford Defendants the remedies set forth therein.

      In addition, kindly direct Mr. Vasquez to produce the following documents, as requested during his deposition:

1. ==Proof of identity, as referenced at page 7, line 23- page 8, line 3 of the transcript.==
2. Pay stubs from Demarco Bros. Landscaping & Tree Service Corp., as referenced at page 38, line 20- page 39, line 4.

      Please provide these materials no later than 30 days from the date of this letter. If you anticipate any difficulty in meeting this deadline, kindly advise immediately so that we may address the issue with the Court if necessary.

Thank you for your prompt attention to these matters.

Sincerely,

/s/

Michael P. Giampilis

Encl.

cc:     Demarco Bros Landscaping and Tree Service Corp. (via electronic mail w/o enclosure-
        theopassel@aol.com)

LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

December 9, 2025

VIA FIRST CLASS MAIL and
ELECTRONIC MAIL w/o enclosure (steven.moser@moserlawfirm.com)
Steven John Moser, Esq.
Moser Law Firm, P.C.
5 E Main Street
Huntington, New York 11743

   Re: Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
      United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)
      *Mynor Polanco Deposition Transcript Execution and Production of Discovery*

Dear Mr. Moser:

  I have enclosed one original and one copy of the November 10, 2025 deposition transcript upon oral examination of your client, defendant Mynor Polanco taken in connection with the above matter. Kindly have Mr. Polanco review the transcript and, if agreeable, execute the original transcript on page 43 before a notary public, and return the executed transcript to my attention. Should Mr. Polanco believe that any portions of his testimony are inaccurate, he may record corrections on the Errata Sheet at page 46. You may retain the enclosed copy for your records.

  Please be advised that Mr. Polanco's failure to return the transcript in the manner prescribed by CPLR § 3116 will afford Defendants the remedies set forth therein.

  In addition, kindly direct Mr. Polanco to produce the following documents, as requested during his deposition:

1. Proof of identity, as referenced at page 7, lines 9–15 of the transcript.
2. Text messages with Theodore Passelis in his possession, as referenced at page 17, lines 5–11.
3. The last envelope received from Demarco Bros. Landscaping & Tree Service Corp., as referenced at page 32, lines 16–24.

  Please provide these materials no later than 30 days from the date of this letter. If you anticipate any difficulty in meeting this deadline, kindly advise immediately so that we may address the issue with the Court if necessary.

Thank you for your prompt attention to these matters.

Sincerely,

/s/

Michael P. Giampilis

Encl.

cc: Demarco Bros Landscaping and Tree Service Corp. (via electronic mail w/o enclosure- theopassel@aol.com)

LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.
2 SUPREME COURT
SMITHTOWN, NY 11787
(516) 739-5838
(631) 406-6437 fax
mgiampilis@giampilislaw.com

December 9, 2025

VIA FIRST CLASS MAIL and
ELECTRONIC MAIL w/o enclosure (steven.moser@moserlawfirm.com)
Steven John Moser, Esq.
Moser Law Firm, P.C.
5 E Main Street
Huntington, New York 11743

Re: Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)
*German Portillo Deposition Transcript Execution and Production of Discovery*

Dear Mr. Moser:

I have enclosed one original and one copy of the November 12, 2025 deposition transcript upon oral examination of your client, defendant German Portillo taken in connection with the above matter. Kindly have Mr. Portillo review the transcript and, if agreeable, execute the original transcript on page 38 before a notary public, and return the executed transcript to my attention. Should Mr. Portillo believe that any portions of his testimony are inaccurate, he may record corrections on the Errata Sheet at page 41. You may retain the enclosed copy for your records.

Please be advised that Mr. Portillo's failure to return the transcript in the manner prescribed by CPLR § 3116 will afford Defendants the remedies set forth therein.

In addition, kindly direct Mr. Portillo to produce the following documents, as requested during his deposition:

1. Proof of identity, as referenced at page 8, lines 13–18 of the transcript.
2. Pay stubs from Demarco Bros. Landscaping & Tree Service Corp., as referenced at page 27, lines 2-4.

Please provide these materials no later than 30 days from the date of this letter. If you anticipate any difficulty in meeting this deadline, kindly advise immediately so that we may address the issue with the Court if necessary.

Thank you for your prompt attention to these matters.

Sincerely,

/s

Michael P. Giampilis

Encl.

cc:  Demarco Bros Landscaping and Tree Service Corp. (via electronic mail w/o enclosure- theopassel@aol.com)