May 27, 2025

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
OSCAR CRUZ, MYNOR POLANCO and
CARLOS VASQUEZ, individually
and on behalf of all others
similarly situated,

        Plaintiffs,

               Case No.:
               2:23-cv-09200
    -against-
DEMARCO BROS LANDSCAPING &
TREE SERVICE CORP d/b/a FRANK
GIOVINAZZO TREE SERVICE d/b/a
FRANK GIOVINAZZO NORTH SHORE
TREE SERVICE d/b/a NORTH SHORE
TREE SERVICE and THEODORE
PASSELIS,
        Defendants.
---------------------------------X

        133C New York Avenue
        Huntington, New York

        May 27, 2025
        10:30 a.m.

        DEPOSITION of THEODORE PASSELIS, a
Defendant herein, taken by the Plaintiffs,
pursuant to Order, held at the above-noted
time and place, before a Notary Public of
the State of New York.

**Page 2**

APPEARANCES:

MOSER LAW FIRM, PC
Attorney for Plaintiffs
    133C New York Avenue
    Huntington, New York 11743

BY:   STEVEN MOSER, ESQ.

LAW OFFICES OF MICHAEL P. GIAMPILIS, PC
Attorney for Defendants
    2 Supreme Court
    Smithtown, New York 11797

BY:   MICHAEL P. GIAMPILIS, ESQ.

**Page 3**

FEDERAL STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED
by and between (among) counsel for the
respective parties herein, that filing and
sealing be and the same are hereby waived.

    IT IS FURTHER STIPULATED AND
AGREED that all objections, except as to the
form of the question, shall be reserved to
the time of the trial.

    IT IS FURTHER STIPULATED AND
AGREED that the within deposition may be
sworn to and signed before any officer
authorized to administer an oath, with the
same force and effect as if signed and sworn
to before the Court.

**Page 4**

    Passelis

    (Copies of payroll sheets were
marked Plaintiffs' Exhibits 1 through 4
for identification as of this date.)

    (Copies of payroll journals were
marked Plaintiffs' Exhibits 5 through
13 for identification as of this date.)

    (Copies of pleadings were marked
Plaintiffs' Exhibits 14 through 17 for
identification as of this date.)

THEODORE  PASSELIS, a
    Defendant herein, having been first
    duly sworn by Catherine J. Berkery, a
    Notary Public in and for the State of
    New York, was examined and testified
    as follows:

EXAMINATION BY

MR. MOSER:

    Q    Please state your name and
address for the record.

    A    Theodore Passelis, 320 Cedar
Swamp Road, Glen Head, New York 11545.

    Q    Good morning.

    A    Good morning.

    Q    Mr. Passelis, my name is Steve

1 (Pages 1 to 4)

May 27, 2025

Page 5

Passelis

Moser. I'm an attorney, I represent certain individuals who claim that they were formerly employed by DeMarco Brothers Landscaping & Tree Service Corporation in a lawsuit that they filed in federal court. I'm going to have some questions for you. If you do not understand one of my questions, please let me know and I'll repeat it or rephrase it as many times as necessary. Okay?

A    Okay.

Q    If you do answer a question, I will presume that you understood it; is that fair?

A    That's fair.

Q    So what is your date of birth?

A    9/18/1964.

Q    What's your highest level of education?

A    High school diploma.

Q    Where did you attend high school?

A    Aviation High School.

Q    Have you ever been convicted of

Page 6

Passelis

a crime?

A    No.

Q    Have you ever been known by any other name other than Theodore Passelis?

A    On my driver's license, when I first got my driver's license, I was 18 years old, they spelled it wrong and I left it like that. So it's Parselis on my driver's license, but other than that, no.

Q    How is it spelled?

A    P-A-R-S-E-L-I-S. I mean, I could change it. I just left it.

Q    So are you employed today?

A    Yes.

Q    What is the nature of your employment?

A    I'm a tree service -- tree contractor.

Q    And is that for DeMarco Brothers Landscaping & Tree Service Corporation?

A    Yes, that's correct.

Q    Did you form that company?

A    Yes, I formed it.

Q    In what year?

Page 7

Passelis

A    2015. I believe it was March of 2015.

Q    So is it fair to say that DeMarco Brothers Landscaping & Tree Service Corp has been in existence since March of 2015?

A    That is correct, yes.

Q    Did you purchase the landscaping and tree business from anyone?

A    I purchased the phone line from Frank Giovinazzo Tree Service March of 2015.

Q    In addition to purchasing the phone number, did you acquire any assets of Frank Giovinazzo Tree Service?

A    I acquired two trucks and two chippers and one bucket truck, which are all gone, broken, you know, so I changed them since then.

Q    Did you also acquire the right to use the name Frank Giovinazzo Tree Service?

A    Yes.

Q    As well as Frank Giovinazzo North Shore Tree Service?

Page 8

Passelis

A    I started that. His tree service was Frank Giovinazzo Tree Service, that's all it was, and it had a different locations on Maple Avenue in Glen Cove, 36 Maple Avenue, Glen Cove.

Q    Since you started DeMarco and when I say DeMarco, do you understand that for the purposes of this deposition I'm going to mean the full name of the company, DeMarco Brothers Landscaping & Tree Service Corp?

A    So the name of the company -- yes, sure.

Q    So besides DeMarco, what other names has the business operated under?

A    So it's DeMarco Brothers doing business as Frank Giovinazzo North Shore Tree Service. That's the name of the company and corporation together.

Q    Besides Frank Giovinazzo North Shore Tree Service, has DeMarco done business under any other names?

A    Yes, because DeMarco Brothers -- it's a play of names just to mark it, you

2 (Pages 5 to 8)

Page 9

Passelis

know, to hold -- with the Internet and everything, so it could be under North Shore Tree Service, you know, some people call it North Shore Tree Service, some people call it Frank Giovinazzo Tree Service and some people call it Frank Giovinazzo North Shore Tree Service. Those three names are basically what it is.

Q    So just so we are clear, I want to make sure I get this correct, the name that's listed in the caption in this case, do any corrections need to be made to that?

A    Okay. Theodore Passelis, that's me, I'm the owner, but I don't run it under that name, you know, it's just the business.

Q    But other than --

A    Everything is correct.

Q    And when you purchased the landscaping and tree service business in 2015, did any employees who had been with Frank Giovinazzo continue with you?

A    Yes.

Q    And how many employees roughly?

A    Roughly seven employees.

Page 10

Passelis

Q    Are you aware that in this lawsuit you are being sued by Oscar Cruz, Mynor Polanco and Carlos Vasquez?

A    Yes.

Q    Are you also aware that an individual by the name of Herman Portillo, that he also joined the case later on?  I just want to know, are you aware that he joined the case?

MR. GIAMPILIS:  Are you aware?

A    I'm aware of it. He says hi to me.

MR. GIAMPILIS:  He's going to ask you.

Q    These four individuals, did any of them continue working with DeMarco and had been employed by Frank Giovinazzo?

A    So three of them came in later on and Oscar Cruz quit, he didn't like me from the beginning. He didn't think I knew the business and I didn't and then about, I would say, three months later or four months later, he saw that, you know, I was a good boss, everybody talked to him, what's the

Page 11

Passelis

matter with you, and he came and asked me and I said sure, come on on and that was it. He didn't immediately start.

Q    So Oscar Cruz had been employed by Frank Giovinazzo?

A    Yes, he was.

Q    And for the first three or four months that your company was in business, he wasn't there and he joined thereafter?

A    That is correct, yes.

Q    What about any of the other three individuals, did any of the three individuals come from Frank Giovinazzo?

A    No, none of them, none of them.

Q    Frank Giovinazzo Tree Service, was that owned by an individual by the name of Frank Giovinazzo?

A    Frank Giovinazzo Landscaping & Tree Service.

Q    Okay.

A    We don't do landscaping, I stopped it, we just do small stuff. He was cutting grass, I don't cut grass.

Q    So was that company owned by an

Page 12

Passelis

individual by the name of Frank Giovinazzo?

A    Yes, it was, yes.

Q    When you acquired the business, did you take over an existing way of paying employees or did you come up with a new way of paying employees?

A    The employees actually all discussed it with me and they wanted, you know, how they wanted to be paid and how are they going to get paid and I said sure and then we came to an agreement.

Q    Did you pay them in the same way that Frank had been paying them?

A    Frank -- I can't answer for Frank because I'm not sure, but I did know that they got a substantial raise from me and they were very happy.

Q    Besides you, have there ever been any other shareholders of DeMarco Brothers Landscaping & Tree Service Corp?

A    No, sir.

Q    Who has the authority to hire employees at DeMarco?

A    Me, just me.

3 (Pages 9 to 12)

May 27, 2025

## Page 13

Passelis

Q    Since forming DeMarco, has anyone other than you had the authority to hire employees for DeMarco?

A    Never ever.

Q    Who has authority to fire employees at DeMarco?

A    Well, I haven't fired anybody, so, you know -- it would be me, but I have never fired anybody.

Q    Besides you, has anyone else had the authority to fire employees of DeMarco?

A    Never, Mr. Moser.

Q    Now, what records do you keep with regard to employees?

A    The records of their hours that they work, when they want off, their sick days. Other records, you know, sometimes they need upfront money, you know, I have records of that. What else?  Sometimes they want to buy a car and I help them out, you know, I have all those records.

Q    And you were asked in this lawsuit to search for all records concerning the employment of Oscar Cruz, Mynor Polanco,

## Page 14

Passelis

Carlos Vasquez and German Portillo, correct?

A    Yes, you did.

Q    And did you do a comprehensive search for all records?

A    I did.

Q    Did you produce all the records that you found?

A    I produced whatever I found, yes.

Q    Did you withhold any records that you had found --

A    No.

Q    -- regarding these four individuals?

A    No, no, it's all there.

Q    Are there any potential locations where documents are stored that you did not search?

A    None that I'm aware of right now.

Q    Besides you, does anyone else know where employee documents are stored?

A    No, that would be me.

Q    Mynor Polanco, do you know when

## Page 15

Passelis

he was hired?

A    Whatever the records show, that's when he was hired. He worked for close to about a year for me.

Q    I'm going to show you a document marked as Plaintiffs' Exhibit 15, which is defendant's amended response to plaintiff's first set of interrogatories. I want you to take time just to flip through the document, through each page and take a look at it.

A    Okay.

Q    I'm also going to show you what has been marked as Plaintiffs' Exhibit 14 for identification. This is plaintiff's first set of interrogatories to the defendants and that's for reference.

MR. GIAMPILIS:  So one goes to the answer. So interrogatory number one goes to answer over here number one, just so you know (indicating).

Q    If we look at Exhibit 15, the 9th page and 10th pages are signature pages?

A    Yes, sir, I see them.

Q    Is that your signature on both

## Page 16

Passelis

of those pages?

A    Yes, it is, that is my signature.

Q    And before signing that, did you review the plaintiff's first set of interrogatories and your responses and made sure that all of the answers were truthful and accurate?

A    Yes, sir, I did.

Q    The answers that you have listed in the interrogatories, are they based upon your personal knowledge, based on documents or a combination thereof?

A    A combination.

Q    The dates of employment, what is that based upon?

A    Okay, so it's based upon documents that I have paid them and I wrote down, so -- can I just say --

MR. GIAMPILIS:  That's the answer to the question. Just answer the question.

THE WITNESS:  Okay. I want to be honest. I just want to tell him

4 (Pages 13 to 16)

**Page 17**

Passelis everything.

Q I know, you are going to get the chance.

A I want to tell you everything.

Q You are going to get the chance. Let's go to Oscar Cruz first. Oscar Cruz was employed from approximately 2006 until July 15th of 2023?

MR. GIAMPILIS: Objection to that question.

A That is correct.

MR. GIAMPILIS: I don't know what the question is. Are you asking if he was employed from 2006 on?

MR. MOSER: Yes.

Q He was a landscaping helper, correct?

A I can only answer from the time he worked for me. I don't know what he did before that and how long he worked for Frank.

Q From the time he worked for you, he was a landscaping helper?

A Yes.

**Page 18**

Passelis

Q As were the other three plaintiffs in this case, were they all landscaping helpers, too?

A Mynor was more than a landscaping helper.

Q I didn't hear you.

A Mynor was more than a landscaping helper.

Q What was Mynor?

A Mynor was also a climber.

Q Was Oscar Cruz paid by the hour, by the day or something else?

A By the hours, yes.

Q Are there any documents which show what Mynor Polanco was earning per hour in 2017?

A Mynor Polanco, well, if you divide it by 310 per day, that's what he got paid $310 per day divided by the hours.

Q I'm going to show you what have been marked as Plaintiffs' Exhibits 1 through 4. These are payroll sheets and I'm going to represent that these are all the payroll sheets that we have been provided in

**Page 19**

Passelis this case.

A This is my handwriting, yes.

MR. GIAMPILIS: He didn't ask anything yet.

Q So this payroll sheet, was this a form that was created by someone?

A Yes.

Q Who created the form?

A Me.

Q How did you create it?

A Excel.

Q And then how did you create the Excel sheet, where did you get the information for the Excel?

A Oh, I saw it on a YouTube, so I copied a similar thing from YouTube.

Q Now, we have here, Plaintiffs' Exhibit 1 are payroll sheets for the first half of 2018; is that fair to say?

A Yes.

Q Plaintiffs' Exhibit 2 are the payroll sheets for the second half of 2018; is that fair to say?

A Yes, it is. The first half and

**Page 20**

Passelis second half year, 2018 (indicating).

MR. GIAMPILIS: It's the opposite.

A It's the opposite, I'm sorry. This one is July and this one is December. I'm sorry about that (indicating).

Q So Plaintiffs' Exhibit 2 is the first half of 2018?

A That's what it seems like, yes.

Q And Plaintiffs' Exhibit 1 is the second half of 2018?

A That seems like it, yes.

Q Let's turn to Exhibit 3, is this the payroll for the second half of 2019?

A That is correct, yes.

Q And if we turn to Plaintiffs' Exhibit 4, is that the payroll for the first half of 2019?

A That's correct.

Q Did you create these payroll sheets for every year that employees worked for DeMarco from 2017 until the present?

A I created them, yes.

Q Are there payroll sheets for any

Lexitas Court Reporting
800-678-0166

May 27, 2025

Page 21

Passelis
of the four plaintiffs in this case for 2017?

A    I'm sure there are.

Q    Where are they?

A    Where are they?  Did you ask for that?

Q    Yes.

A    You did ask for that?

Q    Yes.

A    Are you going back more than seven years?

MR. GIAMPILIS:  You can't ask him questions. He just asked you are there any other time sheets.

THE WITNESS:  Yes, there are other time sheets, yes.

Q    If we look at -- do you know where those other time sheets are kept?

A    I'm sure I can find them, yes.

Q    I want to draw your attention to the time period after 2020, are there any payroll sheets pertaining to any of the four plaintiffs after 2019?

A    Yes.

Page 22

Passelis

Q    And where are those payroll sheets?

A    I'm assuming you have them.

Q    No, I don't.

A    You don't have them?  Okay. I have them.

Q    I'm going to show you once again what has been marked as Plaintiffs' Exhibit 2 for identification. Do you see the names of any of the four plaintiffs on that first page?

A    Yes. I see Oscar Cruz Mejia.

Q    Is on the second line?

A    Yes.

Q    Besides Oscar Cruz Mejia, do you see the names of any other of the four plaintiffs on this sheet?

A    Well, we had a couple of Carlos, I'm not sure if this is him, but I'm not sure about this one, but this is definite, I know that it's him.

Q    So we know that Oscar Cruz Mejia is one of the plaintiffs?

A    A hundred percent.

Page 23

Passelis

Q    Below that, the second from the bottom, is Carlos?

A    It's Carlos, but I'm not sure it's him because we had two Carlos.

Q    If we look at the first page of Plaintiffs' Exhibit 2, there is a Bates stamp on the bottom which we actually provided, which is defendant 25, correct?

A    Correct.

Q    Let's go to Oscar Cruz Mejia who's on the second line?

A    Yes.

Q    How many hours did Oscar Cruz Mejia work in this week?

A    41 it shows.

Q    Did you keep any records of the time that employees arrived for work?

A    Yes, I have an idea -- yes, there is a standard show-up time.

Q    Did you ever record the time that any employee actually arrived for work?

A    You just have to be at the yard at 8:00, that's it.

Q    Do you have a punch clock at the

Page 24

Passelis
yard?

A    No, I don't.

Q    Are there any means for employees to record the time that they arrive at the yard?

A    No.

Q    And does DeMarco have any records showing the times that employees arrived at the yard on any given day?

A    No, they just have to be there.

Q    And what happens when employees arrive at the yard in the morning, what do they do?

A    Okay, they come to the yard and they start up the trucks and they have to be at the job between 8:15 to 8:30 every day.

Q    Do you keep any records showing the time when the first job starts?

A    Well, I start them off from 8:00, I pay them from 8:00.

Q    But do you have any records showing when the first job actually starts?

A    I'm there at the job.

Q    Do you have any records showing

6 (Pages 21 to 24)

May 27, 2025

Page 25

Passelis

the time that the first job was started? You said it's between 8:15 to 8:30?

A    It's 8:15 to 8:30, one of the two. Sometimes they get there at 8:15, they drive the trucks and pick up breakfast. Every day they pick up their coffee or a doughnut or whatever, a banana, and then after that they show up.

Q    Are there any records showing that the first job would start at either 8:15 or 8:30?

A    No.

Q    Did you ever advise any customers of when they could expect you?

A    8:30.

Q    And was that all verbal or was anything in writing?

A    We start the job at 8:30 to all the customers.

Q    Was that in writing or was that verbal?

A    Verbal.

Q    Do you have anything in writing showing that the first job started at 8:30?

Page 26

Passelis

A    No. I don't think you could start on any village on Long Island before 8:30, you are not allowed to.

Q    You are not supposed to?

A    You are not supposed to by law.

Q    And how far away was the farthest job from the location of DeMarco?

THE WITNESS:  Can I be honest and elaborate on this?

A    I just want to be honest.

MR. GIAMPILIS:  You just have to answer the question.

THE WITNESS:  I know, but I want him to know everything.

A    So basically we -- how I run the business, so we got a lot of calls to go everywhere, so basically what we do, I try to keep everything local because you use less gas and it's always profitable like that, it's better and you keep the prices down for people. And that's how I run the business. I don't go anywhere unless it's local. I don't want it, you know, and there is plenty of business in that area.

Page 27

Passelis

Q    Have you ever done any work in Suffolk County?

A    In the ten years, if I can count on two hands, and to be honest with you, I'm not licensed. I'm honest.

Q    Are you licensed in Nassau County?

A    Yes, I am, sir.

Q    What villages are you licensed in?

A    Bayville, Locust Valley, which is the Town of Oyster Bay, Brookville, all the Brookvilles, upper and lower Brookville, Old Westbury, Glen Cove and Roslyn. I don't go to Great Neck, I don't go anywhere further out than not. It's not good for the trucks, you know.

Q    Do you have any text messages between you and any individuals --

A    Yes, I do.

Q    -- which show when employees were supposed to report to work?

A    When they are supposed to come to work and do a job, you are saying?  Yes.

Page 28

Passelis

Q    So the address that you provided at the beginning of the deposition, what is at that address?

A    That's the yard.

Q    And all the vehicles are at the yard?

A    Yes, sir.

Q    Do all employees travel in company vehicles from the yard to the first job site?

A    No, their vehicles and they leave them there. Oh, to the first job site? Yes, I'm so sorry, I didn't understand.

Q    Do all employees travel in company vehicles from the yard to the first job?

A    Yes, sir.

Q    And do all employees return to the yard at the end of the day in company vehicles?

A    Yes, sir.

Q    And has it always been this way since 2017?

A    Yes, sir.

7 (Pages 25 to 28)

Page 29

Passelis

Q    And has it always been this way for the four plaintiffs in this case?

A    Yes, sir.

Q    So is it fair to say that each one of the four plaintiffs reported to the yard in the morning, traveled in a company vehicle to the first job and at the end of the day, traveled in a company vehicle back to the yard?

A    Yes, sir.

Q    Are there any surveillance cameras at the yard?

A    No.

Q    Is there any restricted access to the yard?

A    No.

Q    So employees who arrive there in the morning, was there anything preventing them from entering the yard?

A    No.

Q    Who had the keys to the vehicles?

A    They are left in the trucks, I leave them overnight also.

Page 30

Passelis

Q    And did you ever record the time that employees returned to the yard at the end of the day?

A    I was there. I didn't record it. What do you mean "record," like write it down you are saying?

Q    Yes, either through a punch clock, through a signed time sheet or any other method?

A    Well, I see them, I physically see them and write it down myself, that's how I did it.

Q    And what would you write down at the end of the day?

A    That we are there 3:00.

Q    What do you write it on?

A    I have like a scratch paper that I write it and then I use that at the end of the week to record everything, to write it on this sheet (indicating).

Q    When you are saying "this sheet," you are talking about the payroll sheet?

A    Yes, I transferred everything

Page 31

Passelis

over.

Q    The scratch paper that you write the times on, where is the scratch paper?

A    I don't have them anymore because I record them -- I write them on this (indicating).

Q    What information would be on the scratch paper?

A    So I did on the scratch paper the names and I did the dates, you know, Monday, Tuesday, Wednesday, Thursday, Friday, Saturdays and I would write down everything, time they came in and the time that they came out. So I would put 8:00 to three. If we finished a job earlier, I still paid them, it didn't really -- you know, sometimes they would come to the yard at 2:30, sometimes they come to the yard at two, but that didn't matter, they finished the job, so there is no harm. They deserve the pay.

Q    And did you throw out all the scratch papers that you had with the times written on it?

Page 32

Passelis

A    Yes, sir, I did, only when I transferred them on this. When I transferred them at the end of the week, I just threw the paper out (indicating).

MR. GIAMPILIS:  Onto these payroll sheets, correct?

THE WITNESS:  Yes.

Q    Why did you throw out the sheet with the times on it?

A    Because I transferred it over here and I totaled it up and I did the whole analysis there (indicating).

Q    But this was information on those scratch sheets that is not in this document, correct, the payroll sheet?

A    Can you --

Q    There was some information on the scratch sheets that was not transferred to the payroll sheet; is that correct?

A    I cannot recall right now. I'm not understanding.

Q    Well, on the scratch sheet, did you have each employee's name listed?

A    Yes.

Page 33

Passelis

Q    Did you have each day of the week listed?

A    Yes.

Q    And did you have the start time of each employee listed?

A    Yes.

Q    Did you have the end time of each employee listed for each day?

A    Yes.

Q    Is any of that information on this sheet?

A    No, but I totaled it, that's how I did that. Okay, I understand.

Q    Other than your testimony, is there anything else that you have to support that Oscar Cruz Mejia worked 41 hours for this workweek and I'm referring to the first page of Plaintiffs' Exhibit 2?

MR. GIAMPILIS: Objection to form.

You can answer it if you understand.

A    Okay, so I wrote in 41 hours, he went -- and I had to pay him the overtime on

Page 34

Passelis

the extra hour. And when I pay him at the end of the week, we go over everything and they tell me, okay, sometimes I would make a mistake and I would have to give them the money then, but maybe this happened, I don't know, I would say, I don't know, five times in ten years maybe. They tell me.

Q    So if an employee didn't tell you that there was a mistake, what would you do, would there be any need for an additional payment if an employee didn't tell you something?

MR. GIAMPILIS: Objection to form.

You can answer.

A    So at the end of the week when they get paid, they get their envelopes and they would say to me, they would open up their envelopes, they see their money and they say okay, great, it's done. Sometimes in maybe five times, and even when I overpaid them sometimes the guys would say something and I would say, don't worry about it, it's not a big deal. I never took money

Page 35

Passelis

back from then. But that's basically it, we always checked everything and everybody would be happy. There was really never a question or anything like that.

Q    So I want to draw your attention to Plaintiffs' Exhibit 2 once again, the first page thereof.

A    Sure.

Q    The first column says "OT," is that for overtime?

A    Yes.

Q    And for Oscar Cruz Mejia it says that his overtime rate is $30 an hour?

A    Yes.

Q    How is that calculated?

A    So it's time and a half. So he gets 19.37 and then half of that, an additional half of that would be $30.

Q    How did you calculate the rate per hour?

A    How did I calculate?  So he gets $160 per day, divide that by eight and then subtract for the lunch, the hour lunch, and that's how you get the rate.

Page 36

Passelis

Q    So he was paid --

A    He wanted --

Q    He was paid $160 for seven and a half hours?

A    Correct.

MR. GIAMPILIS:  Seven and a half, that includes lunch?

THE WITNESS:  It's seven hours.

MR. GIAMPILIS:  You have to say that.

A    They work seven hours per day and they get an hour lunch and that's respectable and I told them that's fine. Well, they asked for it and I gave it to them, but that's the law anyway.

Q    Do you have any records which show that the lunch was an hour?

A    Yes.

Q    And what records do you have which would show that the lunch was an hour?

A    So they stop at 12:00 and start at 1:00. It's known, sometimes they would stop earlier, I don't care, they got to do their hour lunch, it's respectable and they

9 (Pages 33 to 36)

## Page 37

Passelis
should do it.

Q    So 160 divided by seven is $22.85. You can take the time to do the math, double-check my math.

A    22.85.

Q    Can you explain how you came up with the actual per hour rate?

A    I didn't know that, I just saw that, 34 instead of 30.

Q    So can you explain to me, as you sit here today, how you computed the per hour rate for Oscar Cruz Mejia which is shown on Plaintiffs' Exhibit 2?

A    Well, here it's incorrect, it should be $34.

MR. GIAMPILIS:  Why do you say that?

THE WITNESS:  Because if you add it up the way he gets 160 per day and he has -- he's missing $4 on this pay right here. The overtime should not be -- it should be 34 (indicating).

Q    It says here that Oscar Cruz Mejia worked six days this week, correct?

## Page 38

Passelis

A    Yes, that is correct.

Q    But yet he only worked 41 hours?

A    Yes, because on Saturday, we stop at 2:00.

Q    And is there a lunch on Saturday?

A    Yes, one hour, same thing.

Q    And what time do you start on Saturday?

A    8:00.

Q    And what time do you start during the workweek again, Monday through Friday?

A    8:00, but we finish at three, which by the way, I'm so sorry, this is still going on. If you follow my company, you will see it's still the same.

MR. GIAMPILIS: Just answer the questions, okay?

Q    So employees would return to the yard at approximately 3:00 p.m. during the workweek?

A    Yes.

Q    And since they had a half an

## Page 39

Passelis
hour lunch, the workday was six and a half hours?

A    One hour lunch.

Q    So the workday was only six hours?

A    Yes, six hours, we made a mistake, sorry about that.

Q    And Saturdays the workday was only five hours?

A    That is correct, yes.

Q    That means if he worked a full week, he would have worked 35 hours; is that fair to say?

A    If he would have worked a full week, yes.

Q    So he worked more than his regular 35 hours?

A    Yes, but sometimes I round it off and I gave them the full week, because they did work six days. If they left earlier, that's okay.

Q    Do you know any other tree service company that only operates from 8:00 a.m. to 3:00 p.m.?

## Page 40

Passelis

A    Many of them. Many of them. Asplundh works from 8:00 a.m. to 2:00 p.m.

Q    So the daily rate was intended to compensate employees from 8:00 a.m. to 3:00 p.m. with a one hour lunch?

A    That's the whole idea and I try to make it comfortable for them so they can be happy.

Q    If the per day rate here is 160 and we divide 160 by six, what's the result?

A    So it's 160 times six equals 960 plus their check, so he got 640, plus 350 which is -- right, it's here, he got 990. If you see here, total week pay, 990.

Q    This regular rate that we have here on the second line, $19.37, where does that come from?

A    This regular rate that you are looking at here is incorrect. He wants his 160 per day.

Q    And that would cover --

A    It covers, it's more than enough.

Q    That covers six hours?

May 27, 2025

Page 41

Passelis

A    That covers the six hours for five days and five hours for one day, but on this particular day he had an hour of overtime here which --

Q    So what was the actual rate that he was paid for an hour of overtime?

A    He was paid $30, which he should have received $34.

Q    If employees worked after 3:00 p.m., would they have been paid extra?

A    They have to be paid extra, yes.

Q    And how much extra would you pay Armando if he worked after 3:00 p.m.?

A    So he was supposed to be paid -- he worked an hour extra one day, which was -- he was supposed to be paid $34 and he got paid 30 and I just noticed that to be honest with you.

Q    Is his per day rate correct here?

A    He gets 160 per day, yes.

Q    And that's for a six hour day?

A    Yes.

Q    And so his rate per hour would

Page 42

Passelis

be $26.67?

MR. GIAMPILIS:  Objection.

Q    Is that correct?

MR. GIAMPILIS:  If you can answer it.

THE WITNESS:  Yes, I can answer it.

A    Because that rate considers his one hour for lunch, too. In other words, he's working a full day, I pay him for his lunch too.

Q    So that is intended to pay him for seven hours?

A    Right.

Q    Because the lunch is paid lunch?

A    Right, it's a paid lunch. I'm sorry about that, I'm incorrect.

Q    And where does this check amount come from, this $350?

A    They receive a check.

Q    And was the check that he received for this week actually $350?

A    It's 350, yes, actually and then they pay some taxes on that check or

Page 43

Passelis

whatever the taxes are, they get deducted from the payroll.

Q    And this is for July 9th through July 14th?

A    That's correct.

Q    Of 2018?

A    Yes. Can I take this phone call, it's a worker and he has called twice?

Q    Sure. Take five minutes.

(Whereupon, a recess was taken.)

Q    I'm going to show you what has been marked as Plaintiffs' Exhibit 6 for identification. It is the DeMarco Brothers Landscaping & Tree Service payroll journal detailed, all bank accounts January 1, 2017 to September 30, 2020, and I'm going to show you, direct your attention to the page that's Bates stamped Def 123. What is this, by the way, this report?

A    This is the payroll for the workers.

Q    The checks?

A    The checks, yes.

Q    By looking at this document can

Page 44

Passelis

you see what the amount of the check was that was issued to Oscar Cruz Mejia for the week ending July 14, 2018?

A    Yes, 352.

Q    So can you just describe for me how you computed the numbers on this sheet here?  Again, I'm talking about Plaintiffs' Exhibit 2 and specifically for Oscar Cruz Mejia.

MR. GIAMPILIS:  Objection to form.

If you understand the question, you can answer it because I don't.

A    How do I compute paying him this money?

Q    Yes, correct.

A    So basically I have him down for $160 per day, he worked six days a week and he worked one hour overtime, I paid 30 there and I computed it to 990 total minus the check and minus the cash here, so that's what he got paid.

Q    He got paid 990?

A    Yes, he did.

11 (Pages 41 to 44)

May 27, 2025

Page 45

Passelis

Q    I'm going to draw your attention to Plaintiffs' Exhibit 4 for identification, the second line of the first page of this document says Oscar Cruz Mejia, that's one of the plaintiffs in this case, right?

A    Yes.

Q    Describe for me how his per hour rate was computed on this particular document.

A    I can't explain the per hour rate, but I can explain to you what he got paid per day. He worked four days this week.

Q    Okay.

A    And he got paid $670, 352 on check and 290 cash and that's where --

Q    Why was he paid overtime on this?

A    He did one hour of overtime.

Q    And which day?

A    I can't recall that, which day, but he did work one hour later than 3:00 and I paid him for it.

Q    You paid him $30 --

A    Just to finish the job, yes. Mr.

Page 46

Passelis

Moser, can I be honest with you?

Q    Please.

A    I pay them extra because it's respectable to pay them extra. I can't -- I know what you are telling me and I know you want me to compute it a certain way, but when they did an hour extra, it's a respectable thing just to give them the money and say thank you, okay?  That's how I am, that's how I work. If you ask them, I'm very surprised --

MR. GIAMPILIS:  We are not prosecuting your case right here.

A    I'm just an honest person, I have to be honest. I gave it to him.

Q    For this workweek, did Armando receive a check in the gross amount of $350?

A    352, yes.

Q    352?

A    Yes.

Q    I'm going to show you once again what has been marked as Plaintiffs' Exhibit 6 for identification, can you find in this document the check for the workweek ending

Page 47

Passelis

on June 15th of 2019?

A    It's 384 here it says.

Q    Can you find it?

A    I found it, yes.

Q    How much was the gross amount of the check --

A    384.

Q    -- that was issued to Oscar Cruz Mejia for this workweek?

A    384.

Q    Why does it say 350 here on Plaintiffs' Exhibit 4?

A    Because I overpaid him here, it's my mistake. You know --

Q    And why does it say that he received total pay here of $670?

A    He received more, but that's what I was aware of. I didn't realize that the check was more than what he should have gotten.

Q    So --

A    It's supposed to be 352 and he got more on the check. It's okay.

Q    Did he receive more on each and

Page 48

Passelis

every single workweek?

A    Sometimes they receive more. I make mistakes, yes.

Q    Did you ever make a mistake in which they were paid less?

A    No, because I couldn't live with myself, no, it's not my thing.

Q    So you always paid them more?

A    All the time. Honestly, all the time and I'm okay with it, I'm okay with it, I'm content.

Q    So here it's not just this particular workweek where he's paid $384, it's every single workweek, correct, when we are looking at Defendant's 131, 132, 133.

A    I didn't even know I was overpaying them, I swear.

Q    So is it fair to say that he was actually earning more than -- that his check was not, in fact, $350, it was $384?

A    Yes.

Q    And that was every single workweek?

A    I don't know.

12 (Pages 45 to 48)

May 27, 2025

Page 49

Passelis

MR. GIAMPILIS: Objection, we don't know every single workweek.

Q   Well, we are going to show you what has been marked as Plaintiff's Exhibit 3 for identification, if we look at Defendant's 48, how many hours did Oscar Cruz Mejia work this week?

A   I have him down for 40 hours, he worked six days a week, he got paid $990 and then he also got -- oh, he got tips, somebody gave tips for him. Somebody gave him tips, so I hold it in an envelope when I get paid from a customer and they gave tips. So he got tips here and this person got tips that day.

Q   So is it fair to say that during this workweek he did not work after his regularly scheduled ending time?

A   He didn't work more than the regular schedule, yes.

Q   So he worked from 8:00 a.m. to 3:00 p.m.?

A   That is correct.

Q   That would be Monday through

Page 50

Passelis

Friday?

A   That is correct.

Q   And he worked on Saturdays from 8:00 a.m. to 2:00 p.m.?

A   To 2:00 p.m., that's correct.

Q   Each day he was paid for his lunch?

A   Yes.

Q   And so the total hours that he worked was 40?

A   Yes, and he got a tip at that time, just from a customer, it's not from me, it's a customer that gave, so I got to give it to him. If I worked at this place and I got paid from the customers, they would leave them sometime tips and I would mark it down and give them the money.

Q   I'm going to show you the payroll sheet that's been marked Plaintiffs' Exhibit 1 for identification. I would like you to look at the second page, which is Def 2.

A   Yes.

Q   Oscar Cruz Mejia, how many days

Page 51

Passelis

per week did he work this workweek?

A   He worked five days this week.

Q   And how many hours did he work?

A   I can't recall, but it says here 35, but I can't recall. I did pay him for the full -- the five days, 160, let me do the math and I'll tell you. I just want to make sure. Yes, he got paid $800. I don't think he got a check that week, he probably needed cash and he asked me for it and whatever they ask me for, you know.

Q   Do you have any individuals who could testify as to the arrival time of employees at the yard?

MR. GIAMPILIS: Other than yourself.

Q   You were at the yard in the morning?

A   Yes, but other individuals like workers?

Q   Yes.

A   Yes, all the workers.

Q   So all the workers would say we are only required to be there at eight?

Page 52

Passelis

A   Yes. Mr. Moser, can I say something?

MR. GIAMPILIS: No.

A   Oscar is a wonderful guy, I have never had, you know, never had a complaint from him, never, ever, never and, you know, I have helped them -- you know, he's always a good worker, I never had a problem.

Q   He says he was fired; is that true?

A   It's not true.

Q   What country was he born in?

A   He was born in Salvador.

Q   How do you know that?

A   Because he's related to this one here, they are cousins, and his mom (indicating) --

MR. GIAMPILIS: Say his name.

A   Saul, S-A-U-L, Villalobas, V-I-L-L-A-L-O-B-A-S. He actually still talks to his mom. So I have to be honest with you, something happened to Oscar in the last, I would say, three years, he doesn't talk to his brother, something happened with his

13 (Pages 49 to 52)

Page 53

Passelis

wife, you know. He has a farm in Guatemala and I believe his wife took away the farm from him.

Q   If --

A   She found somebody and something happened.

Q   He's not from Guatemala, but he has a farm in Guatemala?

A   His wife is from Guatemala.

Q   When you hired the employees, did you complete any paperwork?

A   Just the paperwork -- it's a number that they get because they are undocumented, there is a number that I -- I get a number for them to do the taxes, they pay their taxes. I know they do.

Q   So you fill out a tax withholding form?

A   Yes.

Q   And they sign the tax withholding form?

A   Yes, they do.

Q   Do you have any of your tax withholding forms?

Page 54

Passelis

A   I believe my accountant does, yes, and with the dependents that they want to claim and all that stuff.

Q   Besides the tax withholding forms, are any other documents completed when an employee is hired?

A   Just their information and one paper -- there is a paper, you know, my accountant gives it to me, if you are hiring somebody new, you have to fill out the paper. I don't know what the name of the paper is.

Q   Have you asked your accountant for those papers?

A   I can ask him if you want them, sure.

Q   Well, are you aware that the employees -- these four hires claim they didn't receive hiring notices?

A   No, I'm not aware of that, no.

Q   You claim that your accountant has the hiring notices?

A   I believe he does, yes. I believe he has all that information with

Page 55

Passelis

tax -- they got checks, so they, you know, they were hired the right way, there was no -- Mynor was my only situation.

MR. GIAMPILIS:  You are just -- you are not answering the question.

A   He's the only one that basically I kept on asking for, you know, because he says I'm going to work for three months, oh, six months, I say Mynor, I need paperwork, I need to get you on the books. Other than that, everybody else, even the last guy that you said, German, nice boy.

Q   So Mynor Polanco, he was paid in cash?

A   Always.

Q   Is Mynor Polanco on any of the payroll sheets that were marked?  I'm talking about Plaintiffs' Exhibits 1, 2, 3, 4?

A   Mynor worked for approximately, I would say, almost a year, eight months, nine months, ten months, somewhere around there. I'm sure he's on some of these sheets. I'm not sure if he's on these

Page 56

Passelis

sheets, 2018, because I don't think he started yet, he wasn't here yet (indicating).

Q   Are you saying that you have payroll worksheets for Mynor Polanco --

A   I'm sure, yes.

Q   -- from 2020?

A   No, I don't think 2020, I don't think so. I think he worked only for eight to ten months, I think. It was almost a year and then I guess he felt a little pressure because I was asking him for paperwork and...

Q   Mynor Polanco was employed from 2022 until 2023?

A   Somewhere around there, yes, I believe that.

Q   And where are his payroll records?

A   I should have them. I do have them. So I can have that tomorrow for you, I'm pretty sure I have them.

Q   I'm going to read you something with regard to Mynor Polanco.

14 (Pages 53 to 56)

May 27, 2025

Page 57

Passelis

A    Sure.

Q    He claims that he worked from approximately 7:00 a.m. until 4:30 p.m. from Monday through Saturday with a half hour lunch each day. Is that true?

A    Not true.

Q    Are you saying that he's making up those numbers?

A    I'm saying not only is he making up those numbers, but everything else he has said that I have read that you wrote, Mynor came to the company asking for a job and I think kind of had an idea that, this is my opinion, that he was looking for something, but it's okay.

Q    So you believe that Mynor Polanco was working with the expectation that he would sue you one day?

A    Yes, and I think it's a very bad --

Q    And when did you first believe that he was going to sue you?

A    I didn't believe it at the time he was working for me, I believe I

Page 58

Passelis

understood it after because the other three boys that are working there, the other gentlemen that are working, all wonderful boys. They never -- Oscar Cruz is just a nice -- they are all good nice guys, all of them. I mean, I gave my bed to Herman, you know, my son's bed when he told me he was sleeping on the floor, I couldn't believe it, you know. It just --

Q    So what you are saying is that all of these former employees are making up hours in order to get money in a lawsuit that they don't deserve?

A    Mr. Moser, I'm going to be honest with you, if I owed somebody a dollar, I would give it to them, that's how, you know, whatever I owe -- life is not like that for me, I don't do things like that to people. I'm a different type of person, I'm with God, I don't have that kind of intentions to cheat people. Everything I do, I do above and beyond for them because I care about them and I believe that people have done stupid things in my life, even

Page 59

Passelis

cosigned for one of them, so I mean, and everybody thought I was crazy, but in the meantime, it came out to be a good thing for me.

Q    But my question is, are you saying that these four plaintiffs are making up the hours that they worked in order to get money from you in a lawsuit that they don't deserve?

A    That's how I feel, yes. Honest to God, that's how I feel. If I owe them something, I would give them tomorrow morning. I would not be the type of person to do something like that, I couldn't live with it.

Q    Do you have any text records which would show when employees were instructed to report to the yard?

A    I have texts, not to report to the yard, I have texts of where their job would be, yes, I do have that.

Q    Do you have any document whether it's a text message, an email, anything on paper, anything which shows that they were

Page 60

Passelis

supposed to report to the yard at 8:00 a.m.?

A    I think it was an understood, you know, thing that -- you see, we don't --

MR. GIAMPILIS:  He's asking if you have texts, that's all.

Q    Or any other texts.

MR. GIAMPILIS:  We understand that you believe that, but he's asking do you have proof of it and if you don't know, you don't know. I'm not trying to coach you, but it's okay to say I'm not sure.

A    To be honest, I'm not sure. I don't know if I have anything. I mean, I can start looking through my phone and see, but it was just an understood thing.

Q    Before today, have you looked through your phone to see if you have any text messages which instruct employees to report to the yard at a certain time?

A    I can't answer that for you because I don't know. I can't answer that.

Q    I'm not asking if they exist, I'm asking if you looked specifically for

15 (Pages 57 to 60)

Page 61

Passelis

text messages which would show when you instructed employees to report to the yard.

A    No, I never did that, to look for a text message, that's sneaky, I wouldn't do that. To look for a text message?

Q    Yes.

A    No.

Q    Do you have any text communications with any of the four plaintiffs?

A    Yes, I do.

Q    How many text communications do you have with them?

A    I have a lot of them. I even have the last ones.

Q    The phone that you have today, how long have you had that specific phone?

A    I can't recall, but a long time, a real long time. It's got to be -- I would say at least nine years or eight years I have my phone.

Q    What is the phone number from that phone?

Page 62

Passelis

A    It's 516-514-2689.

Q    What is the make and model of that phone?

A    It's an Apple phone.

Q    What model?

A    I'm not sure. Do you went me to look? I'm not sure. I have changed the phone, I have upgraded it because I get free upgrades, yes.

Q    When was the last time you upgraded the phone?

A    Oh, maybe three years ago.

Q    So you upgraded the phone approximately three years ago; is that fair to say?

A    Yes.

Q    You have text messages transferred over from --

A    Yes, because it continues, they go over.

Q    Did you delete any text messages between you and any of the four plaintiffs in this case?

A    No, not at all.

Page 63

Passelis

Q    And when was the last text message that you had between you and any of the plaintiffs?

A    Okay, I'm going to look it up now. July 15, 2023, Mynor (handing).

Q    Was that his last day of work?

A    I'm not sure about that answer. It might be, I'm not sure.

Q    If we look at Plaintiffs' Exhibit 15 for identification, answer number three, it says here and this was stated under oath that plaintiff Oscar Cruz stopped working on July 15th of 2023.

A    That seems to be it, right.

Q    And that is the last text message that you have with him?

A    Yes.

Q    What is the last text message -- could you read the last text message that you have with him?

A    "1265 Cedar Swamp Road," seems like -- he asked me for an address and that's the last address he went to. So that's what they did, that's the last

Page 64

Passelis

address.

Q    And do you have any text messages between you and Oscar Cruz Mejia from July 14th?

A    Yes, I do.

Q    Can I see those please?

A    Sure. He had two phones, so I have to find which phone it is, one second. His last message was July 17th, so "Good morning," that's July 15th, that's the job, and then July 17th, "Hi, Armando, come to work, call me" and he never showed up.

Q    And that's July 17th?

A    July 17th. He didn't show up.

Q    When you did your estimates, who stayed at the job site?

A    I would stay back and forth or the climber. So in this case, it would be Mynor, he would run the whole job. Whoever does the cutting of the trees or the work, he runs the whole job. He was the boss of the other workers and in this case it was -- so they worked together for approximately, I would say, three months, I set up this group

16 (Pages 61 to 64)

Page 65

Passelis

and Mynor asked me for it, oh, I want to work with Armando, which is Oscar Cruz, and I want to work with Carlos and Mynor asked for that and I said okay, you want to work, this is how we want to work together and then this came about, this whole situation. So I was a little surprised. I love the other guys, Mynor, I didn't really know that well, he hasn't been with me a long time. I think after I asked him a couple of times for his -- what do they call it, it's a number, I asked him, that's when everything really went south with him.

Q    Do you have any documents showing Oscar Cruz's national origin?

A    Me personally, I don't have any documents.

Q    Does DeMarco have any documents concerning Oscar Cruz's national origin?

A    No, but I can -- I'm pretty sure that I can get something from his mom.

Q    And is he a native of Guatemala?

A    No.

Q    Mynor Polanco, do you have any

Page 66

Passelis

documents concerning his national origin?

A    I can't -- I'm not sure where Mynor is from. I can't -- I don't know where he's from, I really don't.

Q    My question is not whether you know where Oscar Cruz or Mynor Polanco is from, my question is, do you have any documents which would reflect either of these two individuals' national origins.

A    No, I don't, sir.

Q    Carlos Vasquez, do you have any documents concerning his national origin?

A    I don't have documents. I have an idea of where he's from, yes.

Q    What's your idea of where he's from?

A    He told me he was from Santo Domingo -- from the Dominican Republic.

Q    Who is Eduardo Villalobas?

A    That's Oscar Cruz's cousin.

Q    How do you know that?

A    This is how I know it for years. I mean --

Q    Somebody told you that?

Page 67

Passelis

A    Well, they both said it, yes, and he talks to his mother. I mean, Eduardo talks to Mr. Cruz's mother.

Q    So Oscar Cruz and Eduardo Villalobas told you they were cousins?

A    Yes.

Q    Was Eduardo Villalobas ever given authority to hire and fire employees?

A    Never.

Q    Does Eduardo Villalobas still work for you?

A    Yes.

Q    Would he know the hours that employees worked?

A    Yes. He would know that, you know, they are all in the yard at the same time, 8:00. He would know that, yes. Can I go off the record for one second?

MR. GIAMPILIS:  No, you can't.

Q    Are you aware that Oscar, Mynor and Carlos are claiming that Eduardo made decisions about hiring and firing?

A    Never did.

Q    Never?

Page 68

Passelis

A    Never did, not even the slightest of anything.

THE WITNESS:  I need to talk.

MR. GIAMPILIS:  You don't need to talk.

THE WITNESS:  I want him to know everything.

MR. GIAMPILIS:  He doesn't care.

THE WITNESS:  Okay, he doesn't care.

Q    So Eduardo Villalobas, does he have text messages with Oscar Cruz?

A    No.

Q    How do you know that?

A    Because he has no -- he gets the same text message. When they were on the same group together, they would get the same text message of the job, not between each other.

Q    So it was a group text message that was sent to everybody?

A    No, there's two groups. So this group gets this text message, so they all know where to go and they all know which

17 (Pages 65 to 68)

May 27, 2025

Page 69

Passelis

trucks to take and how to do the job and where to go and meet up with me there.

Q    And those text messages are sent on a daily basis?

A    Now they are. They weren't always sent on a daily basis. Sometimes I was at the -- you know, I was at the yard in the morning all the time and I would say you guys go together and you guys go together, but I started using the text messages, it was easier.

Q    When did you start using text messages on a daily basis?

A    Maybe four years ago, five years ago.

Q    So that would be approximately 2020?

A    I can't recall, but, you know, somewhere around there. I don't want to lie.

Q    And so you have text messages from 2022 on a daily basis?

A    Yes, I do, yes.

Q    And you have text messages from 2023 on a daily basis?

Page 70

Passelis

A    I wouldn't say full daily basis, but I would say so, yes.

Q    Why do you believe -- are you saying that Oscar Cruz, Mynor and Carlos are just making up the fact that they were fired?

A    Yes.

Q    Why do you believe they are making that up, though?

A    I think Oscar Cruz is a wonderful guy, I'll tell you how I feel and this is what I know, he's a nice guy, hard worker, hell of a hard worker, I never even had an exchange with him. I think he kind of got -- I think Mynor kind of came into the group and created something here. I think that Carlos is -- I think Mynor suggested it because he was leaving. I just kept on telling him, you know, Mynor, I need paperwork, you've been here for a while now, and I think Carlos has been -- this is his third or fourth lawsuit, I'm not sure yet, and I think he kind of made a career out of it.

Page 71

Passelis

Q    Mynor made a career?

A    Carlos Vasquez kind of made a career out of it. I think Mynor goes from state to state and he's done this before, from what I understand, there are people that say it to me, but I think Cruz is not the most witty guy, I think he got coerced into this. I think inside him he's a hell of a nice guy, he's worked with me for a long time and I have really nothing bad to say about him, he's just a great guy.  And German, too, wonderful kid and I think German came in -- I don't know how he came in, it's not possible he sees me and, you know, every time -- so I'm a little shocked in a way because I really don't have anything bad.

Q    To say about German?

A    I don't have anything bad to say about Oscar Cruz either to be honest with you. He asked me for money for a tractor, at that time I didn't have that money, but I scrambled from here and I pulled from there and I helped him out. His tractor broke in

Page 72

Passelis

Guatemala and I helped him out and to be honest with you, I never really got the money back. So I don't know, I never even bothered him for it. He said once, he said Teddy, when are you going to take some money out of the paycheck, I said don't worry about it, don't worry about it. That's it. I think Mynor was my --

MR. GIAMPILIS: I gave you a little leeway, but you've answered the question.

Q    Oscar Cruz, has he ever sued a previous employer for wages or overtime?

A    I didn't hear of anything, me personally.

Q    Mynor Polanco, how do you know he has sued in the past?

A    A lot of guys in Glen Cove, they talk, everybody knows I'm a nice guy and people talk to me all the time. Oh, you know --

MR. GIAMPILIS:  Just answer the question, please Teddy.

A    They just told me.

18 (Pages 69 to 72)

May 27, 2025

Page 73

Passelis

Q    Who told you that Mynor had sued --

A    Other landscapers, other people that I would know.

Q    Who specifically told you that Mynor Polanco had sued before?

A    It was one landscaper at the deli, I don't recall his name. There is a deli that they all go to in the morning and we all go there to get breakfast or coffee.

Q    And how do you know Carlos Vasquez moved from state to state?

MR. GIAMPILIS:  Objection, that's not what he said. I think he said --

A    Mynor Polanco went from state to state. I think he's in Maryland now to be honest with you.

Q    Carlos Vasquez --

A    Carlos Vasquez is on his third.

Q    Did he sue employers before you?

A    Yes, he did.

Q    How many times?

A    I think three or four. One was

Page 74

Passelis

Home Depot, two landscapers. So it might be three, I'm the fourth one.

Q    How do you know that?

A    I have to say it, his sister.

Q    His sister?

A    She warned me. She didn't warn me, she warned Magno Ayala, they both work together, and Magno came to me and said, you know, his sister told me, you are a nice guy -- he was in a car accident, I gave him money, he almost died and I helped him and his sister said, don't take him back for work, he's going to sue you, he doesn't have any money and she told Magno, Magno came to me and told me.

Q    So just so we are clear, Carlos Vazquez's sister went to Magno Ayala, told Magno Ayala this and Magno Ayala came to you and told you this?

A    Told me not to hire him because he's going to sue me.

Q    Did Magno Ayala work for you?

A    He still works for me. I'll tell you how.

Page 75

Passelis

MR. GIAMPILIS:  Teddy?

THE WITNESS:  I know his question and I want to be honest.

MR. GIAMPILIS:  You don't need me here.

Q    Let me ask it, how do you know that this conversation happened between Magno and Carlos' sister?

A    Okay, so Carlos went to Santo Domingo, to the Dominican Republic and got into a car accident. He drinks a lot. He has a serious problem, he drinks White Hennessy, I know everything about it. I caught him a few times, like I told you, I never fired anybody in my life and I always give many chances to people. Magno did it to me 30 times, I just have a good heart and I don't do that to people. Anyway, to make a long story short, he almost died, he needed money to come back, I sent Magno this money to his wife and Magno also knows his sister. So I kept on sending money, 500, a thousand, 500, a thousand, I kept on, and he got the money, Carlos did get the money, and then after, I

Page 76

Passelis

would say six months or eight months, he asked one more time for money and Magno went over and brought him $500 to his sister and his sister said don't hire him, don't hire him because he wants to sue the company. That's what happened.

Q    So you sent money --

A    Through Magno, yes, because they live right near each other in Hempstead.

Q    Through Magno or to Magno?

A    No, I gave Magno the money to bring it to Carlos, he needed money.

Q    Is there any record of these payments?

A    He knows it if you ask him.

Q    Are there any records of these payments?

A    No.

Q    And you were giving cash to Magno Ayala?

A    Yes.

Q    To give to Carlos Vasquez?

A    Yes.

Q    How much in total?

Lexitas Court Reporting
800-678-0166

May 27, 2025

Page 77

Passelis

A    I think total it was twice 500 and twice a thousand, so I think it was 3,000 all together.

Q    And what was this money to be used for?

A    He was in bed, he wouldn't work, he almost died. He was in a very bad car accident, very bad. So the one time that I gave the thousand dollars, one of the thousand dollars, I went to his house and I met his wife and I gave the money.

Q    And when was that?

A    During that time when he was in the bed. He was in bad shape. I think I can get pictures because they did send pictures.

MR. GIAMPILIS:  No, no, I'm sure Mr. Vasquez is very appreciative, that's why he's suing you.

THE WITNESS:  He has to know the truth.

MR. GIAMPILIS:  We have to know the truth, we are being sued.

THE WITNESS:  He has to know the truth.

Page 78

Passelis

Q    At the time of hiring of these four individuals, did you provide them with any documents?

A    I can't recall that right now.

Q    Did you have a custom and practice of ever giving documents to employees when they were hired?

A    "A custom" meaning?  Constant? Custom, meaning constantly, is that what you are saying?

Q    Well, you did the hiring for the company, right?

A    Right.

Q    And no one knows more about the hiring at the company than you?

A    Right.

Q    When you hired employees, did you provide them with documents?

A    What kind of documents?

Q    Any documents.

A    I can't answer that question.

Q    Do you recall whether you gave any documents to Oscar Cruz when he was hired?

Page 79

Passelis

A    I know I gave him documents when he was hired, yes, because I had to get those documents back signed.

Q    And what documents?

A    I'm pretty sure there were at least the documents for the tax purposes and how many dependents and his number, I can't recall, it's called -- it's not a EIN number, it's called something else, it's like an undocumented number that everybody gets.

Q    ITIN --

A    ITIN number, yes, that's the one.

Q    So --

A    The only one -- so Mynor was the only one that I'm sure, because I've been asking him for the number, you got to get a number and you got to get a check, you got to get into taxes, that's the only one I'm sure about.

Q    With regard to Mynor, did you ever furnish any documents to Mynor when he was hired?

Page 80

Passelis

A    To Mynor?

Q    Yes.

A    No, I can't recall.

Q    No or you can't recall?

A    I can't recall.

Q    Carlos Vasquez, did you furnish any documents to him when he was hired?

A    Yes.

Q    And what documents did you furnish to him?

A    From what I can recollect is the tax documents for him to, you know, to pay taxes.

Q    Besides the tax documents, did you give him anything else?

A    I cannot recall right now.

Q    Did you make copies of any documents and give them to Oscar Cruz?

A    I don't recall it.

Q    Did you make any copies of any documents and give them to Mynor Polanco?

A    Mynor Polanco, I don't remember giving any documents, no.

Q    Carlos Vasquez, did you make

20 (Pages 77 to 80)

Page 81

Passelis
copies of any documents and give them to him?

A    Yes.

Q    What documents did you actually give to Carlos?

A    For the tax purposes and all that, the dependents, and he had to sign the paperwork.

Q    Did you give him any documents that were actually signed by him?

A    I cannot recall that.

(Whereupon, a recess was taken.)

Q    When were employees paid?

A    The last day of work, of the workweek.

Q    And that would be either Friday or Saturday?

A    Either Friday or Saturday. Sometimes it would be a Thursday or Wednesday, it depends.

Q    And describe for me what happened on payday.

A    Most of the time I would be waiting at the yard for them and I would

Page 82

Passelis
have the envelopes ready and they would come there and sometimes they would open up the envelope in front of me, I would say 90 percent of the times, or sometimes we would segue to there was an Asian guy would who come by and have supplies, so I buy them underwear, gloves, it's free, you know, it's my workers. He would be there with a truck and we would segue that way, but other than that, just pay at the end of the day. Sometimes guys would ask for it before that, sometimes they want to pay their phones or something like that, they say, oh, could you come by the job and pay me there and then we would segue and do a payment, whatever, or maybe they wanted to send moneys sometimes. It's fine, no problem.

Q    Who counted out the cash that was paid to employees?

A    That's me.

Q    When did you count out that cash?

A    Either the day I was paying them or maybe the night before. Usually the day,

Page 83

Passelis
it's always the last day.

Q    So the day before the last workday you would count out the cash?

A    No, not the last workday. On the day of the -- the last workday.

Q    And when during that workday would you count out the cash?

A    Depends when the last day of work would be. In other words, if we had work, sometimes we didn't have work for the whole week, we would have work for three days or two days and I would know that and I would say, guys, okay, we have, you know -- in order for the full day's week, it would have to be the end of May or June. Before that, it's always like two or three days out of the week or sometimes four days if you are lucky because it's winter.

Q    So let's say it's Friday in the summer, Friday is the last day of the week and you are not working on Saturday, describe for me what happens on Friday.

A    So they would finish their jobs. Sometimes if they come early, they would

Page 84

Passelis
call me, oh, we are done early today, we will be at the yard 2:00 or 2:30 and I would be there. Just give them the envelopes. Like I said, if the Asian guy is there, we will buy some supplies, socks, gloves, whatever, very cheap.

Q    Where would you get the cash from?

A    From the jobs. Sometimes if I didn't have enough cash, I would cash my check to pay them, my own money, and it happened plenty of times, believes me.

Q    Where would you normally be when you would get this text message that they were done for the day?

A    I don't think they have ever texted me they were done for the day.

Q    Did they ever call you?

A    Yes, they would call me. Oh, we are almost done with the job, we will be at the yard in another half an hour or ten minutes, so I would meet them there.

Q    They never texted you that they were done?

May 27, 2025

Page 85

Passelis

A   No, I don't think I ever got a text or informal or -- never have gotten a text like that.

Q   Do you have records of those telephones calls?  I'm not talking about the content of them, but the fact that you did make and receive telephone calls between you and the employees.

A   I'm sorry, Mr. Moser, can you ask the question again in a different context?

Q   The cell phone calls, do you have records that show that there were cell phone calls between you and employees?

A   I wouldn't know. I don't have any kind of records.

Q   Not the content of the conversations, but do you have any documents which would show that those telephone calls actually happened, like a bill, an invoice, a statement, a call history on your phone?

A   Oh, no, no, I'm sorry, I don't have that. I can't recall on anything like that. You are saying if the bill has that,

Page 86

Passelis

if the bill has them calling me?  I'm sure the bill has it, but can we get the bill and find the date that they called me back to tell me -- I'm confused, I'm so sorry. What's the question?

Q   Does your cell phone carrier have records of the calls that you made to employees and that employees made to you?

MR. GIAMPILIS:  I'm going to object to form. Every cell phone has their records, do you have them I think is what he's asking you.

A   I don't personally have that, no, I don't.

Q   Do you have access to that?

A   I'm sure there is a way we can access this, yes.

Q   Did you make or receive any phone calls from the four plaintiffs in this case?

MR. GIAMPILIS:  When?

MR. MOSER:  I just want to know if he used his cell phone to ever place or receive a phone call from them.

Page 87

Passelis

A   To the men?

Q   To the four individuals who are suing you.

A   Did I call them?

Q   Did you ever call them using your cell phone?

A   Yes, of course.

Q   And you had their cell phone numbers?

A   Yes, of course.

Q   Did they ever call you from their cell phones?

A   Many times.

Q   Does your wife have a company email address?

A   I wouldn't say company email address, I think it's a J -- her name, JPasselis@AOL.com. She has used it to send bills out.

Q   Do you have a website?

A   No.

Q   I'm going to show you what has been marked as Plaintiffs' Exhibit 5 for identification and if you look at Def 95?

Page 88

Passelis

A   Okay, what am I looking at?

MR. GIAMPILIS:  He's going to ask you a question.

Q   Jeannine@NorthShoreTreeService.com, who is that?

A   That's my wife.

Q   Why does she have a company email address?

A   Because she sends bills out.

Q   Does she work for the company?

A   No. She gets no pay.

Q   I'm not asking you if she gets paid. Does she do work for the company?

A   She does my bill-outs once in a while, if I'm overwhelmed, yes.

Q   Does she communicate with the accountant regarding payroll?

A   No, never.

Q   Do you know why, according to this, CatalinaMEAccounting.com, do you know who that is?

A   Yes.

Q   Who is that?

A   That's the accountant's, I would

22  (Pages 85 to 88)

Page 89

Passelis

call it, right-hand payroll woman. She works there at the accounting office.

Q    As the accountant for DeMarco?

A    No. She's my accountant's secretary -- not secretary, but, you know, right hand.

Q    Who is the accountant for DeMarco?

A    The accountant? Eracleous.

Q    Does this woman Catalina work for the accountant that handles DeMarco?

A    Yes.

Q    Can you explain why she is emailing a payroll report to Jeannine at North Shore Tree Service?

A    Because I asked my wife to ask for it. I can't do it, I'm working out and I said can you get me this from Catalina, please, that's all.

Q    But what is NorthShore-TreeService.com?

A    NorthShoreTreeService.com is a -- I bought that ten years ago when I first bought the company to have it as a

Page 90

Passelis

website which I have never set up. I have never set it up. I used it a little bit with Yellow Book, Yellow Book went out of business and then that was it. I think it was a waste of money that I spent with Yellow Book, I don't think I never --

MR. GIAMPILIS:  Teddy, answer the question.

Q    Do you have an email address at NorthShoreTreeService.com?

A    I probably have one that I probably used, I don't know, maybe ten times. I don't use it.

Q    What is your email at North Shore Tree Service?

A    It's Ted@NorthShore, but I don't use it.

Q    Besides Ted@NorthShore-TreeService.com and Jeannine@NorthShore-TreeService.com, are there any other email addresses for North Shore Tree Service?

A    I can't recall right now. I don't know.

Q    Did you ever do a search of

Page 91

Passelis

Jeannine's email to see if there were any documents concerning the claims in this case?

MR. GIAMPILIS:  Objection to form, I'm not sure what you are asking. If there is another email you are asking?

MR. MOSER:  Please read back my question.

(Whereupon, the record was read as requested.)

MR. GIAMPILIS: Did you ever do a search of Jeannine's email --

A    Which email, this one here? She has J. Passelis, she has her personal email and then this one that she uses once in a while (indicating).

Q    I'm talking about Jeannine@NorthShoreTreeService.com.

A    Did I ever do a search -- just to be clear here, Jeannine does nothing for the company, except help me, that's it. In other words, if I ask my wife, I'm outside working all, can you please get me this

Page 92

Passelis

paperwork from Catalina.

Q    Did you ever do a search through Jeannine's email at Jeannine@NorthShore-TreeService.com to see if there were any documents concerning the claims made in this case?

A    I don't recall.

Q    You don't remember if you searched through them?

A    No, I don't.

Q    Do you have access to her email?

A    Yes, if I want -- yes, it's on the same computer, it's not a problem.

Q    Did you ask her for access to her email?  Let's put it this way, do you recall ever sitting at that computer and searching for documents related to this case?

MR. GIAMPILIS:  Objection to form. Which computer?

MR. MOSER:  He mentioned the computer.

A    We only have one computer, it's our computer. So if I ask permission from my

May 27, 2025

Page 93

Passelis

wife?  I'm not understanding.

Q     Did you ever sit down at that computer and search for any documents related to this case?

A     No.

Q     Did your wife ever sit down at that computer and search for any documents related to this case?

A     I can't answer for her, yes, I don't know. I can't answer for her.

Q     Did you ever ask her?

A     No, I never did.

Q     Did you ever tell her to look for documents related to this case?

A     I don't recall. Why?

Q     Did anyone at DeMarco Tree Service search for documents on that computer related to this case?

A     I searched for documents related to this case, me.

Q     And how did you perform that search?

A     I went to TheoPassel@AOL.com and I searched.

Page 94

Passelis

Q     When did you do that?

A     I don't know the date, but you are saying documents, any kind of documents, right, pertaining to this case?

Q     Yes.

A     I'm pretty sure many times.

Q     How many times did you search for documents regarding this case?

A     Oh, I can't recall, but many times.

Q     Was it more than ten?

A     Yes.

Q     And tell me why you were searching.

A     For documents?

Q     Yes.

A     When you -- what kind of documents?  I'm talking court documents, stuff like this (indicating).

Q     Okay. I'm talking about documents regarding DeMarco. DeMarco's documents concerning the wages that were paid to employees, the hours that they worked.

Page 95

Passelis

A     We don't have that on the computer.

Q     How do you know?

A     I know that for a fact. It is on paper and we keep everything -- everything we do is handwritten, I don't have anything on computer.

Q     When employees were paid, they were paid in an envelope?

A     Yes.

Q     And what was in the envelope?

A     Cash and a check.

Q     Besides the cash and a check, was anything else in that envelope?

A     No, I don't think anything else was in that envelope. Oh, the payroll sheet -- no, yes, the check, that stub that comes with it and the cash in that envelope.

Q     Just to clarify, in that envelope was cash and a check?

A     Right, and in the back of the envelope we would write the hours and the money.

Q     And do you have any photographs

Page 96

Passelis

of those envelopes?

A     They probably have it, I don't have it. If they kept the envelopes, they have them.

Q     Who wrote the information on the outside of the envelope?

A     That's me.

Q     What did you write on the outside of the envelope?

A     The hours, the days and how much money was cash and how much is check and I circled the check.

MR. GIAMPILIS:  How about the guy's name?

THE WITNESS:  That's in the front of the envelope with the check. That's in the front.

Q     Why did you do that?

A     Because I don't want them to get confused, so they know exactly what they are getting.

Q     You mentioned that the payroll sheets, you got the idea about the payroll sheets from a YouTube video?

24  (Pages 93 to 96)

Page 97

Passelis

A    Yes. There were a couple of different ways to do it, I picked that one.

Q    And whose YouTube video was it, do you recall whose it was?

A    Oh, no, I can't recall.

Q    Besides looking at a YouTube video, did you do anything else to ensure that you are complying with the requirements of the federal labor laws and New York State labor laws?

A    No, I didn't know the difference, no.

Q    What do you mean you didn't know the difference?

A    I didn't know the difference between doing it a certain way for the federal and state laws, no, I didn't know that.

Q    Besides looking at a YouTube video, did you do anything else to make sure that you were paying employees as required by the New York labor laws?

A    I can't answer that question.

Q    Well, you started a business,

Page 98

Passelis

correct?

A    Yes.

Q    And --

A    I'm not the smartest guy around, I'm not college educated.

Q    My father is not college educated either and he's a pretty smart guy.

So is this the first business that you've operated?

A    It's the first business that I was on my own, yes.

Q    Did you operate any businesses before this business?

A    Yes, I was a part owner in a restaurant business.

Q    For how many years?

A    Approximately about ten years.

Q    So you were part owner in a restaurant for ten years and did you handle payroll at the restaurant?

A    Never, nothing.

Q    "Never, nothing?"

A    I was the guy that was on the floor.

Page 99

Passelis

Q    So besides the restaurant, were you involved in the operation of any other businesses before this business?

A    Before that I was in the -- involved in a bar business.

Q    For how many years?

A    Probably about another ten years.

Q    And what was the bar business?

A    Very simple, you come in, you know, you come in and you order liquor and then the drinks and that's it, everybody makes their tips.

Q    What was the name of the bar?

A    Papagalo.

Q    Where was that bar located?

A    In Astoria, Queens.

Q    Were you a part owner in that bar or full owner?

A    Five percent owner.

Q    While you were the five percent owner, did you have another job or did you work exclusively at the bar?

A    Well, I worked there three days

Page 100

Passelis

a week.

Q    Did you have another job?

A    No.

Q    So you are part owner of the bar for ten years, you are part owner of a restaurant for ten years, what was your share of ownership in the restaurant?

A    Share of ownership was 21 percent.

Q    Besides these two businesses, were you ever involved in the operation of any other businesses?

A    Any other business? No, no other business.

Q    So it's just DeMarco?

A    I worked for people before that, yes.

Q    So it's just DeMarco, the bar business and the restaurant; is that correct --

A    Yes.

Q    -- in terms of the businesses that you manage?

A    Yes, long term.

25 (Pages 97 to 100)

May 27, 2025

Page 101

Passelis

Q    I'm not talking about long term --

A    If I did anything else on my own? No, these were the only ones.

Q    When you weren't involved in these businesses, did you have any regular employment?

A    Yes, when I worked for somebody, yes.

Q    Who did you work for?

A    I worked for -- I was a professional DJ.

Q    So what restaurant did you own or partially own?

A    Oh, Grand, Grand Cafe.

Q    And where was the Grand Cafe?

A    In Astoria, Queens.

Q    So going back to my original question, besides looking at the YouTube video, did you do anything else to make sure that you were paying employees properly?

A    Did I do anything else to make sure? No, I thought I was paying employees properly.

Page 102

Passelis

Q    What led you to believe that you were paying them properly?

A    Well, they were happy, they asked -- they got what they asked for. If they asked for a raise, they got their raise. I never had a complaint, never had -- everybody was happy, I don't know. I didn't feel as if I had any kind of problem with anybody.

Q    I'm talking about before you started paying them, before you started paying them, you came up with a way to compensate employees, correct?

A    I came up with --

Q    With this system that you have, right?

A    With that system, right.

Q    When you came up with that system, did you rely on anything else besides the YouTube video?

A    No, I didn't.

Q    And besides looking at the YouTube video, did you do anything else to make sure that that system complied with the

Page 103

Passelis

law?

A    No, I didn't look.

Q    On the payroll sheets it has both a daily rate, an hourly rate and an overtime rate, can you explain why there is both a daily rate and an overtime rate?

A    Well, the overtime rate is, okay, so the way other people pay overtime is if you reach over 40 hours, you pay them in overtime. I paid them on overtime even if they had 30 or 32 or 38, you would do it because I think it was a respectable thing for somebody to stay over an hour at a job, I felt it was the right thing to do, that's it. Was it the right thing to do by law? Definitely not, but, you know something, if I asked somebody to finish the job, if it's -- how long does it take to finish that job so we don't have to come back tomorrow, oh, an hour more, all right, let's do it and they are happy, that's it. People love that.

Q    Do you have any records showing when the workday began at all?

A    You asked me that, Mr. Moser,

Page 104

Passelis

earlier today and I answered that. I'm not being disrespectful to you, I just think that --

MR. GIAMPILIS: Objection, asked and answered.

A    I think you are a great guy.

Q    Yes, I think you are a great guy, too.

A    No, I think really you are a great guy, I think you got the wrong impression about me and today I think you realize that you are dealing with something different.

Q    No, I know exactly what I'm dealing with.

A    And you know that the wool is being pulled over your eyes and I don't think you like it because I know you are with God and --

Q    I am with God, I'm the son of a preacher.

A    I belong to three churches.

Q    Do you have any records showing when your workday began?

26 (Pages 101 to 104)

May 27, 2025

Page 105

Passelis

A    I think it's something that everybody knows. I mean, if you stay at my yard now you'll see them, they will be there at 8:00 and they will go to work either 8:15 or 8:30 the latest.

Q    Do you have any records showing when the work began, the workday?

A    I'm sorry to say, it's an understood thing.

Q    Do you have any records to show when the workday began for any of your employees?

A    No.

Q    Do you have any records showing when the workday ended for any of your employees?

A    Well, I have it because I -- I'm at the yard and I see when they are there, I have that and that's why I put the hours in.

Q    And so you recorded the end of the workday?

A    It's 3:00. Many times it was a lot earlier than three, but it's 3:00. There is no reason to take $50 or $20, it's

Page 106

Passelis

ridiculous, I wouldn't do that to them, ever. I just don't do these kinds of things.

Q    Okay.

A    I think it's wrong.

Q    Besides you, who would be able to testify that the workday started at eight?

A    I think they would all testify. I think if you brought every single worker in, they would all tell you that.

Q    Is there a particular reason why you haven't identified them in the requests I served you in this lawsuit?

A    These are the same workers that I have had for so many years.

Q    Is there a particular reason why you have not identified them in response to the questions I posed in this lawsuit?

THE WITNESS:  I'm not understanding.

Q    Well, before today, did you identify any of your employees as witnesses to the hours?

A    I didn't think I had to provide

Page 107

Passelis

them as witnesses, but if you want to ask them, you can.

Q    Okay. So I would like a list of all the witnesses.

A    You can, there is no hiding anything here.

Q    Okay.

MR. GIAMPILIS:  You are making that request?

MR. MOSER:  Yes.

MR. GIAMPILIS:  Please follow-up in writing.

Q    And all the individuals that you will identify, are they currently employed by you?

A    Yes.

Q    And they receive their paychecks from you?

A    Yes.

Q    Have you spoken to any employees of DeMarco about this lawsuit?

A    They know. I haven't spoken to them, but they talked to me about it.

Q    With whom did you speak?

Page 108

Passelis

A    I spoke to Magno about it, I spoke to Tiburcio about it, I spoke to Saul about it, I spoke to Oscar about it, Oscar Mejia, another cousin, and no Cruz in the middle.

Q    Can you tell me why --

A    Sorry, the reason why they both -- Oscar Cruz called and Carlos called all the workers to sue me and I'm pretty sure clearly from -- sue for what, sue for what, for what?

Q    So who told you that Oscar and Carlos had called them?

A    Magno was one of them, Magno Ayala.

Q    How about Tiburcio?

A    He said to me they asked him to come onto the lawsuit and he said -- he came to me, he felt, I don't know, he felt he says no, no, no, no, I would never do something, this is disgusting, that's what he said to me. Nice guy.

Q    What about Saul?

A    Saul said to me they didn't ask

27 (Pages 105 to 108)

Page 109

Passelis
him to be in the lawsuit, the reason he knows about it because Oscar Mejia told him.

Q    And what did Oscar Mejia tell you happened?

A    That they were suing for not being paid correctly overtime and suing for discrimination and suing for racist prejudice and suing for being fired. Mr. Moser, none of them are true, none and if you are with God, you will know that, God will guide you this way.

Q    Well, he's guided me already and I know bullshit when I see it.

A    I have seen a lot of people --

Q    I have seen a lot of bullshit in my life and this is bullshit and you know it.

A    Okay.

Q    It serves you, it serves you to sit there and defile, defile the name of God by saying that you are a Christian and lying under oath.

A    You really think so, huh?

Q    I do. I think it's disgusting.

Page 110

A    I can't believe that.

Q    I think it's disgusting, that you bring an image of Christ and put your hands on it and lie.

A    Because Christ will protect me from people like you.

Q    He will not protect you from yourself.

A    Absolutely.

Q    He will not protect you from yourself. He may protect you from me, but he will not protect you from yourself and your own misdeeds.

A    "Misdeeds?"

Q    Yes.

MR. MOSER:  No further questions.

(Time noted:  1:25 p.m.)

Page 111

A C K N O W L E D G E M E N T

UNITED STATES DISTRICT COURT)
                                                    ss:
EASTERN DISTRICT OF NEW YORK)

I, THEODORE PASSELIS, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of May 27, 2025; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

_____
THEODORE PASSELIS

Subscribed and sworn to before me this _____ day of _____, 2025.

_____
NOTARY PUBLIC

Page 112

I N D E X

WITNESS NAME    EXAMINATION BY    PAGE

THEODORE          MR. MOSER            6
PASSELIS

E X H I B I T S

PLAINTIFFS'
FOR IDENTIFICATION                PAGE

Exhibits    Copies of payroll sheets  6
1 - 4
Exhibits    Copies of payroll          6
5 - 13      journals and checks

Exhibits    Copies of pleadings        6
14 - 17

DOCUMENT REQUESTS:          Page   Line
List of employee witnesses      107    4

Lexitas Court Reporting
800-678-0166

May 27, 2025

Page 113

CERTIFICATE

STATE OF NEW YORK)
                  ss:
COUNTY OF SUFFOLK)

I, CATHERINE J. BERKERY, a Shorthand Reporter and Notary Public in and for the State of New York, do hereby certify:

That the testimony of THEODORE PASSELIS was held before me at the aforesaid time and place. That said witness was duly sworn before the commencement of the testimony and that the testimony was taken stenographically by me and is a true and accurate transcription of my stenographic notes.

I further certify that I am not related to any of the parties to the action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of June 2025.

_Catherine J. Berkery_
Catherine J. Berkery

Page 114

ERRATA SHEET FOR: THEODORE PASSELIS
THEODORE PASSELIS, being duly sworn, deposes and says: I have reviewed the transcript of my proceeding taken on 05/27/2025. The following changes are necessary to correct my testimony.

_____

PAGE LINE   CHANGE        REASON
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------
----|----|--------------------|--------------

Witness Signature:_____
Subscribed and sworn to, before me
this ___ day of _____, 20 ___.

_____   _____
(NOTARY PUBLIC)      MY COMMISSION EXPIRES

29 (Pages 113 to 114)

May 27, 2025

[Page 115]

---

**A**

**a.m (8)**
1:19 39:25
40:3,5 49:22
50:5 57:4
60:2
**able (1)**
106:6
**above-noted ...**
1:23
**Absolutely (1)**
110:10
**access (5)**
29:15 86:16,18
92:12,15
**accident (3)**
74:11 75:12
77:9
**accountant (9)**
54:2,10,14,22
88:18 89:4,8
89:10,12
**accountant's...**
88:25 89:5
**accounting (1)**
89:3
**accounts (1)**
43:16
**accurate (2)**
16:9 113:15
**acquire (2)**
7:14,20
**acquired (2)**
7:16 12:4
**action (1)**
113:19
**actual (2)**
37:8 41:6
**add (1)**
37:19
**addition (1)**
7:13
**additional (2)**
34:12 35:19

**address (10)**
4:20 28:2,4
63:23,24 64:2
87:16,18 88:9
90:10
**addresses (1)**
90:22
**administer (1)**
3:15
**advise (1)**
25:14
**aforesaid (1)**
113:11
**against- (1)**
1:9
**ago (5)**
62:13,15 69:15
69:16 89:24
**AGREED (3)**
3:4,9,13
**agreement (1)**
12:12
**allowed (1)**
26:4
**amended (1)**
15:8
**amount (4)**
42:19 44:2
46:18 47:6
**analysis (1)**
32:13
**answer (24)**
5:13 12:15
15:19,20
16:22,22
17:19 26:13
33:22 34:16
38:19 42:6,7
44:14 60:22
60:23 63:8,11
72:23 78:22
90:8 93:10,11
97:24
**answered (4)**

72:11 104:2,6
111:13
**answering (1)**
55:6
**answers (3)**
16:8,11 111:14
**anybody (4)**
13:8,10 75:16
102:10
**anymore (1)**
31:5
**anyway (2)**
36:16 75:19
**Apple (1)**
62:5
**appreciative ...**
77:18
**approximate...**
17:8 38:22
55:21 57:4
62:15 64:24
69:17 98:18
**area (1)**
26:25
**Armando (4)**
41:14 46:17
64:12 65:3
**arrival (1)**
51:14
**arrive (3)**
24:6,13 29:18
**arrived (3)**
23:18,22 24:10
**Asian (2)**
82:6 84:5
**asked (22)**
11:2 13:23
21:14 36:15
51:11 54:14
63:23 65:2,4
65:11,13
71:22 76:3
89:17 102:5,5
102:6 103:18

103:25 104:5
108:18
111:12
**asking (13)**
17:14 55:8
56:13 57:13
60:5,9,24,25
79:19 86:13
88:13 91:6,8
**Asplundh (1)**
40:3
**assets (1)**
7:14
**assuming (1)**
22:4
**Astoria (2)**
99:18 101:18
**attend (1)**
5:22
**attention (4)**
21:21 35:6
43:18 45:2
**attorney (3)**
2:4,8 5:2
**authority (5)**
12:23 13:3,6
13:12 67:9
**authorized (1)**
3:15
**Avenue (4)**
1:16 2:5 8:5,6
**Aviation (1)**
5:24
**aware (10)**
10:2,6,9,11,12
14:20 47:19
54:18,21
67:21
**Ayala (7)**
74:8,18,19,19
74:23 76:21
108:16

---
**B**
---

**B (1)**
112:7
**back (13)**
21:11 29:9
35:2 64:18
72:4 74:13
75:21 79:4
86:4 91:9
95:22 101:19
103:20
**bad (7)**
57:21 71:11,18
71:20 77:8,9
77:15
**banana (1)**
25:8
**bank (1)**
43:16
**bar (8)**
99:6,10,15,17
99:20,24
100:5,19
**based (4)**
16:12,13,17,18
**basically (6)**
9:9 26:16,18
35:2 44:18
55:7
**basis (6)**
69:5,7,14,22
69:25 70:2
**Bates (2)**
23:7 43:19
**Bay (1)**
27:13
**Bayville (1)**
27:12
**bed (4)**
58:7,8 77:7,15
**began (4)**
103:24 104:25
105:8,12
**beginning (2)**
10:21 28:3

May 27, 2025

[Page 116]

**behalf (1)**
1:5
**believe (17)**
7:2 53:3 54:2
54:24,25
56:18 57:17
57:22,24,25
58:9,24 60:9
70:4,9 102:2
110:2
**believes (1)**
84:13
**belong (1)**
104:23
**Berkery (3)**
4:13 113:5,24
**better (1)**
26:21
**beyond (1)**
58:23
**big (1)**
34:25
**bill (5)**
85:21,25 86:2
86:3,3
**bill-outs (1)**
88:15
**bills (2)**
87:20 88:10
**birth (1)**
5:17
**bit (1)**
90:3
**blood (1)**
113:19
**Book (3)**
90:4,4,7
**books (1)**
55:11
**born (2)**
52:13,14
**boss (2)**
10:25 64:22
**bothered (1)**

72:5
**bottom (2)**
23:3,8
**bought (2)**
89:24,25
**boy (1)**
55:13
**boys (2)**
58:3,5
**breakfast (2)**
25:6 73:11
**bring (2)**
76:13 110:4
**broke (1)**
71:25
**broken (1)**
7:18
**Brookville (2)**
27:13,14
**Brookvilles (1)**
27:14
**BROS (1)**
1:10
**brother (1)**
52:25
**Brothers (8)**
5:4 6:20 7:5
8:11,17,24
12:21 43:14
**brought (2)**
76:4 106:10
**bucket (1)**
7:17
**bullshit (3)**
109:14,16,17
**business (24)**
7:10 8:16,18
8:23 9:16,20
10:22 11:9
12:4 26:17,23
26:25 90:5
97:25 98:9,11
98:14,16 99:4
99:6,10

100:14,15,20
**businesses (6)**
98:13 99:4
100:11,13,23
101:7
**buy (3)**
13:21 82:7
84:6

---

**C**

**C (4)**
2:2 111:2
113:2,2
**Cafe (2)**
101:16,17
**calculate (2)**
35:20,22
**calculated (1)**
35:16
**call (15)**
9:4,5,7 43:8
64:13 65:12
84:2,19,20
85:22 86:25
87:5,6,12
89:2
**called (7)**
43:9 79:9,10
86:4 108:9,9
108:14
**calling (1)**
86:2
**calls (8)**
26:17 85:6,8
85:13,15,20
86:8,20
**cameras (1)**
29:13
**caption (1)**
9:12
**car (4)**
13:21 74:11
75:12 77:8
**care (4)**

36:24 58:24
68:9,11
**career (3)**
70:24 71:2,4
**Carlos (27)**
1:4 10:4 14:2
22:19 23:3,4
23:5 65:4
66:12 67:22
70:5,18,22
71:3 73:12,20
73:21 74:17
75:10,25
76:13,23 80:7
80:25 81:6
108:9,14
**Carlos' (1)**
75:9
**carrier (1)**
86:7
**case (24)**
1:7 9:12 10:8
10:10 18:3
19:2 21:2
29:3 45:6
46:14 62:24
64:19,23
86:21 91:4
92:7,19 93:5
93:9,15,19,21
94:5,9
**cash (17)**
44:22 45:16
51:11 55:15
76:20 82:19
82:23 83:4,8
84:8,11,11
95:13,14,19
95:21 96:12
**Catalina (3)**
89:11,19 92:2
**CatalinaME...**
88:21
**Catherine (3)**

4:13 113:5,24
**caught (1)**
75:14
**Cedar (2)**
4:21 63:22
**cell (8)**
85:13,14 86:7
86:11,24 87:7
87:9,13
**certain (4)**
5:2 46:7 60:21
97:17
**certify (3)**
111:8 113:8,17
**chance (2)**
17:4,6
**chances (1)**
75:17
**change (2)**
6:13 114:5
**changed (2)**
7:18 62:8
**changes (1)**
114:3
**cheap (1)**
84:7
**cheat (1)**
58:22
**check (24)**
40:13 42:19,21
42:22,25 44:2
44:22 45:16
46:18,25 47:7
47:20,24
48:20 51:10
79:20 84:12
95:13,14,18
95:21 96:12
96:13,17
**checked (1)**
35:3
**checks (4)**
43:23,24 55:2
112:12

May 27, 2025

[Page 117]

| | | | | |
|---|---|---|---|---|
| **chippers (1)** | 11:3,14 12:6 | 14:4 | 112:10,12,13 | **court (6)** |
| 7:17 | 24:15 27:24 | **compute (2)** | **Corp (4)** | 1:2 2:9 3:17 |
| **Christ (2)** | 31:18,19 | 44:15 46:7 | 1:10 7:6 8:12 | 5:6 94:19 |
| 110:4,6 | 40:18 42:20 | **computed (4)** | 12:21 | 111:4 |
| **Christian (1)** | 64:12 75:21 | 37:12 44:7,21 | **corporation ...** | **cousin (2)** |
| 109:22 | 82:2,7,15 | 45:9 | 5:5 6:21 8:20 | 66:21 108:5 |
| **churches (1)** | 83:25 99:11 | **computer (11)** | **correct (33)** | **cousins (2)** |
| 104:23 | 99:12 103:20 | 92:14,17,21,23 | 6:22 7:8 9:11 | 52:17 67:6 |
| **circled (1)** | 108:19 | 92:24,25 93:4 | 9:18 11:11 | **Cove (4)** |
| 96:13 | **comes (1)** | 93:8,19 95:3 | 14:2 17:12,18 | 8:5,6 27:15 |
| **claim (4)** | 95:19 | 95:8 | 20:16,20 23:9 | 72:19 |
| 5:3 54:4,19,22 | **comfortable ...** | **concerning (7)** | 23:10 32:7,16 | **cover (1)** |
| **claiming (1)** | 40:8 | 13:24 65:20 | 32:20 36:6 | 40:22 |
| 67:22 | **commencem...** | 66:2,13 91:3 | 37:25 38:2 | **covers (3)** |
| **claims (3)** | 113:13 | 92:6 94:23 | 39:11 41:20 | 40:23,25 41:2 |
| 57:3 91:3 92:6 | **COMMISSI...** | **confused (2)** | 42:4 43:6 | **crazy (1)** |
| **clarify (1)** | 114:25 | 86:5 96:21 | 44:17 48:15 | 59:3 |
| 95:20 | **communicat...** | **considers (1)** | 49:24 50:3,6 | **create (3)** |
| **clear (3)** | 88:17 | 42:9 | 98:2 100:21 | 19:11,13 20:21 |
| 9:10 74:17 | **communicati...** | **Constant (1)** | 102:14 | **created (4)** |
| 91:22 | 61:11,14 | 78:9 | 111:12,16 | 19:7,9 20:24 |
| **clearly (1)** | **company (24)** | **constantly (1)** | 114:3 | 70:17 |
| 108:11 | 6:23 8:10,13 | 78:10 | **corrections (1)** | **crime (1)** |
| **climber (2)** | 8:19 11:9,25 | **content (3)** | 9:13 | 6:2 |
| 18:11 64:19 | 28:10,16,20 | 48:12 85:7,18 | **correctly (1)** | **Cruz (39)** |
| **clock (2)** | 29:7,9 38:17 | **context (1)** | 109:7 | 1:4 10:3,20 |
| 23:25 30:9 | 39:24 57:13 | 85:12 | **cosigned (1)** | 11:5 13:25 |
| **close (1)** | 76:6 78:13,16 | **continue (2)** | 59:2 | 17:7,7 18:12 |
| 15:5 | 87:15,17 88:8 | 9:22 10:17 | **counsel (1)** | 22:13,16,23 |
| **coach (1)** | 88:11,14 | **continues (1)** | 3:5 | 23:11,14 |
| 60:12 | 89:25 91:23 | 62:20 | **count (4)** | 33:17 35:13 |
| **coerced (1)** | **compensate (...** | **contractor (1)** | 27:4 82:22 | 37:13,24 44:3 |
| 71:8 | 40:5 102:14 | 6:19 | 83:4,8 | 44:9 45:5 |
| **coffee (2)** | **complaint (2)** | **conversation...** | **counted (1)** | 47:10 49:8 |
| 25:7 73:11 | 52:6 102:7 | 75:8 | 82:19 | 50:25 58:5 |
| **college (2)** | **complete (2)** | **conversation...** | **country (1)** | 63:13 64:4 |
| 98:6,7 | 53:12 111:11 | 85:19 | 52:13 | 65:3 66:7 |
| **column (1)** | **completed (1)** | **convicted (1)** | **County (3)** | 67:5 68:13 |
| 35:10 | 54:6 | 5:25 | 27:3,8 113:4 | 70:5,11 71:7 |
| **com (1)** | **complied (1)** | **copied (1)** | **couple (3)** | 71:21 72:13 |
| 88:6 | 102:25 | 19:17 | 22:19 65:11 | 78:24 80:19 |
| **combination ...** | **complying (1)** | **copies (9)** | 97:2 | 108:5,9 |
| 16:14,15 | 97:9 | 4:2,5,8 80:18 | **course (2)** | **Cruz's (4)** |
| **come (19)** | **comprehensi...** | 80:21 81:2 | 87:8,11 | 65:16,20 66:21 |

May 27, 2025

[Page 118]

67:4

**currently (1)**
107:15

**custom (3)**
78:6,9,10

**customer (3)**
49:14 50:13,14

**customers (3)**
25:15,20 50:16

**cut (1)**
11:24

**cutting (2)**
11:24 64:21

**D**

**D (4)**
3:3 4:11 111:2
112:2

**d/b/a (3)**
1:10,11,12

**daily (9)**
40:4 69:5,7,14
69:22,25 70:2
103:5,7

**date (6)**
4:4,7,10 5:17
86:4 94:3

**dates (2)**
16:16 31:11

**day (47)**
18:13,19,20
24:10,17 25:7
28:20 29:9
30:4,15 33:2
33:9 35:23
36:12 37:20
40:10,21 41:3
41:4,16,20,22
41:23 42:11
44:19 45:13
45:20,21
49:16 50:7
57:6,19 63:7
81:15 82:11

82:24,25 83:2
83:3,6,9,21
84:16,18
111:21
113:23
114:24

**day's (1)**
83:15

**days (16)**
13:18 37:25
39:21 41:3
44:19 45:13
49:10 50:25
51:3,7 83:13
83:13,17,18
96:11 99:25

**deal (1)**
34:25

**dealing (2)**
104:13,16

**December (1)**
20:6

**decisions (1)**
67:23

**deducted (1)**
43:2

**Def (3)**
43:19 50:22
87:25

**defendant (3)**
1:22 4:12 23:9

**defendant's (3)**
15:8 48:16
49:7

**defendants (3)**
1:14 2:8 15:17

**defile (2)**
109:21,21

**definite (1)**
22:21

**Definitely (1)**
103:17

**delete (1)**
62:22

**deli (2)**
73:9,10

**DeMarco (31)**
1:10 5:4 6:20
7:5 8:7,8,11
8:15,17,22,24
10:17 12:20
12:24 13:2,4
13:7,12 20:23
24:8 26:8
43:14 65:19
89:4,9,12
93:17 94:22
100:16,19
107:22

**DeMarco's (1)**
94:22

**dependents (3)**
54:3 79:8 81:8

**depends (2)**
81:21 83:9

**deposes (1)**
114:1

**deposition (6)**
1:21 3:13 8:9
28:3 111:10
111:14

**Depot (1)**
74:2

**describe (4)**
44:6 45:8
81:22 83:23

**deserve (3)**
31:21 58:14
59:10

**detailed (1)**
43:16

**died (3)**
74:12 75:20
77:8

**difference (3)**
97:13,15,16

**different (5)**
8:4 58:20

85:11 97:3
104:14

**diploma (1)**
5:21

**direct (1)**
43:18

**discriminati...**
109:8

**discussed (1)**
12:9

**disgusting (3)**
108:22 109:25
110:3

**disrespectful...**
104:3

**DISTRICT (4)**
1:2,2 111:4,5

**divide (3)**
18:19 35:23
40:11

**divided (2)**
18:20 37:3

**DJ (1)**
101:13

**document (9)**
15:6,10 32:16
43:25 45:5,10
46:25 59:23
112:17

**documents (...**
14:18,23 16:13
16:19 18:15
54:6 65:15,18
65:19 66:2,9
66:13,14 78:4
78:7,19,20,21
78:24 79:2,4
79:5,7,24
80:8,10,13,15
80:19,22,24
81:2,5,10
85:19 91:3
92:6,18 93:4
93:8,15,18,20

94:4,4,9,16
94:19,19,22
94:23

**doing (2)**
8:17 97:17

**dollar (1)**
58:17

**dollars (2)**
77:10,11

**Domingo (2)**
66:19 75:11

**Dominican (2)**
66:19 75:11

**double-chec...**
37:5

**doughnut (1)**
25:8

**draw (3)**
21:21 35:6
45:2

**drinks (3)**
75:12,13 99:13

**drive (1)**
25:6

**driver's (3)**
6:6,7,10

**duly (3)**
4:13 113:12
114:1

**E**

**E (14)**
2:2,2 3:3,3
4:11,11,11
111:2,2,2
112:2,7 113:2
113:2

**earlier (5)**
31:16 36:24
39:22 104:2
105:24

**early (2)**
83:25 84:2

**earning (2)**

18:16 48:20
**easier (1)**
69:12
**EASTERN (2)**
1:2 111:5
**Eduardo (7)**
66:20 67:3,5,8
67:11,22
68:12
**educated (2)**
98:6,8
**education (1)**
5:20
**effect (1)**
3:16
**eight (7)**
35:23 51:25
55:22 56:10
61:22 76:2
106:8
**EIN (1)**
79:9
**either (9)**
25:11 30:8
66:9 71:21
81:17,19
82:24 98:8
105:5
**elaborate (1)**
26:10
**email (15)**
59:24 87:16,17
88:9 90:10,15
90:21 91:2,7
91:14,15,16
92:4,12,16
**emailing (1)**
89:15
**employed (8)**
5:4 6:14 10:18
11:5 17:8,15
56:15 107:15
**employee (8)**
14:23 23:22

33:6,9 34:9
34:12 54:7
112:18
**employee's (1)**
32:24
**employees (52)**
9:21,24,25
12:6,7,8,24
13:4,7,12,15
20:22 23:18
24:5,9,12
27:22 28:9,15
28:19 29:18
30:3 38:21
40:5 41:10
51:15 53:11
54:19 58:12
59:18 60:20
61:3 67:9,15
78:8,18 81:14
82:20 85:9,15
86:9,9 94:24
95:9 97:22
101:22,24
102:14
105:13,17
106:23
107:21
**employer (1)**
72:14
**employers (1)**
73:22
**employment ...**
6:17 13:25
16:16 101:8
**ended (1)**
105:16
**ensure (1)**
97:8
**entering (1)**
29:20
**envelope (12)**
49:13 82:4
95:10,12,15

95:17,19,21
95:23 96:7,10
96:17
**envelopes (6)**
34:18,20 82:2
84:4 96:2,4
**equals (1)**
40:12
**Eracleous (1)**
89:10
**ERRATA (1)**
114:1
**ESQ (2)**
2:6,10
**estimates (1)**
64:16
**everybody (10)**
10:25 35:3
55:12 59:3
68:22 72:20
79:11 99:13
102:8 105:3
**exactly (2)**
96:21 104:15
**EXAMINAT...**
4:17 112:3
**examined (1)**
4:15
**Excel (3)**
19:12,14,15
**exchange (1)**
70:15
**exclusively (1)**
99:24
**Exhibit (23)**
15:7,14,22
19:19,22 20:8
20:11,14,18
22:9 23:7
33:19 35:7
37:14 43:13
44:9 45:3
46:23 47:13
49:5 50:21

63:11 87:24
**Exhibits (8)**
4:3,6,9 18:22
55:19 112:10
112:12,13
**exist (1)**
60:24
**existence (1)**
7:6
**existing (1)**
12:5
**expect (1)**
25:15
**expectation (1)**
57:18
**EXPIRES (1)**
114:25
**explain (6)**
37:7,11 45:11
45:12 89:14
103:6
**extra (8)**
34:2 41:11,12
41:13,16 46:4
46:5,8
**eyes (1)**
104:18

————————
**F**
————————
**F (2)**
3:3 113:2
**fact (4)**
48:21 70:6
85:7 95:5
**fair (10)**
5:15,16 7:4
19:20,24 29:5
39:14 48:19
49:17 62:15
**far (1)**
26:7
**farm (3)**
53:2,3,9
**farthest (1)**

26:8
**father (1)**
98:7
**federal (3)**
5:6 97:10,18
**feel (4)**
59:11,12 70:12
102:9
**felt (4)**
56:12 103:15
108:20,20
**filed (1)**
5:6
**filing (1)**
3:6
**fill (2)**
53:18 54:11
**find (5)**
21:20 46:24
47:4 64:9
86:4
**fine (2)**
36:14 82:18
**finish (5)**
38:15 45:25
83:24 103:18
103:19
**finished (2)**
31:16,20
**fire (3)**
13:6,12 67:9
**fired (6)**
13:8,10 52:10
70:7 75:15
109:9
**firing (1)**
67:23
**FIRM (1)**
2:4
**first (30)**
4:12 6:7 11:8
15:9,16 16:6
17:7 19:19,25
20:9,18 22:11

May 27, 2025

[Page 120]

23:6 24:19,23
25:2,11,25
28:10,13,16
29:8 33:18
35:8,10 45:4
57:22 89:25
98:9,11
**five (11)**
34:7,22 39:10
41:3,3 43:10
51:3,7 69:15
99:21,22
**flip (1)**
15:10
**floor (2)**
58:9 98:25
**follow (1)**
38:17
**follow-up (1)**
107:12
**following (1)**
114:2
**follows (1)**
4:16
**force (1)**
3:16
**form (12)**
3:10 6:23 19:7
19:9 33:21
34:15 44:12
53:19,22
86:11 91:6
92:21
**formed (1)**
6:24
**former (1)**
58:12
**formerly (1)**
5:4
**forming (1)**
13:2
**forms (2)**
53:25 54:6
**forth (1)**

64:18
**found (5)**
14:8,9,12 47:5
53:6
**four (21)**
10:16,23 11:8
14:14 21:2,23
22:11,17 29:3
29:6 45:13
54:19 59:7
61:11 62:23
69:15 73:25
78:3 83:18
86:20 87:3
**fourth (2)**
70:23 74:3
**Frank (23)**
1:10,11 7:12
7:15,21,24
8:3,18,21 9:6
9:7,22 10:18
11:6,14,16,18
11:19 12:2,14
12:15,16
17:22
**free (2)**
62:9 82:8
**Friday (8)**
31:13 38:14
50:2 81:17,19
83:20,21,23
**front (3)**
82:4 96:17,18
**full (9)**
8:10 39:12,15
39:20 42:11
51:7 70:2
83:15 99:20
**furnish (3)**
79:24 80:7,11
**further (5)**
3:8,12 27:17
110:17
113:17

---
**G**
---
**G (1)**
111:2
**gas (1)**
26:20
**gentlemen (1)**
58:4
**German (5)**
14:2 55:13
71:13,14,19
**getting (1)**
96:22
**GIAMPILIS...**
2:8,10 10:11
10:14 15:18
16:21 17:10
17:13 19:4
20:3 21:13
26:12 32:6
33:20 34:14
36:7,10 37:17
38:19 42:3,5
44:11 46:13
49:2 51:16
52:4,19 55:5
60:5,8 67:20
68:5,9 72:10
72:23 73:14
75:2,5 77:17
77:22 86:10
86:22 88:3
90:8 91:5,13
92:20 96:14
104:5 107:9
107:12
**Giovinazzo (...**
1:11,11 7:12
7:15,21,24
8:3,18,21 9:6
9:7,22 10:18
11:6,14,16,18
11:19 12:2
**give (15)**
34:5 46:9

50:15,18
58:17 59:13
75:16 76:23
80:16,19,22
81:2,6,10
84:4
**given (3)**
24:10 67:9
111:15
**gives (1)**
54:10
**giving (3)**
76:20 78:7
80:24
**Glen (5)**
4:22 8:5,6
27:15 72:19
**gloves (2)**
82:8 84:6
**go (16)**
17:7 23:11
26:17,23
27:16,16 34:3
62:21 67:19
68:25 69:3,10
69:10 73:10
73:11 105:5
**God (7)**
58:21 59:12
104:20,21
109:11,11,21
**goes (3)**
15:18,20 71:4
**going (31)**
5:7 8:10 10:14
12:11 15:6,13
17:3,6 18:21
18:24 21:11
22:8 38:17
43:12,17 45:2
46:22 49:4
50:19 55:9
56:24 57:23
58:15 63:5

72:6 74:14,22
86:10 87:23
88:3 101:19
**good (9)**
4:23,24 10:24
27:17 52:9
58:6 59:4
64:10 75:18
**gotten (2)**
47:21 85:3
**Grand (3)**
101:16,16,17
**grass (2)**
11:24,24
**great (6)**
27:16 34:21
71:12 104:7,8
104:11
**gross (2)**
46:18 47:6
**group (5)**
64:25 68:18,21
68:24 70:17
**groups (1)**
68:23
**Guatemala (6)**
53:2,8,9,10
65:23 72:2
**guess (1)**
56:12
**guide (1)**
109:12
**guided (1)**
109:13
**guy (18)**
52:5 55:12
70:12,13 71:8
71:10,12
72:20 74:11
82:6 84:5
98:5,8,24
104:7,9,11
108:23
**guy's (1)**

May 27, 2025

[Page 121]

| | | | | |
|---|---|---|---|---|
| 96:15 | hard (2) | hired (11) | 23:14 33:17 | 104:12 |
| guys (8) | 70:13,14 | 15:2,4 53:11 | 33:24 36:5,9 | includes (1) |
| 34:23 58:6 | harm (1) | 54:7 55:3 | 36:12 38:3 | 36:8 |
| 65:9 69:10,10 | 31:21 | 78:8,18,25 | 39:3,6,7,10 | incorrect (3) |
| 72:19 82:12 | Head (1) | 79:3,25 80:8 | 39:13,18 | 37:15 40:20 |
| 83:14 | 4:22 | hires (1) | 40:25 41:2,3 | 42:18 |
| | hear (2) | 54:19 | 42:14 49:7,9 | indicating (12) |

**H**

| | | | | |
|---|---|---|---|---|
| H (2) | 18:7 72:15 | hiring (7) | 50:10 51:4 | 15:21 20:2,7 |
| 4:11 112:7 | heart (1) | 54:10,20,23 | 58:13 59:8 | 30:21 31:7 |
| half (17) | 75:18 | 67:23 78:2,12 | 67:14 94:24 | 32:5,13 37:23 |
| 19:20,23,25 | held (2) | 78:16 | 95:23 96:11 | 52:18 56:4 |
| 20:2,9,12,15 | 1:23 113:10 | history (1) | 103:10 | 91:18 94:20 |
| 20:19 35:17 | hell (2) | 85:22 | 105:20 | individual (3) |
| 35:18,19 36:5 | 70:14 71:9 | hold (2) | 106:24 | 10:7 11:17 |
| 36:8 38:25 | help (2) | 9:2 49:13 | house (1) | 12:2 |
| 39:2 57:5 | 13:21 91:23 | Home (1) | 77:11 | individually ... |
| 84:22 | helped (4) | 74:2 | huh (1) | 1:4 |
| hand (2) | 52:8 71:25 | honest (17) | 109:24 | individuals (... |
| 89:7 113:23 | 72:2 74:12 | 16:25 26:9,11 | hundred (1) | 5:3 10:16 |
| handing (1) | helper (4) | 27:5,6 41:19 | 22:25 | 11:13,14 |
| 63:6 | 17:17,24 18:6 | 46:2,15,16 | Huntington (2) | 14:15 27:20 |
| handle (1) | 18:9 | 52:22 58:16 | 1:17 2:5 | 51:13,20 78:3 |
| 98:20 | helpers (1) | 59:11 60:14 | | 87:3 107:14 |
| handles (1) | 18:4 | 71:21 72:3 | **I** | individuals' (... |
| 89:12 | Hempstead (1) | 73:19 75:4 | | 66:10 |
| hands (2) | 76:10 | Honestly (1) | idea (6) | informal (1) |
| 27:5 110:5 | Hennessy (1) | 48:10 | 23:19 40:7 | 85:3 |
| handwriting ... | 75:13 | hour (32) | 57:14 66:15 | information ... |
| 19:3 | hereunto (1) | 18:12,16 34:2 | 66:16 96:24 | 19:15 31:8 |
| handwritten ... | 113:22 | 35:14,21,24 | identificatio... | 32:14,18 |
| 95:7 | Herman (2) | 36:13,18,21 | 4:4,7,10 15:15 | 33:11 54:8,25 |
| happened (10) | 10:7 58:7 | 36:25 37:8,13 | 22:10 43:14 | 96:6 |
| 34:6 52:23,25 | hi (2) | 38:8 39:2,4 | 45:3 46:24 | inside (1) |
| 53:7 75:8 | 10:12 64:12 | 40:6 41:4,7 | 49:6 50:21 | 71:9 |
| 76:7 81:23 | hiding (1) | 41:16,23,25 | 63:11 87:25 | instruct (1) |
| 84:13 85:21 | 107:6 | 42:10 44:20 | 112:9 | 60:20 |
| 109:5 | high (3) | 45:8,11,19,22 | identified (2) | instructed (2) |
| happens (2) | 5:21,22,24 | 46:8 57:5 | 106:13,18 | 59:19 61:3 |
| 24:12 83:23 | highest (1) | 84:22 103:14 | identify (2) | intended (2) |
| happy (6) | 5:19 | 103:21 | 106:23 107:15 | 40:4 42:13 |
| 12:18 35:4 | hire (6) | hourly (1) | image (1) | intentions (1) |
| 40:9 102:4,8 | 12:23 13:4 | 103:5 | 110:4 | 58:22 |
| 103:22 | 67:9 74:21 | hours (33) | immediately ... | interested (1) |
| | 76:5,5 | 13:16 18:14,20 | 11:4 | 113:20 |
| | | | impression (1) | |

May 27, 2025

[Page 122]

**Internet (1)**
9:2
**interrogatori...**
15:9,16 16:7
16:12
**interrogator...**
15:19
**invoice (1)**
85:21
**involved (4)**
99:3,6 100:12
101:6
**Island (1)**
26:3
**issued (2)**
44:3 47:9
**ITIN (2)**
79:13,14

---

**J**

**J (5)**
4:13 87:18
91:16 113:5
113:24
**January (1)**
43:16
**Jeannine (2)**
89:15 91:22
**Jeannine's (3)**
91:2,14 92:4
**Jeannine@N...**
90:20 92:4
**Jeannine@N...**
88:5
**Jeannine@N...**
91:20
**job (32)**
24:17,19,23,24
25:2,11,19,25
26:8 27:25
28:11,13,17
29:8 31:16,21
45:25 57:13
59:21 64:11

64:17,20,22
68:19 69:2
82:15 84:21
99:23 100:3
103:14,18,20
**jobs (2)**
83:24 84:10
**joined (3)**
10:8,10 11:10
**journal (1)**
43:15
**journals (2)**
4:5 112:12
**JPasselis@A...**
87:19
**July (13)**
17:8 20:6 43:4
43:5 44:4
63:6,14 64:5
64:10,11,12
64:14,15
**June (3)**
47:2 83:16
113:23

---

**K**

**K (1)**
111:2
**keep (6)**
13:14 23:17
24:18 26:19
26:21 95:6
**kept (6)**
21:19 55:8
70:19 75:23
75:24 96:4
**keys (1)**
29:22
**kid (1)**
71:13
**kind (11)**
57:14 58:21
70:15,16,24
71:3 78:20

85:17 94:4,18
102:9
**kinds (1)**
106:3
**knew (1)**
10:21
**know (121)**
5:9 7:18 9:2,4
9:16 10:9,24
12:10,16 13:9
13:18,19,22
14:23,25
15:21 17:3,13
17:20 21:18
22:22,23
26:14,15,24
27:18 31:11
31:17 34:7,7
37:9 39:23
46:6,6 47:15
48:17,25 49:3
51:12 52:6,7
52:8,15 53:2
53:17 54:9,12
55:2,8 58:8
58:10,18 60:4
60:11,11,15
60:23 65:9
66:4,7,22,23
67:14,16,17
67:18 68:7,15
68:25,25 69:8
69:19 70:13
70:20 71:14
71:16 72:4,17
72:22 73:5,12
74:4,10 75:3
75:7,14 77:20
77:22,24 79:2
80:13 82:8
83:13,14
85:16 86:23
88:20,21 89:6
90:13,24

93:11 94:3
95:4,5 96:21
97:12,14,16
97:18 99:12
102:8 103:17
104:15,17,19
107:23
108:20
109:11,14,17
**knowledge (1)**
16:13
**known (2)**
6:4 36:23
**knows (6)**
72:20 75:22
76:16 78:15
105:3 109:3

---

**L**

**L (4)**
3:3,3 4:11
111:2
**labor (3)**
97:10,11,23
**landscaper (1)**
73:8
**landscapers ...**
73:4 74:2
**landscaping ...**
1:10 5:5 6:21
7:5,9 8:11
9:20 11:19,22
12:21 17:17
17:24 18:4,6
18:9 43:15
**latest (1)**
105:6
**law (6)**
2:4,8 26:6
36:16 103:2
103:16
**laws (4)**
97:10,11,18,23
**lawsuit (11)**

5:6 10:3 13:24
58:13 59:9
70:23 106:14
106:19
107:22
108:19 109:2
**leave (3)**
28:13 29:25
50:17
**leaving (1)**
70:19
**led (1)**
102:2
**leeway (1)**
72:11
**left (4)**
6:8,13 29:24
39:21
**let's (6)**
17:7 20:14
23:11 83:20
92:16 103:21
**level (1)**
5:19
**license (3)**
6:6,7,10
**licensed (3)**
27:6,7,10
**lie (2)**
69:20 110:5
**life (4)**
58:18,25 75:16
109:17
**line (7)**
7:11 22:14
23:12 40:17
45:4 112:17
114:5
**liquor (1)**
99:12
**list (2)**
107:4 112:18
**listed (6)**
9:12 16:11

May 27, 2025

[Page 123]

32:24 33:3,6
33:9
**little (5)**
56:12 65:8
71:16 72:11
90:3
**live (3)**
48:7 59:15
76:10
**local (2)**
26:19,24
**located (1)**
99:17
**location (1)**
26:8
**locations (2)**
8:4 14:18
**Locust (1)**
27:12
**long (11)**
17:21 26:3
61:19,20,21
65:10 71:10
75:19 100:25
101:2 103:19
**look (14)**
15:11,22 21:18
23:6 49:6
50:22 61:4,6
62:8 63:5,10
87:25 93:14
103:3
**looked (2)**
60:18,25
**looking (10)**
40:20 43:25
48:16 57:15
60:16 88:2
97:7,20
101:20
102:23
**lot (7)**
26:17 61:16
72:19 75:12

105:24
109:15,16
**love (2)**
65:8 103:22
**lower (1)**
27:14
**lucky (1)**
83:19
**lunch (18)**
35:24,24 36:8
36:13,18,21
36:25 38:6
39:2,4 40:6
42:10,12,16
42:16,17 50:8
57:6
**lying (1)**
109:22

———————
**M**

**M (1)**
111:2
**Magno (21)**
74:8,9,15,15
74:18,19,19
74:23 75:9,17
75:21,22 76:3
76:9,11,11,12
76:21 108:2
108:15,15
**making (7)**
57:8,10 58:12
59:7 70:6,10
107:9
**manage (1)**
100:24
**Maple (2)**
8:5,5
**March (3)**
7:2,6,12
**mark (2)**
8:25 50:18
**marked (13)**
4:3,6,8 15:7,14

18:22 22:9
43:13 46:23
49:5 50:20
55:18 87:24
**marriage (1)**
113:19
**Maryland (1)**
73:18
**math (3)**
37:5,5 51:8
**matter (3)**
11:2 31:20
113:21
**mean (10)**
6:12 8:10 30:6
58:7 59:2
60:15 66:24
67:3 97:14
105:3
**meaning (2)**
78:9,10
**means (2)**
24:4 39:12
**meet (2)**
69:3 84:23
**Mejia (19)**
22:13,16,23
23:11,15
33:17 35:13
37:13,25 44:3
44:10 45:5
47:10 49:8
50:25 64:4
108:5 109:3,4
**men (1)**
87:2
**mentioned (2)**
92:22 96:23
**message (13)**
59:24 61:5,7
63:3,17,19,20
64:10 68:17
68:19,21,24
84:15

**messages (12)**
27:19 60:20
61:2 62:18,22
64:4 68:13
69:4,11,14,21
69:24
**met (1)**
77:12
**method (1)**
30:10
**MICHAEL (2)**
2:8,10
**middle (1)**
108:6
**minus (2)**
44:21,22
**minutes (2)**
43:10 84:23
**misdeeds (2)**
110:14,15
**missing (1)**
37:21
**mistake (5)**
34:5,10 39:8
47:15 48:5
**mistakes (1)**
48:4
**model (2)**
62:3,6
**mom (3)**
52:17,22 65:22
**Monday (4)**
31:12 38:13
49:25 57:5
**money (30)**
13:19 34:6,20
34:25 44:16
46:10 50:18
58:13 59:9
71:22,23 72:4
72:6 74:12,15
75:20,21,23
75:24,25 76:3
76:8,12,13

77:5,12 84:12
90:6 95:24
96:12
**moneys (1)**
82:17
**months (12)**
10:23,23 11:9
55:9,10,22,23
55:23 56:11
64:25 76:2,2
**morning (10)**
4:23,24 24:13
29:7,19 51:19
59:14 64:11
69:9 73:10
**Moser (18)**
2:4,6 4:18 5:2
13:13 17:16
46:2 52:2
58:15 85:10
86:23 91:9
92:22 103:25
107:11
109:10
110:17 112:4
**mother (2)**
67:3,4
**moved (1)**
73:13
**Mynor (46)**
1:4 10:4 13:25
14:25 18:5,8
18:10,11,16
18:18 55:4,10
55:14,17,21
56:6,15,25
57:12,17 63:6
64:20 65:2,4
65:9,25 66:4
66:7 67:21
70:5,16,18,20
71:2,4 72:9
72:17 73:2,7
73:17 79:17

79:23,24 80:2
80:22,23

**N**

**N (5)**
2:2 3:3 111:2,2
112:2
**name (21)**
4:19,25 6:5
7:21 8:10,13
8:19 9:11,16
10:7 11:17
12:2 32:24
52:19 54:12
73:9 87:18
96:15 99:15
109:21 112:3
**names (7)**
8:16,23,25 9:8
22:10,17
31:11
**Nassau (1)**
27:7
**national (5)**
65:16,20 66:2
66:10,13
**native (1)**
65:23
**nature (1)**
6:16
**near (1)**
76:10
**necessary (2)**
5:10 114:3
**Neck (1)**
27:16
**need (9)**
9:13 13:19
34:11 55:10
55:11 68:4,5
70:20 75:5
**needed (3)**
51:11 75:20
76:13

**never (33)**
13:5,10,13
34:25 35:4
52:6,6,7,7,9
58:5 61:4
64:13 67:10
67:24,25 68:2
70:14 72:3,4
75:15 84:24
85:3 88:19
90:2,3,7
93:13 98:22
98:23 102:7,7
108:21
**new (16)**
1:2,16,17,25
2:5,5,9 4:15
4:22 12:6
54:11 97:10
97:23 111:5
113:3,7
**nice (8)**
55:13 58:6,6
70:13 71:10
72:20 74:10
108:23
**night (1)**
82:25
**nine (2)**
55:23 61:22
**normally (1)**
84:14
**North (11)**
1:11,12 7:25
8:18,21 9:3,5
9:7 89:16
90:15,22
**NorthShore-...**
89:21
**NorthShore...**
89:23 90:11
**Notary (5)**
1:24 4:14
111:23 113:6

114:25
**noted (1)**
110:19
**notes (1)**
113:16
**noticed (1)**
41:18
**notices (2)**
54:20,23
**number (15)**
7:14 15:19,20
53:14,15,16
61:24 63:11
65:13 79:8,10
79:11,14,19
79:20
**numbers (4)**
44:7 57:9,11
87:10

**O**

**O (4)**
3:3 4:11,11
111:2
**oath (4)**
3:15 63:13
109:23 111:9
**object (1)**
86:11
**Objection (10)**
17:10 33:20
34:14 42:3
44:11 49:2
73:14 91:5
92:20 104:5
**objections (1)**
3:9
**office (1)**
89:3
**officer (1)**
3:14
**OFFICES (1)**
2:8
**oh (16)**

19:16 28:13
49:11 55:9
62:13 65:2
72:21 82:14
84:2,20 85:23
94:10 95:17
97:6 101:16
103:21
**okay (34)**
5:11,12 9:14
11:21 15:12
16:18,24 22:6
24:15 33:14
33:24 34:4,21
38:20 39:22
45:14 46:10
47:24 48:11
48:11 57:16
60:12 63:5
65:5 68:10
75:10 83:14
88:2 94:21
103:9 106:4
107:4,8
109:19
**old (2)**
6:8 27:15
**once (6)**
22:8 35:7
46:22 72:5
88:15 91:17
**ones (2)**
61:17 101:5
**open (2)**
34:19 82:3
**operate (1)**
98:13
**operated (2)**
8:16 98:10
**operates (1)**
39:24
**operation (2)**
99:3 100:12
**opinion (1)**

57:15
**opposite (2)**
20:4,5
**order (5)**
1:23 58:13
59:8 83:15
99:12
**origin (4)**
65:16,20 66:2
66:13
**original (1)**
101:19
**origins (1)**
66:10
**Oscar (48)**
1:4 10:3,20
11:5 13:25
17:7,7 18:12
22:13,16,23
23:11,14
33:17 35:13
37:13,24 44:3
44:9 45:5
47:9 49:7
50:25 52:5,23
58:5 63:13
64:4 65:3,16
65:20 66:7,21
67:5,21 68:13
70:5,11 71:21
72:13 78:24
80:19 108:4,4
108:9,13
109:3,4
**OT (1)**
35:10
**outcome (1)**
113:20
**outside (3)**
91:24 96:7,10
**overnight (1)**
29:25
**overpaid (2)**
34:23 47:14

May 27, 2025

[Page 125]

**overpaying (1)**
48:18
**overtime (17)**
33:25 35:11,14
37:22 41:5,7
44:20 45:17
45:19 72:14
103:6,7,8,9
103:11,11
109:7
**overwhelme...**
88:16
**owe (2)**
58:18 59:12
**owed (1)**
58:16
**owned (2)**
11:17,25
**owner (9)**
9:15 98:15,19
99:19,20,21
99:23 100:5,6
**ownership (2)**
100:8,9
**Oyster (1)**
27:13

**P**

**P (6)**
2:2,2,8,10 3:3
4:11
**P-A-R-S-E-L...**
6:12
**p.m (11)**
38:22 39:25
40:3,6 41:11
41:14 49:23
50:5,6 57:4
110:19
**page (13)**
15:11,23 22:12
23:6 33:19
35:8 43:18
45:4 50:22

112:3,9,17
114:5
**pages (3)**
15:23,23 16:2
**paid (43)**
12:10,11 16:19
18:12,20
31:17 34:18
36:2,4 41:7,8
41:11,12,15
41:17,18
42:16,17
44:20,23,24
45:13,15,17
45:23,24 48:6
48:9,14 49:10
49:14 50:7,16
51:9 55:14
81:14 82:20
88:14 94:24
95:9,10
103:11 109:7
**Papagalo (1)**
99:16
**paper (12)**
30:18 31:3,4,9
31:10 32:5
54:9,9,12,13
59:25 95:6
**papers (2)**
31:24 54:15
**paperwork (7)**
53:12,13 55:10
56:13 70:21
81:9 92:2
**Parselis (1)**
6:9
**part (5)**
98:15,19 99:19
100:5,6
**partially (1)**
101:15
**particular (5)**
41:4 45:9

48:14 106:12
106:17
**parties (2)**
3:6 113:18
**Passelis (119)**
1:13,21 4:1,21
4:25 5:1 6:1,5
7:1 8:1 9:1,14
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1

82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1,16
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
111:7,18
112:5 113:10
114:1,1
**pay (24)**
12:13 24:21
31:22 33:25
34:2 37:21
40:15 41:13
42:11,13,25
46:4,5 47:17
51:6 53:17
80:13 82:11
82:13,15
84:12 88:12
103:9,10
**paycheck (1)**
72:7
**paychecks (1)**
107:18
**payday (1)**
81:23
**paying (11)**
12:5,7,14
44:15 82:24
97:22 101:22
101:24 102:3
102:12,13
**payment (2)**
34:12 82:16
**payments (2)**

76:15,18
**payroll (34)**
4:2,5 18:23,25
19:6,19,23
20:15,18,21
20:25 21:23
22:2 30:23
32:7,16,20
43:3,15,21
50:20 55:18
56:6,19 88:18
89:2,15 95:17
96:23,24
98:21 103:4
112:10,12
**PC (2)**
2:4,8
**people (17)**
9:4,5,7 26:22
58:20,22,24
71:6 72:21
73:4 75:17,19
100:17 103:9
103:22
109:15 110:7
**percent (5)**
22:25 82:5
99:21,22
100:10
**perform (1)**
93:22
**period (1)**
21:22
**permission (1)**
92:25
**person (4)**
46:15 49:15
58:20 59:14
**personal (2)**
16:13 91:16
**personally (3)**
65:17 72:16
86:14
**pertaining (2)**

Lexitas Court Reporting
800-678-0166

May 27, 2025

[Page 126]

21:23 94:5
**phone (26)**
7:11,14 43:8
60:16,19
61:18,19,23
61:24,25 62:4
62:5,9,12,14
64:9 85:13,15
85:22 86:7,11
86:20,24,25
87:7,9
**phones (3)**
64:8 82:13
87:13
**photographs...**
95:25
**physically (1)**
30:11
**pick (2)**
25:6,7
**picked (1)**
97:3
**pictures (2)**
77:16,16
**place (4)**
1:24 50:15
86:24 113:11
**plaintiff (1)**
63:13
**plaintiff's (4)**
15:8,15 16:6
49:5
**plaintiffs (17)**
1:6,22 2:4 18:3
21:2,24 22:11
22:18,24 29:3
29:6 45:6
59:7 61:12
62:23 63:4
86:20
**Plaintiffs' (26)**
4:3,6,9 15:7,14
18:22 19:18
19:22 20:8,11

20:17 22:9
23:7 33:19
35:7 37:14
43:13 44:8
45:3 46:23
47:13 50:20
55:19 63:10
87:24 112:8
**play (1)**
8:25
**pleadings (2)**
4:8 112:13
**please (9)**
4:19 5:9 46:3
64:7 72:24
89:20 91:9,25
107:12
**plenty (2)**
26:25 84:13
**plus (2)**
40:13,13
**Polanco (19)**
1:4 10:4 13:25
14:25 18:16
18:18 55:14
55:17 56:6,15
56:25 57:18
65:25 66:7
72:17 73:7,17
80:22,23
**Portillo (2)**
10:7 14:2
**posed (1)**
106:19
**possible (1)**
71:15
**potential (1)**
14:17
**practice (1)**
78:7
**preacher (1)**
104:22
**prejudice (1)**
109:9

**present (1)**
20:23
**pressure (1)**
56:12
**presume (1)**
5:14
**pretty (6)**
56:23 65:21
79:6 94:7
98:8 108:10
**preventing (1)**
29:19
**previous (1)**
72:14
**prices (1)**
26:21
**probably (5)**
51:10 90:12,13
96:3 99:8
**problem (5)**
52:9 75:13
82:18 92:14
102:9
**proceeding (1)**
114:2
**produce (1)**
14:7
**produced (1)**
14:9
**professional ...**
101:13
**profitable (1)**
26:20
**proof (1)**
60:10
**properly (3)**
101:22,25
102:3
**prosecuting (...**
46:14
**protect (5)**
110:6,8,11,12
110:13
**provide (3)**

78:3,19 106:25
**provided (3)**
18:25 23:9
28:2
**Public (5)**
1:24 4:14
111:23 113:6
114:25
**pulled (2)**
71:24 104:18
**punch (2)**
23:25 30:8
**purchase (1)**
7:9
**purchased (2)**
7:11 9:19
**purchasing (1)**
7:13
**purposes (3)**
8:9 79:7 81:7
**pursuant (1)**
1:23
**put (4)**
31:15 92:16
105:20 110:4

———————
**Q**
**Queens (2)**
99:18 101:18
**question (24)**
3:10 5:13
16:22,23
17:11,14
26:13 35:5
44:13 55:6
59:6 66:6,8
72:12,24 75:4
78:22 85:11
86:6 88:4
90:9 91:10
97:24 101:20
**questions (6)**
5:7,8 21:14
38:20 106:19

110:18
**quit (1)**
10:20

———————
**R**
**R (4)**
2:2 3:3 4:11
113:2
**racist (1)**
109:8
**raise (3)**
12:17 102:6,7
**rate (21)**
35:14,20,25
37:8,13 40:4
40:10,16,19
41:6,20,25
42:9 45:9,12
103:5,5,6,7,7
103:8
**reach (1)**
103:10
**read (6)**
56:24 57:12
63:20 91:9,11
111:8
**ready (1)**
82:2
**real (1)**
61:21
**realize (2)**
47:19 104:13
**really (10)**
31:17 35:4
65:9,14 66:5
71:11,17 72:3
104:10
109:24
**reason (6)**
105:25 106:12
106:17 108:8
109:2 114:5
**recall (24)**
32:21 45:21

May 27, 2025

[Page 127]

51:5,6 61:20 69:19 73:9 78:5,23 79:9 80:4,5,6,17 80:20 81:12 85:24 90:23 92:8,17 93:16 94:10 97:5,6

**receive (9)**
42:21 46:18 47:25 48:3 54:20 85:8 86:19,25 107:18

**received (4)**
41:9 42:23 47:17,18

**recess (2)**
43:11 81:13

**recollect (1)**
80:12

**record (13)**
4:20 23:21 24:5 30:2,5,6 30:20 31:6 67:19 76:14 91:11 111:12 111:15

**recorded (1)**
105:21

**records (31)**
13:14,16,18,20 13:22,24 14:5 14:7,11 15:3 23:17 24:9,18 24:22,25 25:10 36:17 36:20 56:20 59:17 76:17 85:5,14,17 86:8,12 103:23 104:24 105:7 105:11,15

**reference (1)**
15:17

**referring (1)**
33:18

**reflect (1)**
66:9

**regard (3)**
13:15 56:25 79:23

**regarding (4)**
14:14 88:18 94:9,22

**regular (5)**
39:18 40:16,19 49:21 101:7

**regularly (1)**
49:19

**related (8)**
52:16 92:18 93:5,9,15,19 93:20 113:18

**rely (1)**
102:20

**remember (2)**
80:23 92:9

**repeat (1)**
5:9

**rephrase (1)**
5:10

**report (8)**
27:23 43:20 59:19,20 60:2 60:21 61:3 89:15

**reported (1)**
29:6

**Reporter (1)**
113:6

**represent (2)**
5:2 18:24

**Republic (2)**
66:19 75:11

**request (1)**
107:10

**requested (1)**
91:12

**requests (2)**
106:13 112:17

**required (2)**
51:25 97:22

**requirement...**
97:9

**reserved (1)**
3:10

**respectable (5)**
36:14,25 46:5 46:9 103:13

**respective (1)**
3:6

**response (2)**
15:8 106:18

**responses (1)**
16:7

**restaurant (8)**
98:16,20,21 99:2 100:7,8 100:20 101:14

**restricted (1)**
29:15

**result (1)**
40:11

**return (2)**
28:19 38:21

**returned (1)**
30:3

**review (1)**
16:6

**reviewed (1)**
114:2

**ridiculous (1)**
106:2

**right (26)**
7:20 14:20 32:21 37:22 40:14 42:15 42:17 45:6 46:14 55:3

63:15 76:10 78:5,13,14,17 80:17 89:7 90:23 94:5 95:22 102:17 102:18 103:15,16,21

**right-hand (1)**
89:2

**Road (2)**
4:22 63:22

**Roslyn (1)**
27:15

**roughly (2)**
9:24,25

**round (1)**
39:19

**run (4)**
9:15 26:16,22 64:20

**runs (1)**
64:22

---

**S**

**S (7)**
2:2 3:3,3 4:11 4:11,11 112:7

**S-A-U-L (1)**
52:20

**Salvador (1)**
52:14

**Santo (2)**
66:18 75:10

**Saturday (7)**
38:4,7,10 57:5 81:18,19 83:22

**Saturdays (3)**
31:13 39:9 50:4

**Saul (4)**
52:20 108:3,24 108:25

**saw (3)**

10:24 19:16 37:9

**saying (13)**
27:25 30:7,22 56:5 57:8,10 58:11 59:7 70:5 78:11 85:25 94:4 109:22

**says (12)**
10:12 35:10,13 37:24 45:5 47:3 51:5 52:10 55:9 63:12 108:21 114:2

**schedule (1)**
49:21

**scheduled (1)**
49:19

**school (3)**
5:21,23,24

**scrambled (1)**
71:24

**scratch (9)**
30:18 31:3,4,9 31:10,24 32:15,19,23

**sealing (1)**
3:7

**search (12)**
13:24 14:5,19 90:25 91:14 91:21 92:3 93:4,8,18,23 94:8

**searched (3)**
92:10 93:20,25

**searching (2)**
92:18 94:15

**second (12)**
19:23 20:2,12 20:15 22:14 23:2,12 40:17

Lexitas Court Reporting
800-678-0166

May 27, 2025

[Page 128]

45:4 50:22
64:9 67:19
**secretary (2)**
89:6,6
**see (19)**
15:24 22:10,13
22:17 30:11
30:12 34:20
38:18 40:15
44:2 60:4,16
60:19 64:7
91:2 92:5
105:4,19
109:14
**seen (2)**
109:15,16
**sees (1)**
71:15
**segue (3)**
82:6,10,16
**send (3)**
77:16 82:17
87:19
**sending (1)**
75:23
**sends (1)**
88:10
**sent (5)**
68:22 69:4,7
75:21 76:8
**September (1)**
43:17
**serious (1)**
75:13
**served (1)**
106:14
**serves (2)**
109:20,20
**service (31)**
1:10,11,12,12
5:5 6:18,21
7:5,12,15,22
7:25 8:2,3,11
8:19,22 9:4,5

9:6,8,20
11:16,20
12:21 39:24
43:15 89:16
90:16,22
93:18
**set (7)**
15:9,16 16:6
64:25 90:2,3
113:23
**seven (8)**
9:25 21:12
36:4,7,9,12
37:3 42:14
**shape (1)**
77:15
**share (2)**
100:8,9
**shareholders...**
12:20
**sheet (16)**
19:6,14 22:18
30:9,21,23,24
32:9,16,20,23
33:12 44:7
50:20 95:18
114:1
**sheets (22)**
4:2 18:23,25
19:19,23
20:22,25
21:15,17,19
21:23 22:3
32:7,15,19
55:18,25 56:2
96:24,25
103:4 112:10
**shocked (1)**
71:16
**Shore (11)**
1:11,12 7:25
8:18,22 9:3,5
9:7 89:16
90:16,22

**short (1)**
75:20
**Shorthand (1)**
113:6
**show (22)**
15:3,6,13
18:16,21 22:8
25:9 27:22
36:18,21
43:12,17
46:22 49:4
50:19 59:18
61:2 64:15
85:14,20
87:23 105:11
**show-up (1)**
23:20
**showed (1)**
64:13
**showing (11)**
24:9,18,23,25
25:10,25
65:16 103:23
104:24 105:7
105:15
**shown (1)**
37:14
**shows (2)**
23:16 59:25
**sick (1)**
13:17
**sign (2)**
53:21 81:8
**signature (4)**
15:23,25 16:4
114:23
**signed (5)**
3:14,16 30:9
79:4 81:11
**signing (1)**
16:5
**similar (1)**
19:17
**similarly (1)**

1:5
**simple (1)**
99:11
**single (5)**
48:2,15,23
49:3 106:10
**sir (12)**
12:22 15:24
16:10 27:9
28:8,18,22,25
29:4,11 32:2
66:11
**sister (9)**
74:5,6,10,13
74:18 75:9,22
76:4,5
**sit (4)**
37:12 93:3,7
109:21
**site (3)**
28:11,13 64:17
**sitting (1)**
92:17
**situated (1)**
1:5
**situation (2)**
55:4 65:7
**six (14)**
37:25 39:2,5,7
39:21 40:11
40:12,25 41:2
41:23 44:19
49:10 55:10
76:2
**sleeping (1)**
58:9
**slightest (1)**
68:3
**small (1)**
11:23
**smart (1)**
98:8
**smartest (1)**
98:5

**Smithtown (1)**
2:9
**sneaky (1)**
61:5
**socks (1)**
84:6
**somebody (9)**
49:12,12 53:6
54:11 58:16
66:25 101:9
103:14,18
**son (1)**
104:21
**son's (1)**
58:8
**sorry (11)**
20:5,7 28:14
38:16 39:8
42:18 85:10
85:23 86:5
105:9 108:8
**south (1)**
65:14
**speak (1)**
107:25
**specific (1)**
61:19
**specifically (3)**
44:9 60:25
73:6
**spelled (2)**
6:8,11
**spent (1)**
90:6
**spoke (4)**
108:2,3,3,4
**spoken (2)**
107:21,23
**ss (2)**
111:5 113:3
**stamp (1)**
23:8
**stamped (1)**
43:19

May 27, 2025

[Page 129]

**standard (1)**
23:20
**start (12)**
11:4 24:16,20
25:11,19 26:3
33:5 36:22
38:9,12 60:16
69:13
**started (10)**
8:2,7 25:2,25
56:3 69:11
97:25 102:12
102:12 106:7
**starts (2)**
24:19,23
**state (13)**
1:25 4:14,19
71:5,5 73:13
73:13,17,18
97:10,18
113:3,7
**stated (1)**
63:12
**statement (1)**
85:22
**STATES (2)**
1:2 111:4
**stay (3)**
64:18 103:14
105:3
**stayed (1)**
64:17
**stenographic...**
113:16
**stenographic...**
113:14
**Steve (1)**
4:25
**STEVEN (1)**
2:6
**STIPULAT...**
3:4,8,12
**stop (3)**
36:22,24 38:5

**stopped (2)**
11:23 63:13
**stored (2)**
14:18,23
**story (1)**
75:20
**stub (1)**
95:18
**stuff (3)**
11:23 54:4
94:20
**stupid (1)**
58:25
**Subscribed (2)**
111:20 114:23
**substantial (1)**
12:17
**subtract (1)**
35:24
**sue (9)**
57:19,23 73:22
74:14,22 76:6
108:10,11,11
**sued (6)**
10:3 72:13,18
73:3,7 77:23
**Suffolk (2)**
27:3 113:4
**suggested (1)**
70:18
**suing (6)**
77:19 87:4
109:6,7,8,9
**summer (1)**
83:21
**supplies (2)**
82:7 84:6
**support (1)**
33:16
**supposed (8)**
26:5,6 27:23
27:24 41:15
41:17 47:23
60:2

**Supreme (1)**
2:9
**sure (43)**
8:14 9:11 11:3
12:11,16 16:8
21:4,20 22:20
22:21 23:4
35:9 43:10
51:9 54:17
55:24,25 56:7
56:23 57:2
60:13,14 62:7
62:8 63:8,9
64:8 65:21
66:3 70:23
77:17 79:6,18
79:22 86:2,17
91:6 94:7
97:21 101:21
101:24
102:25
108:11
**surprised (2)**
46:12 65:8
**surveillance ...**
29:12
**Swamp (2)**
4:22 63:22
**swear (1)**
48:18
**sworn (7)**
3:14,16 4:13
111:20
113:12 114:1
114:23
**system (4)**
102:16,18,20
102:25

———— T ————

**T (7)**
3:3,3 4:11
111:2 112:7
113:2,2

**take (11)**
12:5 15:10,11
37:4 43:8,10
69:2 72:6
74:13 103:19
105:25
**taken (6)**
1:22 43:11
81:13 111:9
113:14 114:2
**talk (5)**
52:24 68:4,6
72:20,21
**talked (2)**
10:25 107:24
**talking (9)**
30:23 44:8
55:19 85:6
91:19 94:19
94:21 101:2
102:11
**talks (3)**
52:21 67:3,4
**tax (9)**
53:18,21,24
54:5 55:2
79:7 80:13,15
81:7
**taxes (6)**
42:25 43:2
53:16,17
79:21 80:14
**Ted@North...**
90:17
**Ted@North...**
90:19
**Teddy (4)**
72:6,24 75:2
90:8
**telephone (2)**
85:8,20
**telephones (1)**
85:6
**tell (15)**

**16:25 17:5**
34:4,8,9,13
51:8 70:12
74:24 86:5
93:14 94:14
106:11 108:7
109:4
**telling (2)**
46:6 70:20
**ten (13)**
27:4 34:8
55:23 56:11
84:22 89:24
90:13 94:12
98:18,20 99:8
100:6,7
**term (2)**
100:25 101:3
**terms (1)**
100:23
**testified (1)**
4:15
**testify (3)**
51:14 106:7,9
**testimony (6)**
33:15 111:9
113:9,13,14
114:3
**text (29)**
27:19 59:17,24
60:20 61:2,5
61:6,10,14
62:18,22 63:2
63:16,19,20
64:3 68:13,17
68:19,21,24
69:4,11,13,21
69:24 84:15
85:3,4
**texted (2)**
84:18,24
**texts (4)**
59:20,21 60:6
60:7

May 27, 2025

[Page 130]

**thank (1)**
46:10
**Theodore (11)**
1:12,21 4:21
   6:5 9:14
   111:7,18
   112:4 113:9
   114:1,1
**TheoPassel...**
93:24
**thereof (2)**
16:14 35:8
**thing (11)**
19:17 38:8
   46:9 48:8
   59:4 60:4,17
   103:13,15,16
   105:10
**things (3)**
58:19,25 106:3
**think (54)**
10:21 26:2
   51:10 56:2,9
   56:10,10,11
   57:14,20 60:3
   65:11 70:11
   70:15,16,17
   70:18,22,24
   71:4,7,8,9,13
   72:9 73:15,18
   73:25 77:2,3
   77:15 84:17
   85:2 86:12
   87:18 90:5,7
   95:16 103:13
   104:3,7,8,10
   104:11,12,19
   105:2 106:5,9
   106:10,25
   109:24,25
   110:3
**third (2)**
70:23 73:21
**thought (2)**

59:3 101:24
   113:11
**thousand (5)**
75:23,24 77:3
   77:10,11
**three (23)**
9:8 10:19,23
   11:8,13,13
   18:2 31:16
   38:15 52:24
   55:9 58:2
   62:13,15
   63:12 64:25
   73:25 74:3
   83:12,17
   99:25 104:23
   105:24
**threw (1)**
32:4
**throw (2)**
31:23 32:9
**Thursday (2)**
31:12 81:20
**Tiburcio (2)**
108:3,17
**time (49)**
1:24 3:11
   15:10 17:19
   17:23 21:15
   21:17,19,22
   23:18,20,21
   24:5,19 25:2
   30:2,9 31:14
   31:14 33:5,8
   35:17 37:4
   38:9,12 48:10
   48:11 49:19
   50:13 51:14
   57:24 60:21
   61:20,21
   62:11 65:10
   67:18 69:9
   71:11,16,23
   72:21 76:3
   77:9,14 78:2

81:24 110:19
   113:11
**times (20)**
5:10 24:9 31:4
   31:24 32:10
   34:7,22 40:12
   65:11 73:24
   75:15,18 82:5
   84:13 87:14
   90:14 94:7,8
   94:11 105:23
**tip (1)**
50:12
**tips (8)**
49:11,12,13,14
   49:15,15
   50:17 99:14
**today (8)**
6:14 37:12
   60:18 61:18
   84:2 104:2,12
   106:22
**told (17)**
36:14 58:8
   66:18,25 67:6
   72:25 73:2,6
   74:10,15,16
   74:18,20,21
   75:15 108:13
   109:3
**tomorrow (3)**
56:22 59:13
   103:20
**total (6)**
40:15 44:21
   47:17 50:10
   76:25 77:2
**totaled (2)**
32:12 33:13
**Town (1)**
27:13
**tractor (2)**
71:22,25
**transcript (3)**

111:8,11 114:2
**transcription...**
113:15
**transferred (6)**
30:25 32:3,3
   32:11,19
   62:19
**travel (2)**
28:9,15
**traveled (2)**
29:7,9
**tree (33)**
1:10,11,12,12
   5:5 6:18,18
   6:21 7:5,10
   7:12,15,21,25
   8:2,3,11,19
   8:22 9:4,5,6,8
   9:20 11:16,20
   12:21 39:23
   43:15 89:16
   90:16,22
   93:17
**trees (1)**
64:21
**TreeService....**
89:22 90:20,21
   92:5
**trial (1)**
3:11
**truck (2)**
7:17 82:9
**trucks (6)**
7:16 24:16
   25:6 27:18
   29:24 69:2
**true (8)**
52:11,12 57:6
   57:7 109:10
   111:11,15
   113:15
**truth (3)**
77:21,23,25
**truthful (1)**

16:8
**try (2)**
26:18 40:7
**trying (1)**
60:12
**Tuesday (1)**
31:12
**turn (2)**
20:14,17
**twice (3)**
43:9 77:2,3
**two (13)**
7:16,16 23:5
   25:5 27:5
   31:20 64:8
   66:10 68:23
   74:2 83:13,17
   100:11
**type (2)**
58:20 59:14

---

**U**

**U (1)**
3:3
**understand (8)**
5:8 8:8 28:14
   33:14,23
   44:13 60:8
   71:6
**understandi...**
32:22 93:2
   106:21
**understood (5)**
5:14 58:2 60:3
   60:17 105:10
**underwear (1)**
82:8
**undocument...**
53:15 79:11
**UNITED (2)**
1:2 111:4
**upfront (1)**
13:19
**upgraded (3)**

May 27, 2025

[Page 131]

62:9,12,14
**upgrades (1)**
62:10
**upper (1)**
27:14
**use (5)**
7:21 26:19
30:19 90:14
90:18
**uses (1)**
91:17
**Usually (1)**
82:25

**V**

**V-I-L-L-A-L...**
52:21
**Valley (1)**
27:12
**Vasquez (12)**
1:4 10:4 14:2
66:12 71:3
73:13,20,21
76:23 77:18
80:7,25
**Vazquez's (1)**
74:18
**vehicle (2)**
29:8,9
**vehicles (6)**
28:6,10,12,16
28:21 29:23
**verbal (3)**
25:17,22,23
**video (7)**
96:25 97:4,8
97:21 101:21
102:21,24
**village (1)**
26:3
**villages (1)**
27:10
**Villalobas (6)**
52:20 66:20

67:6,8,11
68:12

**W**

**W (1)**
111:2
**wages (2)**
72:14 94:23
**waiting (1)**
81:25
**waived (1)**
3:7
**want (29)**
9:10 10:9
13:17,21 15:9
16:24,25 17:5
21:21 26:11
26:14,24 35:6
46:7 51:8
54:3,16 65:2
65:4,5,6 68:7
69:20 75:4
82:13 86:23
92:13 96:20
107:2
**wanted (4)**
12:9,10 36:3
82:17
**wants (2)**
40:20 76:6
**warn (1)**
74:7
**warned (2)**
74:7,8
**wasn't (2)**
11:10 56:3
**waste (1)**
90:6
**way (19)**
12:5,6,13
28:23 29:2
37:20 38:16
43:20 46:7
55:3 71:17

82:10 86:17
92:16 97:17
102:13 103:9
109:12
113:20
**ways (1)**
97:3
**website (2)**
87:21 90:2
**Wednesday (2)**
31:12 81:21
**week (25)**
23:15 30:20
32:4 33:3
34:3,17 37:25
39:13,16,20
40:15 42:23
44:4,19 45:13
49:8,10 51:2
51:3,10 83:12
83:15,18,21
100:2
**went (11)**
33:25 62:7
63:24 65:14
73:17 74:18
75:10 76:3
77:11 90:4
93:24
**weren't (2)**
69:6 101:6
**Westbury (1)**
27:15
**WHEREOF ...**
113:22
**White (1)**
75:13
**wife (11)**
53:2,3,10
75:22 77:12
87:15 88:7
89:17 91:24
93:2,7
**winter (1)**

83:19
**withhold (1)**
14:11
**withholding ...**
53:19,22,25
54:5
**witness (20)**
16:24 21:16
26:9,14 32:8
36:9 37:19
42:7 68:4,7
68:10 75:3
77:20,24
96:16 106:20
112:3 113:12
113:22
114:23
**witnesses (4)**
106:23 107:2,5
112:18
**witty (1)**
71:8
**woman (2)**
89:2,11
**wonderful (4)**
52:5 58:4
70:12 71:13
**wool (1)**
104:17
**words (3)**
42:10 83:10
91:24
**work (41)**
13:17 23:15,18
23:22 27:2,23
27:25 36:12
39:21 45:22
46:11 49:8,18
49:20 51:2,4
55:9 63:7
64:13,21 65:3
65:4,5,6
67:12 74:8,14
74:23 77:7

81:15 83:10
83:11,11,12
88:11,14
89:11 99:24
101:11 105:5
105:8
**workday (14)**
39:2,5,9 83:4,5
83:6,7 103:24
104:25 105:8
105:12,16,22
106:7
**worked (36)**
15:4 17:20,21
17:23 20:22
33:17 37:25
38:3 39:12,13
39:15,17
41:10,14,16
44:19,20
45:13 49:10
49:22 50:4,11
50:15 51:3
55:21 56:10
57:3 59:8
64:24 67:15
71:10 94:25
99:25 100:17
101:9,12
**worker (5)**
43:9 52:9
70:14,14
106:10
**workers (8)**
43:22 51:21,23
51:24 64:23
82:9 106:15
108:10
**working (10)**
10:17 42:11
57:18,25 58:3
58:4 63:14
83:22 89:18
91:25

May 27, 2025

[Page 132]

**works (3)**
40:3 74:24
89:2
**worksheets (1)**
56:6
**workweek (14)**
33:18 38:13,23
46:17,25
47:10 48:2,14
48:15,24 49:3
49:18 51:2
81:16
**worry (3)**
34:24 72:7,8
**wouldn't (6)**
61:6 70:2 77:7
85:16 87:17
106:2
**write (11)**
30:6,12,14,17
30:19,20 31:3
31:6,13 95:23
96:9
**writing (4)**
25:18,21,24
107:13
**written (1)**
31:25
**wrong (3)**
6:8 104:11
106:5
**wrote (4)**
16:19 33:24
57:12 96:6

— **X** —

**X (4)**
1:3,15 112:2,7

— **Y** —

**yard (34)**
23:23 24:2,6
24:10,13,15
28:5,7,10,16
28:20 29:7,10

29:13,16,20
30:3 31:18,19
38:22 51:15
51:18 59:19
59:21 60:2,21
61:3 67:17
69:8 81:25
84:3,22 105:4
105:19
**year (6)**
6:25 15:5 20:2
20:22 55:22
56:11
**years (21)**
6:8 21:12 27:4
34:8 52:24
61:22,22
62:13,15
66:23 69:15
69:15 89:24
98:17,18,20
99:7,9 100:6
100:7 106:16
**Yellow (3)**
90:4,4,7
**York (14)**
1:2,16,17,25
2:5,5,9 4:15
4:22 97:10,23
111:5 113:3,7
**YouTube (9)**
19:16,17 96:25
97:4,7,20
101:20
102:21,24

— **Z** —

— **0** —

**05/27/2025 (1)**
114:2

— **1** —

**1 (8)**
4:3 18:22

19:19 20:11
43:16 50:21
55:19 112:11
**1:00 (1)**
36:23
**1:25 (1)**
110:19
**10:30 (1)**
1:19
**107 (1)**
112:18
**10th (1)**
15:23
**11545 (1)**
4:22
**11743 (1)**
2:5
**11797 (1)**
2:9
**12:00 (1)**
36:22
**123 (1)**
43:19
**1265 (1)**
63:22
**13 (2)**
4:7 112:12
**131 (1)**
48:16
**132 (1)**
48:16
**133 (1)**
48:16
**133C (2)**
1:16 2:5
**14 (4)**
4:9 15:14 44:4
112:14
**14th (2)**
43:5 64:5
**15 (4)**
15:7,22 63:6
63:11
**15th (4)**

17:9 47:2
63:14 64:11
**160 (11)**
35:23 36:4
37:3,20 40:10
40:11,12,21
41:22 44:19
51:7
**17 (2)**
4:9 112:14
**17th (4)**
64:10,12,14,15
**18 (1)**
6:7
**19.37 (2)**
35:18 40:17

— **2** —

**2 (11)**
2:9 19:22 20:8
22:10 23:7
33:19 35:7
37:14 44:9
50:23 55:19
**2:00 (5)**
38:5 40:3 50:5
50:6 84:3
**2:23-cv-0920...**
1:8
**2:30 (2)**
31:19 84:3
**20 (2)**
105:25 114:24
**2006 (2)**
17:8,15
**2015 (5)**
7:2,3,7,12 9:21
**2017 (5)**
18:17 20:23
21:3 28:24
43:16
**2018 (8)**
19:20,23 20:2
20:9,12 43:7

44:4 56:2
**2019 (4)**
20:15,19 21:24
47:2
**2020 (5)**
21:22 43:17
56:8,9 69:18
**2022 (2)**
56:16 69:22
**2023 (5)**
17:9 56:16
63:6,14 69:25
**2025 (4)**
1:18 111:10,21
113:23
**21 (1)**
100:9
**22.85 (2)**
37:4,6
**25 (1)**
23:9
**26.67 (1)**
42:2
**27 (2)**
1:18 111:10
**290 (1)**
45:16

— **3** —

**3 (3)**
20:14 49:6
55:19
**3,000 (1)**
77:4
**3:00 (10)**
30:16 38:22
39:25 40:6
41:10,14
45:22 49:23
105:23,24
**30 (10)**
35:14,19 37:10
41:8,18 43:17
44:20 45:24

May 27, 2025

[Page 133]

75:17 103:12
**310 (2)**
 18:19,20
**32 (1)**
 103:12
**320 (1)**
 4:21
**34 (5)**
 37:10,16,23
  41:9,17
**35 (3)**
 39:13,18 51:6
**350 (7)**
 40:13 42:20,23
  42:24 46:18
  47:12 48:21
**352 (5)**
 44:5 45:15
  46:19,20
  47:23
**36 (1)**
 8:5
**38 (1)**
 103:12
**384 (5)**
 47:3,8,11
  48:14,21

---
**4**
---
**4 (9)**
 4:3 18:23
  20:18 37:21
  45:3 47:13
  55:20 112:11
  112:18
**4:30 (1)**
 57:4
**40 (3)**
 49:9 50:11
  103:10
**41 (4)**
 23:16 33:17,24
  38:3
**48 (1)**

49:7

---
**5**
---
**5 (3)**
 4:6 87:24
  112:12
**50 (1)**
 105:25
**500 (4)**
 75:23,23 76:4
  77:2
**516-514-268...**
 62:2

---
**6**
---
**6 (6)**
 43:13 46:24
  112:4,10,12
  112:13
**640 (1)**
 40:13
**670 (2)**
 45:15 47:17

---
**7**
---
**7:00 (1)**
 57:4

---
**8**
---
**8:00 (14)**
 23:24 24:21,21
  31:15 38:11
  38:15 39:24
  40:3,5 49:22
  50:5 60:2
  67:18 105:5
**8:15 (6)**
 24:17 25:3,4,5
  25:12 105:5
**8:30 (9)**
 24:17 25:3,4
  25:12,16,19
  25:25 26:4
  105:6
**800 (1)**

51:9

---
**9**
---
**9/18/1964 (1)**
 5:18
**90 (1)**
 82:4
**95 (1)**
 87:25
**960 (1)**
 40:12
**990 (5)**
 40:14,15 44:21
  44:24 49:10
**9th (3)**
 15:23 43:4
  113:23