## Page 114

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
OSCAR CRUZ, MYNOR POLANCO and
CARLOS VASQUEZ, individually
and on behalf of all others
similarly situated,

        Plaintiffs,

        Case No.:
        2:23-cv-09200
   -against-
DEMARCO BROS LANDSCAPING &
TREE SERVICE CORP d/b/a FRANK
GIOVINAZZO TREE SERVICE d/b/a
FRANK GIOVINAZZO NORTH SHORE
TREE SERVICE d/b/a NORTH SHORE
TREE SERVICE and THEODORE
PASSELIS,
     Defendants.
----------------------------------X

    1747 Veterans Memorial Highway
    Islandia, New York

    November 14, 2025
    11:05 a.m.

    CONTINUED DEPOSITION of THEODORE
PASSELIS, a Defendant herein, taken by the
Plaintiffs, pursuant to Order, held at the
above-noted time and place, before a Notary
Public of the State of New York.

## Page 115

A P P E A R A N C E S:

MOSER LAW FIRM, PC
Attorney for Plaintiffs
    133C New York Avenue
    Huntington, New York 11743

BY:   STEVEN MOSER, ESQ.

LAW OFFICES OF MICHAEL P. GIAMPILIS, PC
Attorney for Defendants
    2 Supreme Court
    Smithtown, New York 11787

BY:   MICHAEL P. GIAMPILIS, ESQ.

## Page 116

    Passelis

T H E O D O R E  P A S S E L I S, a
    Defendant herein, having been first
    duly sworn by Catherine J. Berkery, a
    Notary Public in and for the State of
    New York, was examined and further
    testified as follows:

CONTINUED EXAMINATION

BY MR. MOSER:

   Q    We are here for the continued deposition of Theodore Passelis. He's been sworn in again today and before we begin, Mr. Passelis, I wanted to apologize to you and to your attorney. I note that towards the end of your deposition, which began on May 27th of 2025, I used certain profanities and resorted to personal insults which is -- I'm going to apologize for that.

   A    You don't have to. Thank you.

   Q    I do.

   A    I didn't take it personally at all.

   Q    So let's go through the rules again just so they are fresh in your mind because it has been some months. You

## Page 117

    Passelis

understand that today you are under oath and it's the same oath that you would give as if you were in front of a judge or a jury.

   A    Yes, sir.

   Q    And that all of your answers must be verbal because nods of the heads, gestures or other nonverbal communications can't be taken down by the court reporter.

   A    I understand that.

   Q    I would also ask you to allow me to finish my question completely before answering.

   A    Okay.

   Q    There may be a time when your attorney objects to a question. I ask that you answer the question even though it's objected to unless he specifically instructs you not to answer the question. Understood?

   A    I understand that.

   Q    Are you taking any medication or are you under the influence of any medications that would affect your ability to testify truthfully and honestly today?

   A    No.

Page 118

Passelis
Q    Are you taking anything for anxiety?
A    Not today.
Q    And have you consumed alcohol within the past 24 hours?
A    No, not at all.
Q    Can you think of any reason why you wouldn't be able to testify truthfully and honestly today?
A    I can't think of any reason.
Q    So before we move along, I wanted to go through the documents again because most of them we did not even identify at the first deposition. We did identify Plaintiffs' Exhibits 1, 2, 3 and 4. I'm going to show you what has been marked as Plaintiffs' Exhibit 5.
MR. GIAMPILIS:  You want the emails, too?
MR. MOSER:  Yes, the entire document.
Q    Take some time to look through it.
MR. GIAMPILIS:  Just for the

Page 119

Passelis
record, I'm not sure if I was ever provided all the exhibits that were marked from the first deposition.
MR. MOSER:  So for the record I'm providing Exhibits 1 through 4 which were marked at the beginning of the deposition in May to defendants' counsel and I'm also going to provide him with copies of all the remaining exhibits that are identified during this deposition.
MR. GIAMPILIS:  Okay. So you provided Exhibits 1 through 5?
MR. MOSER:  Yes. And as we go through them, I will provide them to you.
MR. GIAMPILIS:  That's fine, thank you.
A    All right.
Q    If you turn to the second page of this document, which is Bates stamped DEF 83, do you see that on the lower right-hand corner?
A    Yes.

Page 120

Passelis
Q    Actually, I apologize, 83 is blank, I'm talking about 84.
A    84 I see, yes.
Q    Where did you get this document from?
MR. GIAMPILIS:  Objection to form.
You can answer.
A    I don't know the answer to that.
MR. GIAMPILIS:  Then you can say you don't know.
A    I don't know.
MR. GIAMPILIS:  That's an answer.
Q    Do you know what this document is?
A    No, I don't.
Q    And if you keep on turning, each page has the title payroll journal until DEF 93.
A    92, 93 is nothing.
MR. GIAMPILIS:  There is no question.
Q    Is it fair to say it all has the

Page 121

Passelis
title as payroll journal until DEF 93?
A    Yes, it does.
Q    Do you know who requested these documents?
A    No.
Q    Have you seen this printout before today?
A    No.
Q    If we look at DEF 92, under employee name ID on the left-hand side it says Portillo, German B, do you see that?
A    Yes, I do.
Q    Who is that?
A    That's German.
Q    Is he a person who's suing you in this lawsuit?
A    Yes.
Q    To the right of that is an hourly rate, do you see that?
A    Yes.
Q    Was that German's rate per hour?
A    I'm not sure.
Q    Do you have any other documents that would indicate German's hourly rate in

Page 122

Passelis

December of 2021?

MR. GIAMPILIS: Objection to form.

You can answer it if you understand. Do you want him to repeat the question?

(Whereupon, the record was read as requested.)

A    Not that I remember right now.

Q    So was he issued a check for this workweek and the check date is December 11th of 2021; do you see that check date that's in the second column?

A    I see check number 1347, yes.

Q    You are looking all the way on the right-hand side, I'm talking about in the second column where it says description and rate.

A    I see it.

Q    The check date is December 11th of 2021, do you see that?

A    I see that, yes.

Q    Do you know if he was issued a check by DeMarco on that date?

Page 123

Passelis

A    I'm not sure. I -- my accountant would know that.

Q    And the hours, do you see that there is a column with hours and that directly to the right of that check date it says 29.65?

A    I see that, yes.

Q    Do you know if he worked 29.65 hours this week for DeMarco?

A    I'm not sure.

Q    Are there any documents which would show whether he worked 29.65 hours this particular workweek?

A    None that I can recall right now.

MR. GIAMPILIS: You are not allowed to do math now. I know you are trying to calculate, but it doesn't matter.

Q    Earnings, it says here 415.10, was he issued a check for this workweek in the amount of -- the net pay is on the right-hand side, do you see that, net pay allocation?

Page 124

Passelis

A    Yes, 351.39, I see it.

Q    Actually, on the top it 351.38, correct?

A    38, correct.

Q    Why is it the same every single week?

A    Because that's how long he worked, whatever hours he worked, that's what he got paid.

Q    The hours are always the same, the hours are always 29.65 hours, do you see that, in the third column from the left?

A    Yes, I see that.

Q    Is there a particular reason why his hours are always the same?

A    No, just the hours he worked, that's it. There is no reason, yes.

Q    So if we go back to DEF 84, is it fair to say that he worked 27.68 hours in the first workweek that's indicated in this document?

A    It says 27.8 hours, yes.

Q    27.68, right?

A    .68, yes.

Page 125

Passelis

Q    Did he work 27.6 hours during this particular workweek that's reflected in this pay stub?

MR. GIAMPILIS: Objection to form.

You can answer.

A    Yes.

Q    And how do you know that?

A    Well, if that's what I paid him, I paid him what he worked.

Q    If we go to DEF 86, if you look in the column titled hours in DEF 86, 87.

A    I see it.

Q    All the way down to 92, look in the hours column all the way down to DEF 92.

A    Yes, I see that.

Q    For all of these workweeks, it states that he worked precisely 29.65 hours; is that correct?

A    That is correct.

Q    And did he, in fact, work precisely 29.65 hours in all of these workweeks that are reflected in this payroll journal?

Page 126

Passelis

A    Yes.

Q    Did you pay him any cash during this time period?

A    I'm not sure.

Q    Do you know where the 29.65 comes from?

A    The hours that he worked.

Q    And describe for me at this point in time -- let's go specifically back to DEF 86. There is a check date 4/17/2021 that's --

A    I see it, second column.

Q    Okay, excellent. And that says that he worked 29.65 hours for that workweek, correct?

A    Yes.

Q    Are there any documents which reflect that he actually worked 29.65 hours besides this payroll journal?

A    I don't recall any other documents.

Q    And during this time in April of 2021, how would you record the beginning of German Portillo's workday?

Page 127

Passelis

A    Can you please ask the question again? I'm just trying to understand.

Q    During the time period that's covered by this particular payment, in April of 2021, how would you record German's working hours?

A    German and all the workers, I'm just going to speak for German right now, has to be at the yard at 8:00. He has to be at the job at 8:30 and they finish at three, that's how they work.

Q    So specifically with regard to German, how did you record that?

A    I would write it on these payroll sheets that I had showed you (indicating).

Q    And the payroll sheets that you are indicating are Plaintiffs' Exhibits 1 through 4 that were previously marked?

A    Those type of payroll sheets, correct, yes.

Q    So you kept payroll sheets similar to what was previously marked as Plaintiffs' Exhibits 1 through 4 in April of

Page 128

Passelis

2021?

MR. GIAMPILIS:  Do you want to take a look at them?

THE WITNESS:  Yes.

A    They are not here, so, no, I don't have them.

Q    But my question is not whether you have them, my question is whether you kept documents similar to these Plaintiffs' Exhibits 1 through 4 for the year 2021.

A    I believe I kept them and I don't have them anymore.

Q    So did you retrieve these particular payroll sheets for the purposes of this document?

A    Did I retrieve them?  Yes, they were in a location where I found them, yes.

Q    Where did you find them?

A    I found them upstairs in the attic.

Q    And when did you perform that search?

A    When my attorney asked me for it.

Page 129

Passelis

Q    Besides looking in the attic, did you look anywhere else?

A    I looked in the basement. I looked at -- the container, we have a container in the yard, I looked over there and I just found these here (indicating).

Q    Did you keep payroll sheets beginning January 1st of 2020 until the present?

A    Yes, I did.

Q    Are you using these type of payroll sheets today?

A    Yes.

Q    And have you been able to locate any payroll sheets with a date on or after January 1st of 2020 until December of 2023?

A    I looked, I couldn't find them.

Q    Do you have payroll records from 2024?  When I say payroll records, I mean payroll sheets.

A    Payroll sheets, yes.

Q    Do you have payroll sheets for 2025?

A    Yes.

November 14, 2025

## Page 130

Passelis

Q   Are you still paying employees today the same way you were paying them back when my clients were employed by you?

A   I'm paying them by the hour.

Q   Are you paying them the same as you were when my clients were working for you?

A   No.

Q   When did you make a change?

A   When my attorney said to me that these are --

Q   I don't want to -- I'm going to interrupt you because I prefer if you don't talk about --

A   Him.

Q   -- him. The date can be provided, the date can be provided, but what you communicated with each other, I don't want to encroach on that.

MR. GIAMPILIS:  He's not allowed to, so no conversations between us.

Q   I just want to know the date you made the transition or change.

A   I can't tell you that date. I

## Page 131

Passelis

don't know that date.

Q   Is everybody paid exclusively by check today?

A   Yes.

Q   So everybody is paid by check, everybody is paid for all hours by check?

A   Yes.

Q   And no employee is paid in cash today?

A   Not anymore.

Q   And can you give me an approximate date when this was instituted?

A   I can't. I don't know the date. Can I talk to my attorney for one second?

Q   There is no question. You can, of course, go out and talk to your attorney.

A   Okay.

(Whereupon, a recess was taken.)

MR. GIAMPILIS:  Teddy would like to clarify a response that he gave previously regarding how he pays his employees.

A   So I paid my employees with cash

## Page 132

Passelis

also. I didn't understand the question. I didn't understand at that point. Yes, I do pay them with cash too.

MR. GIAMPILIS:  Today?

THE WITNESS:  Today.

A   So the 2024 that you asked me and the 2025, yes, I do. I want to say what the difference was, I started marking --

MR. GIAMPILIS:  You said what you said, no one is asking.

Q   You are still using these payroll sheets?

MR. MOSER:  And for the record I'm showing the witness Plaintiffs' Exhibit 1.

MR. GIAMPILIS:  He's asking do you use that --

A   I use the same payroll sheets with a little bit of a change.

MR. MOSER:  Now, I'm going to have this marked as Plaintiffs' Exhibit 18.

(Plaintiffs' second request for production of documents was marked

## Page 133

Passelis

Plaintiffs' Exhibit 18 for identification as of this date.)

MR. MOSER:  And we are also going to mark this as Plaintiffs' Exhibit 19, which is defendants' response to Exhibit 18.

(Defendants' response to plaintiffs' second request was marked Plaintiffs' Exhibit 19 for identification as of this date.)

Q   Before we begin asking about these particular two documents, Exhibit 19, I would like you to read through it. I'm addressing specifically the interrogatory section. If you turn, you'll see that there are three.

A   Okay.

THE WITNESS:  This is the response to this (indicating)?

MR. GIAMPILIS:  Correct. There is no question pending.

Q   My only question is, the responses to interrogatories one, two and three, which are reflected in Exhibit 19,

5 (Pages 130 to 133)

November 14, 2025

Page 134

Passelis

are they truthful and accurate?

THE WITNESS:  So number three is true?

MR. GIAMPILIS:  You can't ask me. That's our response.

A    That's our response.

Q    They are all true and accurate?

A    Yes.

Q    Now, when we began your deposition, you indicated that you had some payroll sheets and I'm going to draw your attention to --

MR. MOSER:  I'm showing the witness the certified transcript from the first deposition.

Q    If you please turn to page 20, I asked you on page 20, if you look at line 21, "Did you create these payroll sheets for every year that employees worked for DeMarco from 2017 until the present" and your response was, answer, "I created them, yes."

A    Yes.

Q    And if you look at page 21, beginning at line 18, question, and I'm

Page 135

Passelis

going to paraphrase, do you know where those other time sheets are kept, your answer was, "I'm sure I can find them, yes."

A    That's not true. I looked, I can't find them.

Q    Why did you believe you had those time sheets back in May?

A    Because I know I did time sheets for every week that they work and I can't find them now. I stored them away and I couldn't find them. I was being honest.

Q    Well, had you looked for them before you appeared at your deposition?

A    Not as hard as I did after the deposition.

Q    Describe for me everything you did to search for the payroll sheets prior to your deposition.

A    I have a filing -- two filing cabinets, low ones, small ones that I looked through and I didn't find them there. I went upstairs in the attic, I looked at one section where I keep all the books, you know, for the trucks and stuff like that,

Page 136

Passelis

you know, everything, books and I couldn't find them there and I basically gave up and I thought that I gave up too soon,. So when I did the deposition, that's why I thought that it was a possibility that I could find them somewhere else, that's all.

Q    What do you mean by giving up too soon?  You looked in every location where the documents could have been, correct?

A    I didn't look in one area of the basement, I didn't look in the container where the yard is, I didn't look there. So I thought maybe it possibly could be there.

Q    When you conducted your preliminary search before your deposition, you didn't find any payroll sheets after January 1st of 2020, correct?

MR. GIAMPILIS:  Can you repeat the question?

(Whereupon, the record was read as requested.)

A    I didn't find any, no. No.

Q    So what leads you to believe

Page 137

Passelis

that you actually had them when you testified if you had not previously found them?

A    Because I didn't do -- I thought -- I kind of felt like I didn't do a thorough check, that's all. Because I knew I had them and I just couldn't find them.

Q    If we turn to page 22, in reference to these records, these payroll sheets on and after January 1st of 2020, you once again testify, "Okay, I have them."

MR. GIAMPILIS:  Where is that?

MR. MOSER:  That's on line six and seven of page 22.

A    I assumed. I made a mistake.

Q    If we go to page 59 -- actually, let's not do that, let's go to Exhibits 19 and 18. Request for production two is "Please produce all documents including emails, text messages or any other document concerning the beginning of the workday or the end of the workday for employees during the relevant time period."

MR. GIAMPILIS:  Where are you

6 (Pages 134 to 137)

Page 138

Passelis

referring?

MR. MOSER: Request for production two.

Q    Your response is that you don't have any of those requested documents, correct?

MR. GIAMPILIS: Do you want the question read back?

THE WITNESS: No, I know the question.

Q    There is a question pending, so you can't consult with your attorney.

A    I can't consult with him?

Q    Not at this point, no.

MR. MOSER: Can you read back the question?

(Whereupon, the record was read as requested.)

A    I found one text message.

Q    What text message did you find?

A    I found one text message that I asked Armando Cruz shortly to work, to come back to work.

Q    I'm going to remind you that you

Page 139

Passelis

are under oath.

A    Yes.

Q    And you have one text message that you found to Armando?

A    Armando Cruz, yes.

Q    And that was a message from you to him?

A    That was a message from me to him a couple of days later after I told him we might not have enough work, yes, and it's dated.

Q    Where are those text messages?

A    I have it here.

Q    Is there a reason why they haven't been produced before today?

A    There is no reason. I didn't even look -- I didn't even look for it. I didn't even care, but for some reason these phones, they hold some things and I happened to find it and I'll be honest with you, I found it today.

Q    Between July 19, 2025 and today, did you search for any text messages on your phone?

Page 140

Passelis

A    Never.

Q    Between July 29, 2025 and today, did you communicate with your accountant to obtain documents in response to these requests?

MR. GIAMPILIS: Objection to form.

A    I don't understand the question. Say it again, I'm sorry.

MR. GIAMPILIS: July 29, 2025?

MR. MOSER: Yes.

A    No, I didn't.

Q    And between the time that your deposition was started and today, for that entire period, did you search for any text messages on your phone concerning this case?

A    No, I didn't.

Q    Between the time your deposition began until today, did you or anyone on your behalf contact your accountant to obtain records regarding this case?

A    No.

Q    I would like you to look at the request for production numbers one through

Page 141

Passelis

eight and your responses. Have you read the requests and your responses?

A    I did.

Q    Are those responses true and accurate?

A    Number four is not. I'm sorry, number three. I'm so sorry, number three.

Q    Number three and that's with regard to the single text message?

A    Yes.

Q    Describe for me how you searched for text messages on your phone this morning.

A    When I came here today, I had a small conversation with my attorney and then --

MR. GIAMPILIS: Objection.

A    It was said to me that --

Q    Please, for his sake, don't talk about what your attorney told you. I just want to know what you did on your phone to search for the messages.

A    Okay. What I did was I had information that one of the plaintiffs said

November 14, 2025

Page 142

Passelis

that I didn't call them back, any of them back, and I got a little upset. So I started panicking and searching through my phone and I started going through all the numbers that I was finding with workers and everything and then I clicked on one and then I found the text message that showed, that was, like, basically asking him come back to work, are you coming, like basically that.

Q    How do you know that is the only text message between you and Oscar Cruz?

A    I don't know if it's the only one. It's the last one.

Q    Do you have any text messages between you and Oscar Cruz?

MR. GIAMPILIS:  Objection, asked and answered. He said yes.

Q    I'm sorry?

A    Apparently, yes, yes.

Q    Just that one, right?

A    Yes. Steve, there might be more.

Q    Do you know how many other messages you may have?

A    I don't know, Steve, there might

Page 143

Passelis

be more. If I scroll up -- I didn't scroll up, I just saw the last one.

Q    Do you have any text messages between you and German Portillo?

A    I don't know. I have to check.

Q    Do you have any text messages between you and Mynor Polanco?

A    I don't know, I would have to check. If I play with my phone, I might be able to find them maybe.

Q    Do you have any text messages between you and Carlos Vasquez?

A    I don't know. I don't know. I didn't check.

Q    Did you hand your phone to any technician for the purposes of this lawsuit?

MR. GIAMPILIS:  Objection to form.

A    No, Steve, no.

Q    Has anyone ever done a backup of your phone for the purposes of this case?

A    No.

Q    And did you do anything to preserve the text messages that are on your

Page 144

Passelis

phone regarding this case?

A    No. I didn't know they were there.

Q    What didn't you know was on your phone?

A    When I checked today and I saw it, I was searching, searching, playing around and I saw it and I said, oh, look at this and I went like that ( indicating).

Q    And that's the first time you searched your phone for text messages?

A    Correct.

Q    Did anyone else search your phone for test messages regarding this case prior to today?

A    No.

Q    Other than requests for production three, are your responses to the remaining requests for production correct?

A    Yes.

Q    Do you know what an I-9 employment eligibility verification form is?

A    I can't recall it right now. I don't know.

Page 145

Passelis

Q    Do you know what a W-4 federal tax collection form is?

A    It's a form workers fill out when they work for you.

Q    And do you know what a notice of pay rate is?

A    Yes.

Q    And what is it?

A    It's the rate that New York State law requires per hour.

Q    Now, if we look at request for production four, that's based upon -- you don't have any of these documents for the plaintiffs, correct?

MR. GIAMPILIS:  Objection. The response says everything that we have we already provided.

Q    Does your accountant have any of the documents that are requested in request for production number four, which is in Exhibit 18?

A    Whatever we had we gave, that's all I know. I don't know much about the accountant.

8 (Pages 142 to 145)

Page 146

Passelis

Q    My question is whether your accountant has any of those forms.

MR. GIAMPILIS:  Objection, asked and answered.

A    Whatever we gave is what we gave you.

Q    Does your accountant have any of those forms?

A    I can't recall. I don't know.

Q    You can't recall or you don't know?

A    I don't know.

Q    If we look at request for production number seven, your response and I'll read it into the record, it begins with an objection and then it says, "Nonetheless defendants are not in possession of any detailed reports, no responsive materials are being withheld on the basis of any objections or otherwise," do you see that?

THE WITNESS:  Where is the answer?

MR. GIAMPILIS:  Number seven.

A    Yes, I see it.

Page 147

Passelis

Q    Before today, did you make any attempt to obtain a call detailed report from your cell phone carrier?

A    No.

Q    Did anyone on your behalf attempt to obtain a call detail report from your cell phone carrier prior to today?

A    No.

MR. GIAMPILIS:  Objection. Object to form.

Q    Does your cell phone carrier have call detail reports for the cell phone that you use to communicate with employees?

MR. GIAMPILIS:  Objection to form.

A    I don't know. I don't know the answer.

Q    Did you ever ask them?

A    No.

Q    Did anyone ever ask them on your behalf?

A    No.

Q    If we look at request for production number eight, you respond with an

Page 148

Passelis

objection followed by, "Nonetheless, DeMarco does not possess any 'electronically stored information, and tangible things,' concerning the claims or defenses asserted in this action." Do you see that?

A    I see it, yes.

Q    The information that is on Plaintiffs' Exhibit 5, where did that information come from?

A    I don't understand the question.

Q    Well, there are printouts there, right?   There's printouts --

MR. GIAMPILIS:  Is there a question.

MR. MOSER:  Yes.

Q    Are there printouts?

MR. GIAMPILIS:  Objection to form.

A    Yes, I see that.

Q    Is that information printed out from a computer?

MR. GIAMPILIS:  Objection. Can you ask him if he produced them or who produced them, how does he know?

Page 149

Passelis

MR. MOSER:  If he doesn't know, he doesn't know.

MR. GIAMPILIS:  Are they printed from a computer is the question.

A    I don't know.

Q    Before today, did you ask your accountant if he has any spreadsheets or other data in electronic form concerning this case?

A    No, I didn't ask him.

Q    Did you ever ask him to produce any records in their electronic format rather than by paper?

MR. GIAMPILIS:  Objection to form. I'm not sure what you are asking. I'm not sure what you are asking.

Q    Well, if we look at Plaintiffs' Exhibit 6, for instance, what is that?

MR. GIAMPILIS:  Other than what it's titled?

MR. MOSER:  Yes.

A    It seems like the hourly wage -- the accounting hourly wage and the pay with their checks, that's what it seems like to

9 (Pages 146 to 149)

Page 150

Passelis

me.

Q    Do you know who furnished this to you?

A    Who furnished it to me?

Q    Well, where did you get this from?

A    I give them the hours that they work to the accountant.

Q    Where did you get this specific document from?  It says DeMarco Landscaping & Tree Service payroll journal detailed and it says on the bottom printed by Catalina on 4/11/24 at 7:34 p.m.

A    So this is the payroll from the workers.

MR. GIAMPILIS:  Where did you get it from?

THE WITNESS:  The accountant's office.

MR. GIAMPILIS:  Thank you. Just answer the question.

Q    Does this information exist on a computer somewhere?

A    I don't know.

Page 151

Passelis

MR. GIAMPILIS:  Objection to form.

A    I don't know.

Q    Did you ever communicate with Catalina to find out if there was any information contained on a computer?

MR. GIAMPILIS:  Objection. We haven't established who Catalina is.

Q    Do you know who Catalina is?

A    She works in the office with my accountant.

Q    It says here that it was printed, do you know if it was printed off of a computer?

A    I don't know about that.

Q    If we go back to Plaintiffs' Exhibit 6, can you tell me what this document is?

A    It's a payroll journal.

Q    And do you know what the information in this document reflects?

A    It shows me their hours and their checks that they were paid and the check number.

Page 152

Passelis

Q    Is this all for Carlos Vasquez?

MR. GIAMPILIS:  Objection. The document speaks for itself.

A    No.

MR. GIAMPILIS:  He asked you --

A    No, it's not for Carlos, it's different, a lot of --

Q    Just take a second and flip through it and see if all this is for Carlos Vasquez.

A    Number six is for --

MR. GIAMPILIS:  You have seven, Steve.

MR. MOSER:  I apologize. No wonder.

Q    Is all of that for Oscar Cruz Mejia?

A    It looks like it, yes.

Q    Do you see where it says hours, the third column from the left?

MR. GIAMPILIS:  Which exhibit are you referring to?

MR. MOSER:  Exhibit 6.

A    Yes, I do see it.

Page 153

Passelis

Q    What does that information reflect?

MR. GIAMPILIS:  I'm sorry, what was the question?

MR. MOSER:  The information in the hours column.

A    The hours they worked.

Q    So is it fair to say that for the work reflected in the first payment, that Oscar Cruz worked 32 hours?

A    Yes.

Q    Did he receive any payments in cash for this workweek?

A    I can't recall.

Q    And where does this number come from, this 32 hours, does it also come from the payroll sheets that you mentioned earlier?

MR. GIAMPILIS:  Objection to form. Do you want to reference an exhibit?

MR. MOSER:  Yes.

Q    With regard to German, you mentioned that the information regarding his

10 (Pages 150 to 153)

Page 154

Passelis

hours --

A    Oscar Mejia.

Q    Let me finish the question. With regard to German Portillo, you testified that the information that was on his payroll records with regard to his hours came from a payroll sheet which was similar in form to Plaintiffs' Exhibit 1, correct?

MR. GIAMPILIS: Objection to form.

If you don't understand the question, it's not a game, just have it read back.

Q    My question is, with regard to German Portillo, you testified earlier his hours on the sheets come from Plaintiffs' Exhibit 1 or something similar to that?

A    Yes, something similar.

Q    Oscar Mejia, his hours here exhibited on Exhibit 6 in the third column, 32, is that also based upon a handwritten payroll sheet?

A    This is 2017 and this is 2018, I would have to look at both.

Page 155

Passelis

Q    But you also testified that you looked through your payroll sheets for 2017 and you can't find any, correct?

MR. GIAMPILIS: Objection. If I'm not mistaken, I believe we already provided 2017, '18 and '19, if I'm not --

MR. MOSER: It was only 2018 and '19.

MR. GIAMPILIS: I'm not sure, but whatever payroll sheets we provided, we provided.

A    So the question is, I'm sorry, I still don't understand the question.

Q    My question is, the hours, the information in the hours column on Exhibit 6 --

A    On Exhibit 6?

Q    -- where does that come from?

A    I can't recall.

Q    Do you know if that number is just made up?

A    I can't recall.

Q    And did you ever pay Oscar Cruz

Page 156

Passelis

Mejia $10 an hour?

MR. GIAMPILIS: Objection to form. What year?

Q    At any time.

A    I can't recall.

Q    With regard to the rate, it says here on the first page that his rate was $10 an hour. Do you know why it says that?

A    On the first page?

Q    Yes.

MR. GIAMPILIS: You are looking at Exhibit 1. Is that what you are referring to?

MR. MOSER: No, I'm referring to Exhibit 6.

MR. GIAMPILIS: He's asking you why the rates --

Can you read back the question?

(Whereupon, the record was read as requested.)

Q    We are talking about Plaintiffs' Exhibit 6.

A    I don't know why. I don't know.

Q    Did Oscar Cruz Mejia, did he

Page 157

Passelis

work year round?

A    No.

Q    When did he start working, in other words, did he work seasonally or did he not work seasonally?

A    He worked seasonally, yes.

Q    And when did the season begin for him?

A    It depends on the year, but if it was too cold, so sometimes we would start in March, sometimes we would start in April, depending on the years and when we would end the season. Obviously in the beginning we would work one, two or three days and then we would work more days as the season went into full swing. Same thing with the end of the year.

Q    How many days did Oscar Cruz Mejia work for the check that was issued on April 1st of 2017, do you know how many hours he worked for this particular workweek?

MR. GIAMPILIS: Can you reference which exhibit?

11 (Pages 154 to 157)

Page 158

Passelis

Q    If we go to Plaintiffs' Exhibit 6, how many days did Oscar Cruz Mejia work in the workweek that's reflected on check number 10979?

A    I can't tell you the days. I can tell you the hours.

Q    And how many hours did he work?

A    32 hours.

Q    Is there a reason, if we scroll through this, he worked 32 hours virtually every single workweek?

MR. GIAMPILIS:  Objection to form with respect to you are referring only to Exhibit 6, right?

MR. MOSER:  Correct.

MR. GIAMPILIS:  Okay.

(Whereupon, the record was read as requested.)

A    I can't answer that question because I don't know how many hours he worked.

Q    I'm going to show you what is marked as Plaintiffs' Exhibit 7. Can you tell me what this document is?

Page 159

Passelis

A    It's a payroll journal.

Q    Do you know what the information in this document is supposed to be or reflect?

A    Payroll for Carlos Lantigua Vasquez.

Q    Is this just the amount he was paid by check?

A    I cannot recall.

Q    Was this printed off of a computer?

MR. GIAMPILIS:  Objection to form. His computer, an accountant's computer, a computer in general?

MR. MOSER:  Any computer. If the answer is he doesn't know, then that's fine.

A    I don't know.

Q    And did you ever pay Carlos Vasquez Lantigua $11 an hour?

MR. GIAMPILIS:  Ever, throughout his whole employment?

MR. MOSER:  Correct.

A    No, I paid him 11, I paid him

Page 160

Passelis

more than that as he stayed on. I gave him --

MR. GIAMPILIS:  The question was, did you ever pay him $11 an hour.

A    I can't recall that, I don't know.

MR. GIAMPILIS:  So that's your answer. I know you are nervous, but that's your answer.

Q    Let's look at Plaintiffs' Exhibit 8. Do you know what these are?

A    It looks like a check on the top with the stubs on the bottom.

Q    Do you know where this came from?

A    My accountant?

MR. GIAMPILIS:  You don't have to guess. Don't guess.

THE WITNESS:  Okay.

Q    Do you know where you got this document from?

A    No, I don't know.

Q    The information that's listed in terms of the total hours worked, does this

Page 161

Passelis

accurately reflect the number of hours Oscar Cruz worked for the period ending March 16, 2015?

A    I don't know.

Q    How about if you continue to DEF 174, it has here total hours 32, does that accurately reflect the number of hours that Oscar Cruz Mejia worked for the period ending March 16th of 2015?

A    I don't know, sir.

Q    And the same question with regard to the remaining pages, do you know whether the total hours listed on these checks reflect the hours that Oscar Cruz Mejia worked?

A    I don't know.

Q    Do you know if the rates that are reflected on these pages accurately reflect his hourly rate?

A    I don't know.

Q    I'm going to show you what has been marked as Plaintiffs' Exhibit 9 for identification. It appears that Exhibit 9 is copies of paychecks for Oscar Cruz Mejia

12 (Pages 158 to 161)

Page 162

Passelis

from 2016; is that fair to say?

A    Yes, this looks like his paycheck.

Q    With regard to the total hours that are listed on these paychecks, do they accurately reflect the total hours that Oscar Cruz Mejia worked for DeMarco Brothers Landscaping & Tree?

A    I don't know.

Q    The rates that are reflected on these sheets, Plaintiffs' Exhibit 9, do they accurately reflect the hourly rate paid to Oscar Cruz Mejia?

A    I don't know.

Q    Let's go to Plaintiffs' Exhibit 10. This appears to be a payroll journal for Oscar Cruz Mejia, correct?

A    Yes.

Q    Do you know where the hours on this payroll journal come from?

A    The hours he worked.

Q    And this number 32, right, for the first workweek that's reflected in Exhibit 10, is there a document that shows

Page 163

Passelis

that he worked 32 hours a week?

A    I can't recall.

Q    Did he receive any cash in addition to what was paid by check as reflected on Plaintiffs' Exhibit 10?

A    I don't recall.

Q    Was Exhibit 10 printed off of a computer?

A    I don't know.

Q    Do you know whether the hours worked or the rates listed in Plaintiffs' Exhibit 10 are accurate?

A    I don't know.

Q    I'm showing you what has been marked as Plaintiffs' Exhibit 11 for identification. Is this another payroll journal for Oscar Cruz Mejia?

A    Yes.

Q    Who printed this?

A    I don't know.

Q    Do you know if this was printed off of a computer?

A    I don't know.

Q    The hours listed on this payroll

Page 164

Passelis

journal, are they accurate?

A    I can't recall.

Q    The rates listed on this payroll journal, are the rates listed here accurate?

A    I don't know.

Q    And what about the total earnings, do you know if the total earnings reflected in this payroll journal, Exhibit 11, are accurate?

A    I can't recall.

Q    I'm going to show you --

MR. MOSER:  Do you have any objection to me showing him the next two together rather than going piece by piece?

MR. GIAMPILIS:  No.

Q    I'm going to show you what has been marked as Plaintiffs' Exhibits 12 and 13, are they payroll journals for Carlos Vasquez?

A    Yes.

Q    The hourly rates listed in these two exhibits which are reflected in the second column from the left, does that

Page 165

Passelis

reflect Carlos Vasquez's actual hourly rate?

A    I don't know.

Q    The hours that are reflected in these two documents immediately to the right of rate, does that accurately reflect the number of hours that Carlos Vasquez worked?

A    I don't know.

Q    And with regard to the total earnings listed on these two documents, are the earnings as reflected in these two documents correct?

A    I can't recall.

Q    Do you know if he received any cash payments for any of the weeks that are reflected in either Exhibits 12 or 13?

A    I don't know.

Q    You can put those aside.

(Whereupon, a recess was taken.)

Q    At the beginning of today's continued deposition, you mentioned that they worked from eight to three?

A    Yes.

Q    Could you tell me what a typical day for you consists of at DeMarco?

13 (Pages 162 to 165)

Page 166

Passelis

A    Well, typical day, I wake up around 7:30, maybe 7:20 and I start texting the people where they are going to go. Then I meet up with them around 8:15 to 8:30 and I show them the job. And then I come back, depends, either around 1:30 or 2:30 just to make sure that everything is good, just as far as the crews are concerned, but also during the day I do my estimates. I'll pick up -- maybe they might run out of certain, you know, fluids or something, you know, they might need oil for the saws or the trucks have a problem, I have to go through the whole thing, pick up parts. I'm running around a lot, but basically that's the typical day.

Q    So the first time you see them on a typical day is between 8:15 and 8:30 a.m.; is that fair to say?

A    That is fair to say, yes.

Q    And how many trucks did DeMarco have, let's say, in 2023?

A    So two trucks go out on one team and two trucks go out on another team.

Page 167

Passelis

Q    Is it fair to stay that you had a total of four trucks in 2023?

A    No, I have some other ones that are spares or broken, you know, sitting in the yard.

Q    How many trucks in total?

A    I think six.

Q    And could you describe what those vehicles were?

A    I have a 1995 International, I have another 1995 International, I have 1996 International, I have a 2004 Freightliner and I have a 2006 Freightliner, I have a 2007 Ford F 550, I have chippers, two chippers, and I have a Bobcat. I don't remember the years of those.

Q    You have two 1995 Internationals, are they operational now?

A    One is not, the engine blew on one of them.

Q    What type of vehicles are the 1995 International, are the same or different?

A    They are all dump trucks, they

Page 168

Passelis

have dump bodies.

Q    How about the 1996 International?

A    Dump body.

Q    How about the 2004 Freightliner?

A    That's a bucket truck.

Q    And how about the 2006 Freightliner?

A    It's a bucket truck.

Q    How about the 2007 F 550?

A    I'm sorry -- it's 2006 F 550, I made a mistake. That's a small dump truck.

Q    The two chippers, how much do they weigh each, approximately?

A    7,000.

Q    What vehicles are used to tow the chippers?

A    The 1995 International and the other 1995 -- 1996 International.

Q    Can the F 550 be used to tow the chippers?

A    It's not supposed to, but if we get stuck, we do it.

Q    DeMarco is issued a motor

Page 169

Passelis

carrier permit by the New York State Department of Transportation, correct?

A    Correct.

Q    And that permit number must be displayed on the sides of all the vehicles; is that correct?

A    I don't know.

Q    The vehicles that you have today, do they have any numbers on the outside reflecting the permit number?

A    The DOT number, yes.

Q    Correct.

A    Yes, yes, I have it.

Q    Is that DOT number on all of the trucks that you just identified?

A    Only the ones we use to, if we are going far for a highway, you only need to use DOT for highway.

Q    Is the DOT number displayed on all these vehicles?

A    On the doors, yes.

Q    Is it displayed on all of the vehicles?

A    Not all the vehicles, no.

14 (Pages 166 to 169)

November 14, 2025

Page 170

Passelis

Q    Which vehicles do not have a DOT number on the side?

A    I don't know, I have to check.

Q    Before these vehicles are driven, are you required to do a pretrip inspection?

A    The drivers have to make sure that the vehicle is running right and, yes.

Q    How is the driver supposed to make sure that the vehicle is running right?

A    If it's starts up and if something is wrong, it will light up, it will show.

Q    Did Oscar Cruz drive a vehicle for DeMarco?

A    Sometimes, yes.

Q    Did Mynor Polanco drive a vehicle?

A    Sometimes.

Q    Do you have any records reflecting the days when Oscar Cruz drove a vehicle?

A    No.

Q    Do you have any records

Page 171

Passelis

indicating the days when Mynor Polanco drove a vehicle for you?

A    No.

Q    Were all employees required to report to a specific location each morning?

A    Yes.

Q    And what location was that?

A    The yard.

Q    Were you ever present at the yard in the morning when the employees were there?

A    Sometimes.

Q    How frequently were you present at the yard in the morning?

A    I don't recall.

Q    Let's take 2017. In 2017, were you at the yard in the morning at all?

A    Sometimes.

Q    How many times in 2017 were you at the yard?

A    I don't recall.

Q    Was it one time, two times?

A    I don't recall.

Q    50 times?

Page 172

Passelis

A    I don't recall.

Q    And for what reasons would you go to the yard in the morning in 2017?

A    Just to make sure that everybody was there, that's all.

Q    Do you recall any specific date on which you went to the yard in 2017?

A    No, I don't recall.

Q    How about for the year 2018 until 2023, do you recall any specific date on which you were at the yard in the morning?

A    I don't recall that.

Q    Do you recall how many times between 2018 and 2023 you reported to the yard in the morning?

A    I don't recall, no.

Q    Do you know if it was more or less than once a year?

A    I can't recall that.

Q    Can you recall if there were years in which you never reported to the yard?

A    I don't recall any years never

Page 173

Passelis

reporting to the yard.

Q    So each year you reported to the yard at least once?

A    At least once, more, more.

Q    What was the maximum number of times that you reported to the yard in the morning in any given year?

A    I can't give you, I don't know.

Q    Can you give me an approximation; was it five, ten?

A    I don't know, Steve, I don't know.

Q    Was it more or less than 50 days?

A    I can't recall.

Q    You can't recall any specific dates in which you reported to the yard?

A    No.

Q    Do you have any records which would reflect the days on which you reported to the yard in the morning?

A    You asked me that already. No.

Q    And who put gas in the vehicles?

A    So the procedure was when you

15 (Pages 170 to 173)

Page 174

Passelis

are done with work and if the truck needed gas, they have to fill it up.

Q    Are these all diesel, all the vehicles that you identified earlier?

A    I might have one that is not. Yes, yes, maybe there is one that's not.

Q    Is there a particular location where you instructed them to gas up the vehicle?

A    They have three gas stations they can go to.

Q    Where are those three gas stations?

A    One is D&R, which is Citgo, the other one --

Q    Where is that located, the Citgo?

A    What's the name of that street? It's located in Glen Head. I don't know the exact street.

Q    Is that on Glen Head Road?

A    I believe it's Glen Head Road, yes.

Q    And the next place?

Page 175

Passelis

A    The next place is Locust Valley, that's on Forest Avenue and that's another Citgo.

Q    And the third?

A    And the third one is on Seacliff Avenue, it's a Gulf station.

Q    Is that in Glen Head?

A    Yes.

Q    And did employees have company issued credit cards?

A    Gas cards.

Q    Did employees have company issued gas cards?

A    Gas cards, yes.

Q    For which gas stations did they have company issued gas cards?

A    For D&R, which is in Glen Head, and if they needed gas, I would have to pay them, I pay them cash or they would sign off, you know, like --

Q    Did you have an account with any of these stations?

A    Oh, yes, all three of them.

Q    What type of gas card did you

Page 176

Passelis

issue?

MR. GIAMPILIS:  Objection to form because I don't know --

Q    Was it a Citgo card, was it a Gulf card?

A    It's a Citgo card.

Q    Besides the Citgo card, did you issue any other credit cards or gas cards to employees?

A    No.

Q    The Citgo statements, do they reflect -- do you get statements for your Citgo card?

A    Yes.

Q    Do the statements reflect the dates and times that the vehicles were filled?

A    Yes.

Q    And did you ever look at those statements before today?

A    Yes.

Q    Specifically with regard to this case, did you review any of those statements to see when employees were putting gas in

Page 177

Passelis

company vehicles?

MR. GIAMPILIS:  Objection to form.

You can answer.

A    To see if they were putting gas in vehicles?

Q    To see at what time they were putting gas in the company vehicles.

A    I never really checked.

Q    Do you know whether, according to those statements, employees were putting diesel in vehicles before 8:00 a.m.?

A    I never really -- I don't recall, I never checked.

Q    How about after 3:00 p.m., do those statements reflect that employees were putting diesel in vehicles after 3:00 p.m.?

A    I never checked.

Q    Now, when you hired Oscar Cruz, what was your agreement with him?

MR. GIAMPILIS:  Objection.

Q    Regarding employment, in other words, what was the employment agreement with him, compensation specifically?

16 (Pages 174 to 177)

November 14, 2025

Page 178

Passelis

MR. GIAMPILIS: Objection to form, but you can answer with regard to compensation.

A    The agreement was -- he asked me what he wanted to get paid, this is what he wanted. I can't recall what it was, but he asked me then and he says I want this -- I want to make this much amount of money, I said okay. The first week when I took -- when I took over the company, a week later he quit and he didn't think that I was able to run the company. When everybody asked him why he's leaving, he's a nice boss, he said I don't think he's going to make it, I don't think he's going to run the company. So then, I would say, two months went by and he asked Edgardo, he went to Edgardo because Edgardo and him were close, they were friends, best friends, and Edgardo came up to me and said to me --

MR. GIAMPILIS: The question was regarding compensation.

THE WITNESS: I'm sorry.

Q    You can talk about what other

Page 179

Passelis

people say to other people, but we weren't there, so we don't know.

A    Yes. And I hired him. He says Armando wants to come back and I said absolutely.

Q    And what were the financial terms when he returned?

A    I can't recall that number, but whatever he asked for, his demand was there. He wouldn't work -- he's a very smart guy, he's not --

Q    Can you give me an approximation of what --

A    I can't.

Q    -- his pay was when he started?

A    I can't, Steve. It's a long time. I can't recall right now.

Q    Was he paid by the hour or by the day when he came back?

A    Well, he wanted -- so we would sit down and talk about the hours. So he wanted to make a certain amount of money or else he wouldn't work and I said, okay, so let's figure it out and we came up with a

Page 180

Passelis

number.

Q    Was he paid by the hour or by the day or something else?

A    He was paid by the hour.

Q    And was it his understanding that he was getting paid for the hours between 8:00 a.m. and 3:00 p.m. on Monday through Friday?

A    Yes.

Q    According to you, was it understood by him that he was getting paid for the hours between 8:00 a.m. and 2:00 p.m. on Saturday if he worked?

MR. GIAMPILIS: Objection to form.

You can answer if you can understand the question.

A    Yes, that's what they all understood, the same thing.

Q    But that schedule that we talked about, that actually includes an hour of paid lunch, so the actual number of hours that they worked was less?

MR. GIAMPILIS: Objection. You

Page 181

Passelis

are stating that they had lunch for an hour, I don't know if that's been established.

Q    How much time were employees afforded for lunch, if any?

A    So I'm going to answer the question because it's the truth, they still work from 12:00 -- they still work up to 12:00 and then 12:00 to 1:00 they take lunch and then they start at 1:00 again.

Q    So they have an hour break for lunch each day?

A    Yes.

Q    During their lunch, are they required to perform any employment-related duties?

A    No.

Q    Are they permitted to rest and eat their lunch for that hour?

A    Yes, they all do.

Q    So the actual number of hours worked on a weekday was from 8:00 a.m. to 12:00 p.m. and then from 1:00 p.m. to 3:00 p.m.?

17 (Pages 178 to 181)

Page 182

Passelis

A    That is correct.

Q    Where did their workday end, at what location?

A    Their workday ended at the yard.

Q    When did employees arrive at the yard at the end of the day?

A    I would say no later than -- anywhere between three to 3:30.

Q    Did all the employees travel together in company vehicles from the yard to the first work location?

A    No. Sometimes -- so there are usually two trucks, so two employees and two employees, two different trucks or three in one.

Q    But the employees that worked for you, did they all travel in some kind of company issued vehicle from the yard to their first work location?

A    Yes.

Q    And at the end of the day, were they required to return to the yard in the company vehicle?

A    Yes.

Page 183

Passelis

Q    Were they required to do anything at the end of the day when they returned to the yard?

A    No, they would pull out their car, put the trucks in and then take their cars and go home.

Q    Who handled the sharpening of chain saws?

A    Well, they do it during the day, the climbers. The climbers usually do it. During their job, they will stop and sharpen and then go back up.

Q    Did employees ever sharpen chain saws in the morning?

A    No.

Q    How do you know that?

A    I'm sorry, in the morning when?

Q    In the morning upon arriving at the yard.

A    No, no.

Q    How do you know?

A    I never seen it and they never did it.

Q    Well, you never saw it or they

Page 184

Passelis

never did it?

A    They never did it.

Q    How do you know they never did it?

A    Because they didn't have to pull out the chain saw to see if the chain saw needed to be sharpened until they got to the job.

Q    Did you see that with your eyes, did you hear that with your ears?

A    I have seen it many times, yes. Nobody touched any of the equipment until they got to the job.

Q    Do you have a container?

A    Yes.

Q    Where is the container located?

A    In the yard.

Q    Does the container have a padlock on it?

A    Yes.

Q    What is stored in the container?

A    All the oil for the chain saws, belt, anything that is needed for equipment. Not gas, but truck equipment, truck parts,

Page 185

Passelis

anything like that, spares.

Q    Axes?

A    No.

Q    So you have chain saws, how about --

A    Trimmers.

Q    Trimmers?

A    Yes.

Q    Do you have any other equipment that's stored in the --

A    In the truck, they lock up.

Q    -- in the container?

A    We usually put our equipment -- okay, so the saws are usually either on the bottom where they lock or on the top where they lock, they have a lock with a -- I don't know, steel rods that go down and then you lock it and --

Q    Within the container you are saying?

A    No, no, within the trucks. So whoever is the cutter is responsible for the saws. The grounds people are responsible for the garbage cans that are outside in the

18 (Pages 182 to 185)

November 14, 2025

Page 186

Passelis
front of the container. I mean, if they steal them -- I mean, I haven't had really a problem with that, so the garbage cans they take and whatever, you know, if they are going to take a ladder or something from there, it's all outside.

Q    My question was specifically what is stored in the container, we went through some items. Chain saws are stored in the container?

A    No, they are not stored in the container.

Q    What is stored in the container?

A    So belts, oils, anti-freeze, diesel transition fluid, tires, I have so many things, parts -- all the parts to do a tree loop job to hold one limb with the other, two of the grinders, two grinders inside, the small ones.

Q    When you say "grinders," you mean stump grinders?

A    Yes, stump grinders, the small ones, they are in there. Just a lot of the stuff that's needed, you go to the

Page 187

Passelis
container, if you are running out of something, it's there. Usually it should be there.

Q    Do you know if employees went into that container in the mornings when they arrived?

A    Yes, I'm sure they did.

Q    Who had keys to the padlock?

A    All the workers have keys to the padlock.

Q    The chain saws, these are not consumer type chain saws are they?

A    No, they are not.

Q    They are specialized chain saws?

A    Well, they are STIHL.

Q    When you say "STIHL," how much do these chain saws run in terms of price?

A    Probably 800, a thousand each, some of them are 600, the smaller ones.

Q    How many chain saws do you have?

A    I would say seven all together, between the two groups.

MR. GIAMPILIS:  Is that now?

THE WITNESS:  Yes.

Page 188

Passelis
Q    Over the past six years, have you had approximately seven chain saws?

A    Maybe less. As years go by, you know, you get more.

Q    And cutters, we are talking about men who climb trees and cut off branches; is that fair to say?

A    That is correct, correct.

Q    So what are the responsibilities of a cutter?

A    The cutters are responsible for the chain saw equipment.

Q    In addition to cutting, he has to maintain the chain saws?

A    To make sure the oil is in them and all that.

Q    And sharpen them if necessary?

A    Yes.

Q    If an employee worked after 3:00 on a weekday, was there an understanding as to whether or not they would be paid additional money?

A    Yes, they would have to tell me.

Q    They would have to tell you and

Page 189

Passelis
what if they told you?

A    They would be paid. Sometimes they would say, oh, you know, we are not going to be able to finish the job or we have to go pick up gas, we ran late, so we are going to pick up and it was never a problem for me. I paid them.

Q    So were there any other individuals doing sales work for the company besides you?

A    No, just me.

Q    So you were the company's only salesperson?

A    Yes.

Q    Who did the estimating?

A    Me.

Q    Were there any other individuals doing the estimating?

A    No.

Q    So at the end of the day, why would you be at the yard?

A    At the end of the day, why would I be at the yard?

Q    Yes, for what reason.

19 (Pages 186 to 189)

Page 190

Passelis

MR. GIAMPILIS: Objection. Did you ask him if he was?

A    I didn't say I was at the yard at the end of the day. I went to the customers to make sure the job and everything was done, that's all.

Q    How frequently did you -- were you ever at the yard at the end of the day?

A    Mostly Saturdays, yes, because I paid them.

Q    And Saturdays, what times were you at the yard on Saturdays usually?

A    Probably, like, 1:30.

Q    Were there two jobs being run each day, approximately?

A    It depends on the day, it depends. Sometimes there were the small jobs, three small jobs or, you know, it depends.

Q    And how many crews were going out, let's say, in 2018?

A    I can't recall that.

Q    Was it two, more than two?

A    I can't recall.

Page 191

Passelis

Q    Were they divided into teams or crews?

A    So they were divided into whoever wanted to work with you, that's how they were divided.

Q    And how many groups did you have?

A    Two groups. I still do, two groups.

Q    The two groups, did they usually go to the same locations or different locations?

A    It depends. I don't know the answer to that.

Q    Well, most of the jobs, did they require two crews or just one crew?

A    You are saying two crews in one job?

Q    Yes.

A    Very few times. I could count on one hand.

Q    So most of the time, the two crews were going to different locations and were not seeing each other during the

Page 192

Passelis

workday?

A    Yes.

Q    You can only be at one job location in the morning; is that fair to say?

A    No, I would be at both jobs in the morning.

MR. GIAMPILIS: Objection.

A    Every day I do this.

Q    So you would go to both jobs in the morning?

A    Every day.

Q    So when would you report to the first job?

A    I would report to the job that I knew that was the bigger job, I had to get it, you know, so they have enough time to finish the work and then I would go to the second job.

Q    What time would you go to the first job?

A    I would be there 8:15 sharp, 99 percent of the time.

Q    When you arrived, were the

Page 193

Passelis

employees there?

A    Not always.

Q    And --

A    Never complained, just to make that clear, never said a word about it.

Q    Can you approximate for me how frequently they weren't there when you arrived there at 8:15?

A    Many times.

Q    And you would have to wait for them?

A    Sometimes I have to leave to go to the other one, sometimes they didn't -- and I had to go to the other job and then come back to this one.

Q    Let's say you got there at 8:15 and they were there, what would you do at the job?

A    Show the cutter, whoever the cutter was, the job.

Q    How long would that take?

A    Five minutes, ten minutes.

Q    Would you speak to the homeowner?

Page 194

Passelis

A    It depends.

Q    And were you using a vehicle, your own personal vehicle to travel?

A    My own personal vehicle.

Q    What was that?

A    One of the pickup trucks. I don't know, I can't recall which one, which year.

Q    So from there you drove to the second location?

A    Correct.

Q    And when would you get to the second location?

A    Probably five minutes later.

Q    So we are talking at, if you are spending ten minutes at the first job, that would be --

A    Like 8:30.

Q    8:30?

A    Yes, I would say 8:30.

Q    So it would only take you five minutes to get from the first job to the second job?

A    It depends. I can't tell you how

Page 195

Passelis

long it would take, but that's how it would be, I have to show at both jobs so they could do it.

Q    Did you ever keep track of the times that --

A    No.

Q    Did you ever keep track of the times when you arrived at a particular job in the morning?

MR. GIAMPILIS:  In writing?

MR. MOSER:  Yes.

A    No, I didn't keep track of that, no.

Q    Did you keep track of that on your phone at all?

A    No.

Q    And do you have any records which would indicate the days on which you were at the yard at the end of the day?

A    No, I don't recall.

Q    So with regard to the four plaintiffs in this case, were they all paid a combination of cash and check?

A    Yes.

Page 196

Passelis

Q    Was that throughout their employment?

A    Yes.

Q    What portion of their pay was paid in cash versus check?

A    I can't recall.

MR. GIAMPILIS:  Objection.

Q    Was the check amount the same every week?

A    I can't recall that.

Q    Were the plaintiffs in this case, were they paid an hourly rate or paid by the day or something else?

A    An hourly rate.

Q    Do you know what their hourly rates were?

A    I can't recall that.

Q    Are those hourly rates reflected on the payroll sheets that were previously marked as Plaintiffs' Exhibits 1, 2, 3 and 4?

A    If they are my sheets, yes.

Q    Are these your sheets that I'm showing you (handing)?

Page 197

Passelis

A    Yes, they look like my sheets.

MR. MOSER:  I'm showing the witness the payroll sheets.

Q    And all of the handwriting on the payroll sheets, that's all your handwriting?

A    That's all mine, yes.

Q    Who determined the hourly rate that was paid?

A    The workers.

Q    And how did they determine that?

A    We spoke, they wanted to make a certain amount of money and I said okay and they said -- and we want this in cash and we want this in check. Whatever they wanted, you know, because you can't find workers.

Q    So whatever they wanted to be paid in cash was fine with you?

A    It wasn't fine with me, but they explained to me that they won't have insurance and for me that was not good. They wanted insurance.

Q    Who wanted insurance?

A    All these workers.

21 (Pages 194 to 197)

Page 198

Passelis

Q    Insurance from what?

A    From the government.

Q    For what?

A    I said why do you want me to pay you cash, I will pay you on check, everything on check. They said no, please don't, pay me some cash because I need to have Medicaid insurance.

Q    So all of them came to you and said --

A    Every single one of them and the ones now, too.

Q    -- we would like you to pay us very little by check so that we can apply for Medicaid and collect it?

A    You never heard of this before?

Q    It's a question.

A    Yes.

Q    And you agreed to this?

A    Yes, I agreed.

Q    Knowing that they would collect Medicaid?

A    Knowing that they are not going to be out in the street and have no money to

Page 199

Passelis

pay their bills, that's what I'm knowing.

Q    Did you know that they were applying for Medicaid based on what you were paying them?

A    This is what they told me.

Q    And you agreed with it?

A    I told them I wanted to give -- I said I'll gave you the cash because you are asking for it.

Q    Why wouldn't you just tell them no, I'm not paying you cash?

A    Because I would lose them and they would go work for somebody else and then I would have nothing.

Q    So you had to pay these workers their demands otherwise you wouldn't have a business?

A    Yes.

Q    They held you hostage?

A    Yes.

Q    And you didn't have any benefit, financial benefit, from paying them in cash?

A    No, not at all.

Q    So you didn't save in payroll

Page 200

Passelis

taxes?

A    No, not at all.

Q    Did you save in your Workers' Compensation premiums?

A    No, not at all.

Q    Are your Workers' Compensation premiums based on what you pay employees in check?

A    My Workers' Compensation is very high, yes.

Q    Is your Workers' Compensation premiums calculated based upon what you pay employees by check?

A    I don't know. I can't recall that.

Q    Did you save on your disability premiums by paying them part by check and part by cash?

A    I don't think so.

Q    If an employee got injured on the job and had to collect Workers' Compensation, would they receive Workers' Compensation for all of their pay or just the amount that you were paying them in

Page 201

Passelis

check?

MR. GIAMPILIS:  Objection, hypothetical.

A    Somebody got injured now and he got paid very well and I helped him.

Q    We were talking about Mynor Polanco, he was never paid by check, was he?

A    Mynor Polanco was -- okay, so --

MR. GIAMPILIS:  He's asking you was he ever paid by check.

THE WITNESS:  There is a reason for it.

MR. GIAMPILIS:  No, No.

A    He wasn't paid by check because he wasn't going to stay with the company.

Q    How long did he work for the company?

A    On and off I would say he worked about eight months.

Q    And was he covered by Workers' Compensation insurance when he worked for you?

A    I don't know.

Q    Was he a climber?

22 (Pages 198 to 201)

## Page 202

Passelis

A    He did some climbing, yes.

Q    And he was a cutter as well?

A    He did some climbing. He's a landscaper.

Q    Why did you permit him to work as a climber and a cutter if he had no Workers' Compensation insurance?

MR. GIAMPILIS:  Objection.

A    That's not what I said. He's covered.

Q    He's covered?

A    Always covered. All my workers are covered.

Q    Even though there is no record that he ever worked there?

A    Well, somebody could start working for you and not become a steady worker, what does that mean, he's working for you and you are not going to cover him? I don't understand it.

Q    Did you save on your unemployment insurance premiums by paying people in cash and check?

A    No.

## Page 203

Passelis

Q    These employees say that generally they started work at 7:00 a.m. each morning.

A    It's a lie.

Q    Do you have --

MR. GIAMPILIS:  Objection to form. That was a statement.

Q    Do you have any specific evidence that that is a lie?

MR. GIAMPILIS:  Other than his testimony?

MR. MOSER:  Yes.

Q    Other than your general testimony that they were supposed to be there at eight.

A    No.

Q    Do you have any specific evidence that -- they also say that they worked generally until 4:30 p.m.

MR. GIAMPILIS:  Objection to form.

Q    Is that a lie?

A    Yes, it is.

Q    And do you have any specific

## Page 204

Passelis

evidence to show that that's a lie?

MR. GIAMPILIS:  Objection. Other than his testimony?

MR. MOSER:  Well, yes.

A    No.

Q    So generally you are saying it's your word against theirs?

A    Yes.

Q    And you don't have any specific records which would show when a particular employee would arrive at the yard in the morning?

A    Only what they tell me. Only if they told me they did overtime, I will pay them. They work from 8:00, they have to be at the yard at 8:00, they have to be there.

Q    Do you have any documents or anything that reflects when a particular employee would report to the yard?

A    I don't have that, no.

Q    Do you have any documents or any other information that shows when an employee would end their workday?

A    No.

## Page 205

Passelis

Q    And is it fair to say that you are the only witness as to the plaintiffs' hours other than themselves?

A    I mean, I don't know. Yes, I'm the only witness.

MR. MOSER:  I just want to check my notes and then I think we are done.

(Whereupon, a recess was taken.)

Q    How about German Portillo, under what circumstances did he stop working for DeMarco?

A    Well, from what I understand, German -- he has a system, German has a system.

Q    Okay. Could you describe that system?

A    Originally he worked for Izzo, then he worked with me, then he worked for Stanco, then he worked for Bob Rimeholtz and now he works for John Premonte. So he goes from one to two to three to four. And German has another situation, problem, he has a cocaine problem, but let's put that aside. He didn't do it in front of me, so that's

Lexitas Court Reporting
800-678-0166

## Page 206

Passelis

it, but other companies have fired him, this is what they have said.

Q    So do you have any personal knowledge that German has a problem with cocaine?

A    I never saw it in my own eyes and that's the truth.

Q    And so he left your employment voluntarily?

A    So the system I was saying is German comes from one company, says, oh, I make this money here, then he goes to the next guy, if you give me $10 or $20 more, I can come and then he gets to where he needs to be. It's fine, people do that all the time. It's fine, it's a good thing. I didn't like -- I was very close to him. He's a good boy as far as -- I'm as shocked as anybody else with this kid.

Q    I just want to know if he quit or if you fired him.

A    No, no, he would just tell me, boss, I found another job, I said okay. I said are you sure, German, he said, yes, I'm

## Page 207

Passelis

going to work somewhere else. I said okay.

Q    How about Oscar Cruz, Mynor Polanco and Carlos Vasquez, under what circumstances did they stop working for you?

A    Okay, so Carlos Vasquez was working for me, everything was fine and then he asked me for a vacation and I said, okay, Carlos. He said I'm going to be gone for a week, I said, okay, I'll see you when you get back. He gets into a car accident, drunk driving and he almost died and I went to his house a few times, helped him out because they don't have money and I tried my best. And then he said to somebody and this is the truth, that I want to work back with Frank Giovinazzo and I said Carlos, you have -- you don't look like you can -- I don't want him to get more hurt because he has a skip, like a skip type of thing that hurt. Anyway, I don't want you to get hurt more, he said no, boss, I want to work. He said when I'm ready, I'll let you know. Then he went to Saul Villalobas and he said could you tell Teddy I want to come back for a job and I

## Page 208

Passelis

said absolutely and I hired him.

Q    Under what circumstances did he leave your employment?

A    He left my employment abruptly as I would say, he left my employment -- I spoke to Mynor, Mynor was the only person I spoke to, I said to Mynor, I said --

MR. GIAMPILIS:  Teddy, he's asking specific questions. You want to tell a story.

THE WITNESS:  This is the truth.

MR. GIAMPILIS:  How did he leave your employment?

A    He decided not to come back, that's it.

Q    And was that the same for Oscar and Mynor, that they just decided not to come back?

A    No, Mynor, different. Mynor is different.

Q    So let's talk about Oscar Cruz for a second.

A    Yes.

Q    How did his employment end?

## Page 209

Passelis

A    He decided not to come back again.

Q    And how Mynor Polanco, how did his employment end?

A    I told him on the phone to take two weeks off.

Q    Tell me about that conversation.

A    So we were at the point where the company for some reason, the phones weren't ringing and I said, oh, my God, what's going on. So, you know, I called him on the phone, I said Mynor, can you take a couple of weeks off. He said why, I said just a couple of weeks off, Mynor and, you know, whatever, I said, you know, you'll be -- I'll call you back, you will be fine. 20 minutes later, maybe half an hour later, Vasquez calls me up, so they were on the phone, I guess, and he says, I don't want to work for you no more. I said okay, no problem, I said why. He says no, he says you laid off Mynor. I said no, I didn't -- I said it's a couple of weeks. I said I'm sure things are going to get better and then

Lexitas Court Reporting
800-678-0166

Page 210

Passelis

about, I would say, about an hour and a half later, Armando Cruz called me and I'll never forget it, he says to me why you lay off Mynor, why, and I said Armando, it's only a couple of weeks. He said no, you got a problem now, now you got a problem. I said okay, I said so I'll see you Monday, right, he said no, I'm not coming to work no more and that was it. So I text him and I asked him to come to work and he didn't want to come to work, so that's it.

Q    Did any of these three individuals, Oscar, Mynor or Carlos, have any employment at the time they told you they weren't coming back?

A    Yes, they all were.

Q    And who were they employed by?

A    I believe Armando is employed by a landscaper company that he used to work for before and he's still employed there. Mynor does side jobs, he does private side jobs all the time, he still does it, and Carlos I'm not sure what he does. I'm not sure what he does, but they went on

Page 211

Passelis

unemployment, too.

Q    At the time that Carlos Vasquez said he wasn't coming back, did he have a job with another company?

A    I'm not sure. I don't know.

Q    So you don't know if he was unemployed?

A    I don't know.

Q    But did he apply for unemployment?

A    Oh, he quit.

Q    Did he apply for unemployment?

A    I think he did, yes.

Q    Did he collect unemployment?

A    Yes, I think he did.

Q    What lead you to believe that he applied for and got unemployment?

A    I got the paper that comes in and I saw the two names at the bottom.

Q    Do you dispute the fact that he was entitled to unemployment?

A    Never.

Q    Even though he quit?

A    I don't care.

Page 212

Passelis

Q    With regard to Oscar Cruz, also referred to you by Armando?

A    Yes.

Q    When he told you he wouldn't come to work for you, did he have a job somewhere else?

A    Yes.

Q    Where did he have a job?

A    I think the same place he works now, Milanese, Milanese.

Q    When did he start working for Milanese?

A    I don't know, I know he can't survive without a job, so he had it all set up.

Q    How do you know he had it set up?

A    Another person here, I know what kind of person he is.

Q    So because of the type of person he is, you know that he had another job and had planned this, so to speak?

A    No, I heard it, I heard that he was working.

Page 213

Passelis

Q    So --

A    Landscapers talk between each other.

Q    So you heard from others. Besides hearing from others and you knowing what kind of a person he is, how else did you know that he had another job when he left your employment?

A    I heard.

Q    From whom?

A    People on the street, all the landscapers they tell who he's working for. He went back to work for the guy he used to work for before, I said, that's nice, but he was collecting unemployment, too, so...

Q    So he applied for unemployment and collected unemployment when he left your employment?

A    Yes.

Q    And how about Mynor Polanco, did he apply for unemployment?

A    No, he quit and went to work for somebody else. He went to, I believe it was Stanco, his first job.

Lexitas Court Reporting
800-678-0166

Page 214

Passelis

Q   When did he work for Stanco?

A   Immediately.

Q   What was the first day that he worked for Stanco?

A   It could be Stanco or Bob Rimeholtz because he's changed so many companies. It's one of the companies he works, I saw him.

Q   So you told him to stay home for two weeks, correct?

A   No, not Mynor -- Mynor I told him. You got the wrong people. You got it confused.

Q   Who did you tell --

A   German quit.

Q   German quit. Who did you tell to stay home?

A   Mynor Polanco.

Q   For two weeks?

A   Two weeks.

Q   And the next day he started working again, after you told him that, he already had another job line up?

A   He's a freelancer, he's a

Page 215

Passelis

cutter.

Q   My question is, did he start working the day after you told him stay home for two weeks?

A   I'm pretty sure he did, yes.

Q   And who did he work for that day?

A   There is ton of people to work.

Q   Did he miss any days of work because of you telling him, you know, stay home?

MR. GIAMPILIS:  Objection to form. I don't understand the question.

Q   Did he miss any days of employment as a result of you telling him to stay home for two weeks --

MR. GIAMPILIS:  Objection to form.

Q   -- or did he immediately find a job and he was working the next day?

MR. GIAMPILIS:  Objection to form.

A   So I told him to stay home for two weeks, so that's, you know, that's the

Page 216

Passelis

two weeks.

Q   Who was doing the cutting for those two weeks?

A   I have -- he wasn't the cutter.

Q   Who was the cutter?

A   Alberto, Juan, Saul, these are the main guys.

Q   And during the weeks where an employee actually received a paycheck, did that employee work during that workweek?

MR. GIAMPILIS:  Objection to form. What are you asking?

Q   We have gone through a bunch of payroll journals which show checks that were issued to employees.

MR. GIAMPILIS:  Okay.

Q   Did employees work each week in which they received a pay stub or a paycheck?

A   So --

Q   Let me state it a little bit differently, because I know you look a little confused, you haven't said you are confused, but I know it's a little

Page 217

Passelis

confusing, the question. Let's go back to Plaintiffs' Exhibit 12, the first check that was issued here is for 366.60, correct?

A   Yes, that's after taxes, right.

Q   Did Carlos Vasquez work during that workweek where he received that paycheck?

A   Well, it had the time period on the check.

Q   Did he work that workweek?

A   Yes.

Q   And did he work every workweek in which he received a check?

A   If he received a check, he worked, yes.

Q   And is that the same for the other three plaintiffs, that if there was a check written for them for a particular workweek, it means they worked that workweek?

A   They worked that week, yes.

Q   If an employee worked one day per week between January and March, how would they be paid?

26 (Pages 214 to 217)

Page 218

Passelis

A   One day per week?

Q   Correct.

A   It would reflect here on the hours (indicating).

Q   So you mentioned earlier that employees worked one or two days per week between January and March; is that fair to say?

A   I can't recall. I don't know if they -- I can't give you a specific -- I don't know that.

Q   I'm not asking for specific, I'm saying generally, did employees work one or two days a week between January and March?

A   Yes, they worked, yes.

Q   And there are no pay stubs between January and March, correct?

A   If there are no pay stubs, they didn't work.

Q   So how is it that employees worked one or two days a week between January and March, but there isn't a single pay stub for that time period?

MR. GIAMPILIS:  Objection to

Page 219

Passelis

form. He never stated that they worked one or two days. I think you are mixing up your client's testimony with what Mr. Passelis has testified to here.

Q   Are you saying they didn't work at all between January and March?

A   It's wintertime.

Q   That's my question. Did they work at all between January and March?

A   I can't recall if they worked.

Q   And if they did work a day during that time period, would they be paid?

A   There might be other groups out there who worked longer.

Q   Would they be paid by check or by cash?

A   They have to get a check. If you worked, this reflects on it (indicating).

Q   Even if you work one day in a workweek, you still get the full amount of your check?

A   No. Hold on one second. So if they got a check, that means they worked that week on the hours. Whatever it shows,

Page 220

whatever they got paid, that's it.

MR. MOSER:  I have no further questions. Thank you so much for your time. I apologize for going over.

THE WITNESS:  That's fine, Steve.

(Time noted:  2:00 p.m.)

Page 221

A C K N O W L E D G E M E N T

UNITED STATES DISTRICT COURT)
                              ss:
EASTERN DISTRICT OF NEW YORK)

I, THEODORE PASSELIS, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of November 14, 2025; that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

_____
THEODORE PASSELIS

Subscribed and sworn to before me this _____ day of _____, 2025.

_____
NOTARY PUBLIC

Page 222

INDEX

WITNESS NAME    EXAMINATION BY    PAGE

THEODORE    MR. MOSER    116
PASSELIS

EXHIBITS

PLAINTIFFS'
FOR IDENTIFICATION                PAGE

Exhibit 18  Plaintiffs' second        132
       request for production
Exhibit 19  Defendants' responses to    133
       plaintiffs' second
       request

Page 224

ERRATA SHEET FOR: THEODORE PASSELIS
   THEODORE PASSELIS, being duly sworn, deposes and
says: I have reviewed the transcript of my
proceeding taken on 11/14/2025. The following
changes are necessary to correct my testimony.

_____

PAGE LINE    CHANGE              REASON
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------
----|----|--------------------|-------------

   Witness Signature:_____
Subscribed and sworn to, before me
this ___ day of _____, 20 ___.
_____    _____
(NOTARY PUBLIC)      MY COMMISSION EXPIRES

Page 223

CERTIFICATE
STATE OF NEW YORK)
              ss:
COUNTY OF SUFFOLK)
      I, CATHERINE J. BERKERY, a
Shorthand Reporter and Notary Public in
and for the State of New York, do hereby
certify:
      That the testimony of THEODORE
PASSELIS was held before me at the
aforesaid time and place. That said
witness was duly sworn before the
commencement of the testimony and that the
testimony was taken stenographically by me
and is a true and accurate transcription
of my stenographic notes.
      I further certify that I am not
related to any of the parties to the
action by blood or marriage and that I am
in no way interested in the outcome of
this matter.
      IN WITNESS WHEREOF, I have hereunto
set my hand this 25th day of November 2025.

                Catherine J. Berkery

November 14, 2025

[Page 225]

**A**

**a.m (7)**
114:19 166:20 177:13 180:8 180:13 181:23 203:3

**ability (1)**
117:23

**able (5)**
118:9 129:15 143:11 178:12 189:5

**above-noted ...**
114:24

**abruptly (1)**
208:5

**absolutely (2)**
179:6 208:2

**accident (1)**
207:11

**account (1)**
175:22

**accountant (...**
123:2 140:4,21 145:19,25 146:3,8 149:8 150:9 151:12 160:17

**accountant's...**
150:19 159:14

**accounting (1)**
149:24

**accurate (8)**
134:2,8 141:6 163:13 164:2 164:5,10 223:15

**accurately (6)**
161:2,8,19 162:7,13 165:6

**action (2)**
148:6 223:19

**actual (3)**

165:2 180:23 181:22

**addition (2)**
163:5 188:14

**additional (1)**
188:23

**addressing (1)**
133:15

**affect (1)**
117:23

**afforded (1)**
181:6

**aforesaid (1)**
223:11

**against- (1)**
114:9

**agreed (3)**
198:20,21 199:7

**agreement (3)**
177:21,24 178:5

**Alberto (1)**
216:7

**alcohol (1)**
118:5

**allocation (1)**
123:25

**allow (1)**
117:11

**allowed (2)**
123:18 130:21

**amount (8)**
123:23 159:8 178:9 179:23 196:9 197:14 200:25 219:21

**answer (21)**
117:17,19 120:9,10,15 122:5 125:7 134:22 135:3 146:23

147:18 150:22 158:20 159:17 160:9 160:10 177:5 178:3 180:17 181:7 191:15

**answered (3)**
142:18 146:5 221:13

**answering (1)**
117:13

**answers (2)**
117:6 221:14

**anti-freeze (1)**
186:15

**anxiety (1)**
118:3

**anybody (1)**
206:19

**anymore (2)**
128:13 131:11

**Anyway (1)**
207:20

**apologize (5)**
116:13,18 120:2 152:15 220:5

**Apparently (1)**
142:20

**appeared (1)**
135:14

**appears (2)**
161:24 162:17

**applied (2)**
211:18 213:17

**apply (4)**
198:15 211:10 211:13 213:22

**applying (1)**
199:4

**approximate...**
131:13 193:7

**approximate...**
168:15 188:3 190:16

**approximati...**
173:11 179:13

**April (5)**
126:23 127:5 127:25 157:12,21

**area (1)**
136:12

**Armando (8)**
138:23 139:5,6 179:5 210:3,5 210:19 212:3

**arrive (2)**
182:6 204:12

**arrived (4)**
187:7 192:25 193:9 195:9

**arriving (1)**
183:19

**aside (2)**
165:18 205:24

**asked (16)**
128:24 132:7 134:18 138:23 142:17 146:4 152:6 173:23 178:5,8,13,18 179:10 207:8 210:10 221:12

**asking (12)**
132:11,17 133:12 142:9 149:16,17 156:17 199:10 201:10 208:10 216:13 218:13

**asserted (1)**
148:5

**assumed (1)**
137:16

**attempt (2)**
147:3,7

**attention (1)**
134:13

**attic (3)**
128:21 129:2 135:23

**attorney (11)**
115:4,8 116:14 117:16 128:24 130:11 131:15,18 138:13 141:16,21

**Avenue (3)**
115:5 175:3,7

**Axes (1)**
185:3

**B**

**B (2)**
121:12 222:7

**back (29)**
124:19 126:10 130:3 135:8 138:9,16,24 142:2,3,9 151:17 154:14 156:19 166:6 179:5,20 183:13 193:16 207:11,16,25 208:15,19 209:2,17 210:16 211:4 213:14 217:2

**backup (1)**

143:21
**based (5)**
145:13 154:22
199:4 200:8
200:13
**basement (2)**
129:4 136:13
**basically (4)**
136:3 142:9,10
166:16
**basis (1)**
146:20
**Bates (1)**
119:22
**began (3)**
116:15 134:10
140:20
**beginning (7)**
119:7 126:24
129:9 134:25
137:22
157:14
165:20
**begins (1)**
146:16
**behalf (4)**
114:5 140:21
147:6,22
**believe (8)**
128:12 135:7
136:25 155:6
174:23
210:19
211:17
213:24
**belt (1)**
184:24
**belts (1)**
186:15
**benefit (2)**
199:22,23
**Berkery (3)**
116:4 223:5,24
**best (2)**

178:20 207:14
**better (1)**
209:25
**bigger (1)**
192:17
**bills (1)**
199:2
**bit (2)**
132:20 216:22
**blank (1)**
120:3
**blew (1)**
167:20
**blood (1)**
223:19
**Bob (2)**
205:20 214:6
**Bobcat (1)**
167:16
**bodies (1)**
168:2
**body (1)**
168:5
**books (2)**
135:24 136:2
**boss (3)**
178:14 206:24
207:22
**bottom (4)**
150:13 160:14
185:16
211:20
**boy (1)**
206:19
**branches (1)**
188:8
**break (1)**
181:12
**broken (1)**
167:5
**BROS (1)**
114:10
**Brothers (1)**
162:8

**bucket (2)**
168:7,10
**bunch (1)**
216:14
**business (1)**
199:18

---
**C**
---

**C (4)**
115:2 221:2
223:2,2
**cabinets (1)**
135:21
**calculate (1)**
123:19
**calculated (1)**
200:13
**call (5)**
142:2 147:3,7
147:13
209:17
**called (2)**
209:12 210:3
**calls (1)**
209:19
**cans (2)**
185:25 186:4
**car (2)**
183:6 207:11
**card (6)**
175:25 176:5,6
176:7,8,14
**cards (7)**
175:11,12,14
175:15,17
176:9,9
**care (2)**
139:19 211:25
**Carlos (18)**
114:4 143:13
152:2,7,10
159:6,20
164:20 165:2
165:7 207:4,6

207:9,17
210:14,24
211:3 217:6
**carrier (4)**
147:4,8,12
169:2
**cars (1)**
183:7
**case (10)**
114:7 140:17
140:22
143:22 144:2
144:15
149:10
176:24
195:23
196:13
**cash (20)**
126:3 131:9,25
132:4 153:14
163:4 165:15
175:20
195:24 196:6
197:15,19
198:6,8 199:9
199:12,23
200:19
202:24
219:17
**Catalina (4)**
150:13 151:6,9
151:10
**Catherine (3)**
116:4 223:5,24
**cell (4)**
147:4,8,12,13
**certain (4)**
116:16 166:11
179:23
197:14
**certified (1)**
134:15
**certify (3)**
221:8 223:8,17

**chain (15)**
183:9,14 184:7
184:7,23
185:5 186:10
187:12,13,15
187:18,21
188:3,13,15
**change (4)**
130:10,24
132:20 224:5
**changed (1)**
214:7
**changes (1)**
224:3
**check (48)**
122:11,12,13
122:15,21,25
123:6,22
126:11 131:4
131:6,7 137:7
143:6,10,15
151:25
157:20 158:4
159:9 160:13
163:5 170:4
195:24 196:6
196:9 197:16
198:6,7,15
200:9,14,18
201:2,8,11,15
202:24 205:7
217:3,10,14
217:15,19
219:16,18,22
219:24
**checked (4)**
144:7 177:10
177:15,19
**checks (4)**
149:25 151:24
161:15
216:15
**chippers (5)**
167:15,16

168:14,18,22
circumstanc...
205:11 207:5
208:3
**Citgo (8)**
174:15,18
175:4 176:5,7
176:8,12,14
**claims (1)**
148:5
**clarify (1)**
131:22
**clear (1)**
193:6
**clicked (1)**
142:7
**client's (1)**
219:4
**clients (2)**
130:4,7
**climb (1)**
188:7
**climber (2)**
201:25 202:7
**climbers (2)**
183:11,11
**climbing (2)**
202:2,4
**close (2)**
178:19 206:18
**cocaine (2)**
205:24 206:6
**cold (1)**
157:11
**collect (4)**
198:16,22
200:22
211:15
**collected (1)**
213:18
**collecting (1)**
213:16
**collection (1)**
145:3

**column (12)**
122:14,18
123:5 124:13
125:13,16
126:13
152:21 153:7
154:21
155:17
164:25
**combination ...**
195:24
**come (19)**
138:23 142:9
148:10
153:16,17
154:17
155:20
162:21 166:6
179:5 193:16
206:15
207:25
208:15,19
209:2 210:11
210:12 212:6
**comes (3)**
126:7 206:12
211:19
**coming (4)**
142:10 210:9
210:16 211:4
**commencem...**
223:13
**COMMISSI...**
224:25
**communicat...**
140:4 147:14
151:5
**communicat...**
130:19
**communicati...**
117:8
**companies (3)**
206:2 214:8,8
**company (18)**

175:10,13,17
177:2,9
178:11,13,16
182:11,19,24
189:10
201:16,18
206:12
209:10
210:20 211:5
**company's (1)**
189:13
**compensatio...**
177:25 178:4
178:23 200:5
200:7,10,12
200:23,24
201:22 202:8
**complained (1)**
193:5
**complete (1)**
221:11
**completely (1)**
117:12
**computer (12)**
148:22 149:5
150:24 151:7
151:15
159:12,14,15
159:15,16
163:9,23
**concerned (1)**
166:9
**concerning (4)**
137:22 140:17
148:5 149:9
**conducted (1)**
136:16
**confused (3)**
214:14 216:24
216:25
**confusing (1)**
217:2
**consists (1)**
165:25

**consult (2)**
138:13,14
**consumed (1)**
118:5
**consumer (1)**
187:13
**contact (1)**
140:21
**contained (1)**
151:7
**container (16)**
129:5,6 136:13
184:15,17,19
184:22
185:13,20
186:2,9,11,13
186:14 187:2
187:6
**continue (1)**
161:6
**continued (4)**
114:21 116:8
116:10
165:21
**conversation...**
141:16 209:8
**conversation...**
130:22
**copies (2)**
119:10 161:25
**corner (1)**
119:24
**CORP (1)**
114:10
**correct (34)**
124:4,5 125:20
125:21
126:16
127:22
133:21
136:11,19
138:7 144:13
144:20
145:15 154:9

155:4 158:16
159:24
162:18
165:12 169:3
169:4,7,13
182:2 188:9,9
194:12
214:11 217:4
218:3,18
221:12,16
224:3
**counsel (1)**
119:9
**count (1)**
191:21
**COUNTY (1)**
223:4
**couple (5)**
139:10 209:14
209:15,24
210:6
**course (1)**
131:18
**court (4)**
114:2 115:9
117:9 221:4
**cover (1)**
202:20
**covered (6)**
127:5 201:21
202:11,12,13
202:14
**create (1)**
134:19
**created (1)**
134:22
**credit (2)**
175:11 176:9
**crew (1)**
191:17
**crews (6)**
166:9 190:21
191:3,17,18
191:24

**Cruz (26)**
114:4 138:23
139:6 142:12
142:16
152:17
153:11
155:25
156:25
157:19 158:3
161:3,9,15,25
162:8,14,18
163:18
170:15,22
177:20 207:3
208:22 210:3
212:2
**customers (1)**
190:6
**cut (1)**
188:7
**cutter (9)**
185:23 188:11
193:20,21
202:3,7 215:2
216:5,6
**cutters (2)**
188:6,12
**cutting (2)**
188:14 216:3

_____
**D**
_____

**D (3)**
116:2 221:2
222:2
**D&R (2)**
174:15 175:18
**d/b/a (3)**
114:10,11,12
**data (1)**
149:9
**date (18)**
122:12,13,21
122:25 123:6
126:11

129:16
130:17,18,23
130:25 131:2
131:13,14
133:3,11
172:7,11
**dated (1)**
139:12
**dates (2)**
173:18 176:17
**day (34)**
165:25 166:2
166:10,17,19
179:20 180:4
181:13 182:7
182:22 183:3
183:10
189:21,23
190:5,9,16,17
192:10,13
195:20
196:14 214:4
214:22 215:4
215:8,21
217:23 218:2
219:12,20
221:21
223:23
224:24
**days (17)**
139:10 157:15
157:16,19
158:3,6
170:22 171:2
173:15,21
195:19
215:10,15
218:7,15,22
219:3
**December (4)**
122:2,12,21
129:17
**decided (3)**
208:15,18

209:2
**DEF (10)**
119:22 120:20
121:2,10
124:19
125:12,13,16
126:11 161:6
**Defendant (2)**
114:22 116:3
**defendants (3)**
114:14 115:8
146:18
**defendants' (4)**
119:8 133:6,8
222:12
**defenses (1)**
148:5
**demand (1)**
179:10
**demands (1)**
199:17
**DeMarco (12)**
114:10 122:25
123:10
134:20 148:2
150:11 162:8
165:25
166:22
168:25
170:16
205:12
**Department ...**
169:3
**depending (1)**
157:13
**depends (8)**
157:10 166:7
190:17,18,20
191:14 194:2
194:25
**deposes (1)**
224:1
**deposition (19)**
114:21 116:11

116:15
118:15 119:4
119:8,12
134:11,16
135:14,16,19
136:5,17
140:15,19
165:21
221:10,14
**describe (5)**
126:9 135:17
141:12 167:9
205:16
**description (1)**
122:18
**detail (2)**
147:7,13
**detailed (3)**
146:19 147:3
150:12
**determine (1)**
197:12
**determined (1)**
197:9
**died (1)**
207:12
**diesel (4)**
174:4 177:13
177:18
186:16
**difference (1)**
132:9
**different (7)**
152:8 167:24
182:15
191:12,24
208:20,21
**differently (1)**
216:23
**directly (1)**
123:6
**disability (1)**
200:17
**displayed (3)**

169:6,20,23
**dispute (1)**
211:21
**DISTRICT (4)**
114:2,2 221:4
221:5
**divided (3)**
191:2,4,6
**document (15)**
118:22 119:22
120:5,16
124:22
128:16
137:21
150:11
151:19,22
152:4 158:25
159:4 160:22
162:25
**documents (...**
118:13 121:5
121:24
123:12
126:18,22
128:10
132:25
133:13
136:10
137:20 138:6
140:5 145:14
145:20 165:5
165:10,12
204:18,22
**doing (3)**
189:10,19
216:3
**doors (1)**
169:22
**DOT (5)**
169:12,15,19
169:20 170:2
**draw (1)**
134:12
**drive (2)**

170:15,18
**driven (1)**
170:6
**driver (1)**
170:10
**drivers (1)**
170:8
**driving (1)**
207:12
**drove (3)**
170:22 171:2
194:10
**drunk (1)**
207:11
**duly (3)**
116:4 223:12
224:1
**dump (4)**
167:25 168:2,5
168:13
**duties (1)**
181:17

---

**E**

**E (12)**
115:2,2 116:2
116:2,2 221:2
221:2,2 222:2
222:7 223:2,2
**earlier (4)**
153:19 154:16
174:5 218:6
**earnings (5)**
123:21 164:8,8
165:10,11
**ears (1)**
184:11
**EASTERN (2)**
114:2 221:5
**eat (1)**
181:20
**Edgardo (4)**
178:18,18,19
178:20

**eight (5)**
141:2 147:25
165:22
201:20
203:16
**either (3)**
165:16 166:7
185:15
**electronic (2)**
149:9,13
**electronicall...**
148:3
**eligibility (1)**
144:23
**emails (2)**
118:20 137:21
**employed (4)**
130:4 210:18
210:19,21
**employee (10)**
121:11 131:9
188:20
200:21
204:12,20,24
216:10,11
217:23
**employees (31)**
130:2 131:24
131:25
134:20
137:23
147:14 171:5
171:11
175:10,13
176:10,25
177:12,17
181:5 182:6
182:10,14,15
182:17
183:14 187:5
193:2 200:8
200:14 203:2
216:16,18
218:7,14,21

**employment ...**
144:23 159:23
177:23,24
196:3 206:9
208:4,5,6,14
208:25 209:5
210:15 213:9
213:19
215:16
**employment-...**
181:16
**encroach (1)**
130:20
**ended (1)**
182:5
**engine (1)**
167:20
**entire (2)**
118:21 140:16
**entitled (1)**
211:22
**equipment (6)**
184:13,24,25
185:10,14
188:13
**ERRATA (1)**
224:1
**ESQ (2)**
115:6,10
**established (2)**
151:9 181:4
**estimates (1)**
166:10
**estimating (2)**
189:16,19
**everybody (5)**
131:3,6,7
172:5 178:13
**evidence (3)**
203:10,19
204:2
**exact (1)**
174:21
**EXAMINAT...**

**116:8 222:3**
**examined (1)**
116:6
**excellent (1)**
126:14
**exclusively (1)**
131:3
**exhibit (42)**
118:18 132:16
132:22 133:2
133:6,7,10,13
133:25
145:22 148:9
149:19
151:18
152:22,24
153:22 154:9
154:18,21
155:17,19
156:13,16,23
157:25 158:2
158:15,24
160:12
161:23,24
162:12,16,25
163:6,8,13,16
164:9 217:3
222:10,12
**exhibited (1)**
154:21
**exhibits (13)**
118:16 119:3,6
119:11,14
127:19,25
128:11
137:18
164:19,24
165:16
196:21
**exist (1)**
150:23
**EXPIRES (1)**
224:25
**explained (1)**

197:21
**eyes (2)**
184:10 206:7

---

**F**

**F (5)**
167:15 168:11
168:12,21
223:2
**fact (2)**
125:22 211:21
**fair (11)**
120:25 124:20
153:9 162:2
166:20,21
167:2 188:8
192:5 205:2
218:8
**far (3)**
166:9 169:18
206:19
**federal (1)**
145:2
**felt (1)**
137:6
**figure (1)**
179:25
**filing (2)**
135:20,20
**fill (2)**
145:4 174:3
**filled (1)**
176:18
**financial (2)**
179:7 199:23
**find (19)**
128:19 129:18
135:4,6,11,12
135:22 136:3
136:6,18,24
137:8 138:21
139:21
143:11 151:6
155:4 197:17

215:20
**finding (1)**
142:6
**fine (9)**
119:18 159:18
197:19,20
206:16,17
207:7 209:17
220:6
**finish (5)**
117:12 127:11
154:4 189:5
192:19
**fired (2)**
206:2,22
**FIRM (1)**
115:4
**first (21)**
116:3 118:15
119:4 124:21
134:16
144:11
153:10 156:8
156:10
162:24
166:18
178:10
182:12,20
192:15,22
194:17,23
213:25 214:4
217:3
**five (4)**
173:11 193:23
194:15,22
**flip (1)**
152:9
**fluid (1)**
186:16
**fluids (1)**
166:12
**followed (1)**
148:2
**following (1)**

224:2
**follows (1)**
116:7
**Ford (1)**
167:15
**Forest (1)**
175:3
**forget (1)**
210:4
**form (31)**
120:8 122:4
125:6 140:8
143:19
144:23 145:3
145:4 147:11
147:16
148:19 149:9
149:16 151:3
153:21 154:8
154:11 156:4
158:14
159:14 176:4
177:4 178:3
180:16 203:8
203:22
215:14,19,23
216:13 219:2
**format (1)**
149:13
**forms (2)**
146:3,9
**found (10)**
128:18,20
129:7 137:3
138:20,22
139:5,22
142:7 206:24
**four (6)**
141:7 145:13
145:21 167:3
195:22
205:22
**Frank (3)**
114:10,11

207:16
**freelancer (1)**
214:25
**Freightliner ...**
167:13,14
168:6,9
**frequently (3)**
171:14 190:8
193:8
**fresh (1)**
116:24
**Friday (1)**
180:9
**friends (2)**
178:20,20
**front (3)**
117:4 186:2
205:25
**full (2)**
157:17 219:21
**furnished (2)**
150:3,5
**further (3)**
116:6 220:3
223:17

---

**G**

**G (1)**
221:2
**game (1)**
154:13
**garbage (2)**
185:25 186:4
**gas (18)**
173:24 174:3,9
174:11,13
175:12,14,15
175:16,17,19
175:25 176:9
176:25 177:6
177:9 184:25
189:6
**general (2)**
159:15 203:14

**generally (4)**
203:3,20 204:7
218:14
**German (19)**
121:12,15
126:25 127:8
127:9,14
143:5 153:24
154:5,16
205:10,14,14
205:22 206:5
206:12,25
214:16,17
**German's (3)**
121:22,25
127:6
**gestures (1)**
117:8
**getting (2)**
180:7,12
**GIAMPILIS...**
115:8,10
118:19,25
119:13,18
120:7,11,14
120:23 122:3
123:17 125:5
128:3 130:21
131:21 132:5
132:10,17
133:21 134:5
136:20
137:13,25
138:8 140:7
140:11
141:18
142:17
143:18
145:16 146:4
146:24
147:10,15
148:14,18,23
149:4,15,20
150:17,21

151:2,8 152:3
152:6,13,22
153:4,20
154:10 155:5
155:11 156:3
156:12,17
157:24
158:13,17
159:13,22
160:4,8,18
164:17 176:3
177:3,22
178:2,22
180:15,25
187:24 190:2
192:9 195:11
196:8 201:3
201:10,14
202:9 203:7
203:11,21
204:3 208:9
208:13
215:13,18,22
216:12,17
218:25
**Giovinazzo (3)**
114:11,11
207:17
**give (9)**
117:3 131:12
150:8 173:9
173:10
179:13 199:8
206:14
218:11
**given (2)**
173:8 221:15
**giving (1)**
136:8
**Glen (5)**
174:20,22,23
175:8,18
**go (32)**
116:23 118:13

119:15
124:19
125:12
126:10
131:18
137:17,18
151:17 158:2
162:16 166:4
166:14,24,25
172:4 174:12
183:7,13
185:18
186:25 188:4
189:6 191:12
192:11,19,21
193:13,15
199:14 217:2
**God (1)**
209:11
**goes (2)**
205:21 206:13
**going (34)**
116:18 118:17
119:9 127:9
130:13
132:21 133:5
134:12 135:2
138:25 142:5
158:23
161:22
164:12,15,18
166:4 169:18
178:15,16
181:7 186:6
189:5,7
190:21
191:24
198:24
201:16
202:20 207:2
207:9 209:12
209:25 220:5
**good (4)**
166:8 197:22

206:17,18
**government ...**
198:3
**grinders (5)**
186:19,19,21
186:22,23
**grounds (1)**
185:24
**groups (6)**
187:23 191:7,9
191:10,11
219:14
**guess (3)**
160:19,19
209:20
**Gulf (2)**
175:7 176:6
**guy (3)**
179:11 206:14
213:14
**guys (1)**
216:8

---

**H**

**H (2)**
116:2 222:7
**half (2)**
209:18 210:2
**hand (3)**
143:16 191:22
223:23
**handing (1)**
196:25
**handled (1)**
183:8
**handwriting ...**
197:5,7
**handwritten ...**
154:22
**happened (1)**
139:20
**hard (1)**
135:15
**Head (5)**

174:20,22,23
175:8,18
**heads (1)**
117:7
**hear (1)**
184:11
**heard (5)**
198:17 212:24
212:24 213:5
213:10
**hearing (1)**
213:6
**held (3)**
114:23 199:20
223:10
**helped (2)**
201:6 207:13
**hereunto (1)**
223:22
**high (1)**
200:11
**highway (3)**
114:16 169:18
169:19
**hired (3)**
177:20 179:4
208:2
**hold (3)**
139:20 186:18
219:23
**home (7)**
183:7 214:10
214:18 215:4
215:12,17,24
**homeowner (...**
193:25
**honest (2)**
135:12 139:21
**honestly (2)**
117:24 118:10
**hostage (1)**
199:20
**hour (16)**
121:22 130:5

145:11 156:2
156:9 159:21
160:5 179:19
180:3,5,22
181:3,12,20
209:18 210:2
**hourly (13)**
121:20,25
149:23,24
161:20
162:13
164:23 165:2
196:13,15,16
196:19 197:9
**hours (65)**
118:6 123:4,5
123:10,13
124:9,11,12
124:12,16,17
124:20,23
125:2,13,16
125:19,23
126:8,15,19
127:7 131:7
150:8 151:23
152:20 153:7
153:8,11,17
154:2,7,17,20
155:16,17
157:22 158:7
158:8,9,11,21
160:25 161:2
161:7,8,14,15
162:5,7,20,22
163:2,11,25
165:4,7
179:22 180:7
180:13,23
181:22 205:4
218:5 219:25
**house (1)**
207:13
**Huntington (1)**
115:5

**hurt (3)**
207:19,20,21
**hypothetical ...**
201:4

---

**I**

**I-9 (1)**
144:22
**ID (1)**
121:11
**identificatio...**
133:3,11
161:24
163:17 222:9
**identified (3)**
119:11 169:16
174:5
**identify (2)**
118:15,16
**immediately ...**
165:5 214:3
215:20
**includes (1)**
180:22
**including (1)**
137:20
**indicate (2)**
121:25 195:19
**indicated (2)**
124:21 134:11
**indicating (8)**
127:17,19
129:7 133:20
144:10 171:2
218:5 219:19
**individually ...**
114:4
**individuals (3)**
189:10,18
210:14
**influence (1)**
117:22
**information ...**
141:25 148:4,8

148:10,21
150:23 151:7
151:22 153:2
153:6,25
154:6 155:17
159:3 160:24
204:23
**injured (2)**
200:21 201:5
**inside (1)**
186:20
**inspection (1)**
170:7
**instance (1)**
149:19
**instituted (1)**
131:13
**instructed (1)**
174:9
**instructs (1)**
117:18
**insults (1)**
116:17
**insurance (8)**
197:22,23,24
198:2,9
201:22 202:8
202:23
**interested (1)**
223:20
**Internationa...**
167:11,12,13
167:23 168:4
168:19,20
**Internationa...**
167:19
**interrogatori...**
133:24
**interrogator...**
133:15
**interrupt (1)**
130:14
**Islandia (1)**
114:17

**issue (2)**
176:2,9
**issued (11)**
122:11,24
123:22
157:20
168:25
175:11,14,17
182:19
216:16 217:4
**items (1)**
186:10
**Izzo (1)**
205:18

———————
**J**
**J (3)**
116:4 223:5,24
**January (11)**
129:9,17
136:19
137:11
217:24 218:8
218:15,18,23
219:7,10
**job (34)**
127:11 166:6
183:12 184:9
184:14
186:18 189:5
190:6 191:19
192:4,15,16
192:17,20,22
193:15,19,21
194:17,23,24
195:9 200:22
206:24
207:25 211:5
212:6,9,15,22
213:8,25
214:24
215:21
**jobs (9)**
190:15,19,19

191:16 192:7
192:11 195:3
210:22,23
**John (1)**
205:21
**journal (13)**
120:20 121:2
125:25
126:20
150:12
151:20 159:2
162:17,21
163:18 164:2
164:5,9
**journals (2)**
164:20 216:15
**Juan (1)**
216:7
**judge (1)**
117:4
**July (3)**
139:23 140:3
140:11
**jury (1)**
117:4

———————
**K**
**K (1)**
221:2
**keep (7)**
120:19 129:8
135:24 195:5
195:8,13,15
**kept (4)**
127:23 128:10
128:12 135:3
**keys (2)**
187:9,10
**kid (1)**
206:20
**kind (4)**
137:6 182:18
212:20 213:7
**knew (2)**

137:7 192:17
**know (141)**
120:10,12,13
120:16 121:4
122:24 123:3
123:9,18
125:9 126:6
130:23 131:2
131:14 135:2
135:9,25
136:2 138:10
141:22
142:11,13,23
142:25 143:6
143:9,14,14
144:3,5,22,25
145:2,6,24,24
146:10,12,13
147:17,17
148:25 149:2
149:3,6 150:3
150:25 151:4
151:10,14,16
151:21
155:22 156:9
156:24,24
157:21
158:21 159:3
159:17,19
160:7,9,12,15
160:21,23
161:5,11,13
161:17,18,21
162:10,15,20
163:10,11,14
163:21,22,24
164:6,8 165:3
165:8,14,17
166:12,12
167:5 169:8
170:4 172:19
173:9,12,13
174:20
175:21 176:4

177:11 179:3
181:3 183:17
183:22 184:4
185:18 186:5
187:5 188:5
189:4 190:19
191:14
192:18 194:8
196:16
197:17 199:3
200:15
201:24 205:5
206:21
207:23
209:12,16,16
211:6,7,9
212:14,14,17
212:19,22
213:8 215:11
215:25
216:23,25
218:10,12
**knowing (4)**
198:22,24
199:2 213:6
**knowledge (1)**
206:5

———————
**L**
**L (2)**
116:2 221:2
**ladder (1)**
186:6
**laid (1)**
209:23
**landscaper (2)**
202:5 210:20
**landscapers ...**
213:3,13
**Landscaping...**
114:10 150:11
162:9
**Lantigua (2)**
159:6,21

late (1)
189:6
law (3)
115:4,8 145:11
lawsuit (2)
121:17 143:17
lay (1)
210:4
lead (1)
211:17
leads (1)
136:25
leave (3)
193:13 208:4
208:13
leaving (1)
178:14
left (8)
124:13 152:21
164:25 206:9
208:5,6 213:9
213:18
left-hand (1)
121:11
let's (14)
116:23 126:10
137:18,18
160:11
162:16
166:23
171:17
179:25
190:22
193:17
205:24
208:22 217:2
lie (4)
203:5,10,23
204:2
light (1)
170:13
limb (1)
186:18
line (5)

134:18,25
137:14
214:24 224:5
listed (9)
160:24 161:14
162:6 163:12
163:25 164:4
164:5,23
165:10
little (6)
132:20 142:3
198:15
216:22,24,25
locate (1)
129:15
located (3)
174:17,20
184:17
location (11)
128:18 136:9
171:6,8 174:8
182:4,12,20
192:5 194:11
194:14
locations (3)
191:12,13,24
lock (5)
185:12,16,17
185:17,19
Locust (1)
175:2
long (5)
124:8 179:17
193:22 195:2
201:17
longer (1)
219:15
look (25)
118:23 121:10
125:12,15
128:4 129:3
134:18,24
136:12,13,14
139:18,18

140:24 144:9
145:12
146:14
147:24
149:18
154:25
160:11
176:20 197:2
207:18
216:23
looked (10)
129:4,5,6,18
135:5,13,21
135:23 136:9
155:3
looking (3)
122:16 129:2
156:12
looks (3)
152:19 160:13
162:3
loop (1)
186:18
lose (1)
199:13
lot (3)
152:8 166:16
186:24
low (1)
135:21
lower (1)
119:23
lunch (7)
180:23 181:2,6
181:10,13,15
181:20

——————
M
——————
M (1)
221:2
main (1)
216:8
maintain (1)
188:15

March (10)
157:12 161:3
161:10
217:24 218:8
218:15,18,23
219:7,10
mark (1)
133:5
marked (13)
118:17 119:4,7
127:20,24
132:22,25
133:9 158:24
161:23
163:16
164:19
196:21
marking (1)
132:9
marriage (1)
223:19
materials (1)
146:19
math (1)
123:18
matter (2)
123:20 223:21
maximum (1)
173:6
mean (7)
129:20 136:8
186:2,3,22
202:19 205:5
means (2)
217:20 219:24
Medicaid (4)
198:9,16,23
199:4
medication (1)
117:21
medications ...
117:23
meet (1)
166:5

Mejia (14)
152:18 154:3
154:20 156:2
156:25
157:20 158:3
161:9,16,25
162:8,14,18
163:18
Memorial (1)
114:16
men (1)
188:7
mentioned (4)
153:18,25
165:21 218:6
message (9)
138:20,21,22
139:4,7,9
141:10 142:8
142:12
messages (14)
137:21 139:13
139:24
140:17
141:13,23
142:15,24
143:4,7,12,25
144:12,15
MICHAEL (2)
115:8,10
Milanese (3)
212:11,11,13
mind (1)
116:24
mine (1)
197:8
minutes (6)
193:23,23
194:15,17,23
209:18
mistake (2)
137:16 168:13
mistaken (1)
155:6

mixing (1)
219:3
Monday (2)
180:8 210:8
money (7)
178:9 179:23
188:23
197:14
198:25
206:13
207:14
months (3)
116:25 178:17
201:20
morning (19)
141:14 171:6
171:11,15,18
172:4,13,17
173:8,22
183:15,18,19
192:5,8,12
195:10 203:4
204:13
mornings (1)
187:6
MOSER (34)
115:4,6 116:9
118:21 119:5
119:15
132:14,21
133:4 134:14
137:14 138:3
138:16
140:12
148:16 149:2
149:22
152:15,24
153:6,23
155:9 156:15
158:16
159:16,24
164:13
195:12 197:3
203:13 204:5

205:7 220:3
222:4
motor (1)
168:25
move (1)
118:12
Mynor (24)
114:4 143:8
170:18 171:2
201:7,9 207:3
208:7,7,8,18
208:20,20
209:4,13,15
209:23 210:5
210:14,22
213:21
214:12,12,19

**N**

N (4)
115:2 221:2,2
222:2
name (3)
121:11 174:19
222:3
names (1)
211:20
necessary (2)
188:18 224:3
need (3)
166:13 169:18
198:8
needed (5)
174:2 175:19
184:8,24
186:25
needs (1)
206:15
nervous (1)
160:9
net (2)
123:23,24
never (22)
140:2 172:23

172:25
177:10,14,15
177:19
183:23,23,25
184:2,3,4
189:7 193:5,6
198:17 201:8
206:7 210:3
211:23 219:2
New (12)
114:2,17,25
115:5,5,9
116:6 145:10
169:2 221:5
223:3,7
nice (2)
178:14 213:15
nods (1)
117:7
nonverbal (1)
117:8
NORTH (2)
114:11,12
Notary (5)
114:24 116:5
221:23 223:6
224:25
note (1)
116:14
noted (1)
220:8
notes (2)
205:8 223:16
notice (1)
145:6
November (3)
114:18 221:10
223:23
number (30)
122:15 134:3
141:7,8,8,9
145:21
146:15,24
147:25

151:25
152:12
153:16
155:22 158:5
161:2,8
162:23 165:7
169:5,11,12
169:15,20
170:3 173:6
179:9 180:2
180:23
181:22
numbers (3)
140:25 142:5
169:10

**O**

O (3)
116:2,2 221:2
oath (4)
117:2,3 139:2
221:9
Object (1)
147:11
objected (1)
117:18
objection (45)
120:7 122:3
125:5 140:7
141:18
142:17
143:18
145:16 146:4
146:17
147:10,15
148:2,18,23
149:15 151:2
151:8 152:3
153:20
154:10 155:5
156:3 158:13
159:13
164:14 176:3
177:3,22

178:2 180:15
180:25 190:2
192:9 196:8
201:3 202:9
203:7,21
204:3 215:13
215:18,22
216:12
218:25
objections (1)
146:21
objects (1)
117:16
obtain (4)
140:5,21 147:3
147:7
Obviously (1)
157:14
office (2)
150:20 151:11
OFFICES (1)
115:8
oh (6)
144:9 175:24
189:4 206:12
209:11
211:12
oil (3)
166:13 184:23
188:16
oils (1)
186:15
okay (23)
117:14 119:13
126:14
131:19
133:18
137:12
141:24
158:17
160:20
178:10
179:24
185:15

197:14 201:9 205:16 206:24 207:2 207:6,8,10 209:21 210:8 216:17

**once (4)** 137:12 172:20 173:4,5

**ones (8)** 135:21,21 167:4 169:17 186:20,24 187:20 198:13

**operational (1)** 167:19

**Order (1)** 114:23

**Originally (1)** 205:18

**Oscar (27)** 114:4 142:12 142:16 152:17 153:11 154:3 154:20 155:25 156:25 157:19 158:3 161:2,9,15,25 162:8,14,18 163:18 170:15,22 177:20 207:3 208:17,22 210:14 212:2

**outcome (1)** 223:20

**outside (3)** 169:11 185:25 186:7

**overtime (1)** 204:15

---

**P**

**P (5)** 115:2,2,8,10 116:2

**p.m (10)** 150:14 177:16 177:18 180:8 180:14 181:24,24,25 203:20 220:8

**padlock (3)** 184:20 187:9 187:11

**page (13)** 119:21 120:20 134:17,18,24 137:9,15,17 156:8,10 222:3,9 224:5

**pages (2)** 161:13,19

**paid (39)** 124:10 125:10 125:11 131:3 131:6,7,9,25 151:24 159:9 159:25,25 162:13 163:5 178:6 179:19 180:3,5,7,12 180:23 188:22 189:3 189:8 190:11 195:23 196:6 196:13,13 197:10,19 201:6,8,11,15 217:25 219:13,16 220:2

**panicking (1)** 142:4

**paper (2)** 149:14 211:19

---

**paraphrase (1)** 135:2

**part (2)** 200:18,19

**particular (12)** 123:14 124:15 125:3 127:5 128:15 133:13 157:22 174:8 195:9 204:11 204:19 217:19

**parties (1)** 223:18

**parts (4)** 166:15 184:25 186:17,17

**Passelis (115)** 114:13,22 116:1,11,13 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1

---

163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1,5 221:7 221:18 222:5 223:10 224:1 224:1

**pay (28)** 123:23,24 125:4 126:3 132:4 145:7 149:24 155:25 159:20 160:5 175:19,20 179:16 196:5 198:5,6,8,14 199:2,16 200:8,13,24

---

204:15 216:19 218:17,19,24

**paycheck (4)** 162:4 216:10 216:20 217:8

**paychecks (2)** 161:25 162:6

**paying (10)** 130:2,3,5,6 199:5,12,23 200:18,25 202:23

**payment (2)** 127:5 153:10

**payments (2)** 153:13 165:15

**payroll (47)** 120:20 121:2 125:24 126:20 127:16,18,21 127:23 128:15 129:8 129:13,16,19 129:20,21,22 129:23 132:13,19 134:12,19 135:18 136:18 137:10 150:12,15 151:20 153:18 154:6 154:8,23 155:3,12 159:2,6 162:17,21 163:17,25 164:4,9,20 196:20 197:4 197:6 199:25 216:15

pays (1)
131:23
PC (2)
115:4,8
pending (2)
133:22 138:12
people (9)
166:4 179:2,2
185:24
202:24
206:16
213:12
214:13 215:9
percent (1)
192:24
perform (2)
128:22 181:16
period (9)
126:4 127:4
137:24
140:16 161:3
161:9 217:9
218:24
219:13
permit (4)
169:2,5,11
202:6
permitted (1)
181:19
person (6)
121:16 208:7
212:19,20,21
213:7
personal (4)
116:17 194:4,5
206:4
personally (1)
116:21
phone (20)
139:25 140:17
141:13,22
142:4 143:10
143:16,22
144:2,6,12,15

147:4,8,12,13
195:16 209:6
209:13,20
phones (2)
139:20 209:10
pick (4)
166:10,15
189:6,7
pickup (1)
194:7
piece (2)
164:15,16
place (5)
114:24 174:25
175:2 212:10
223:11
plaintiffs (8)
114:6,23 115:4
141:25
145:15
195:23
196:12
217:18
plaintiffs' (34)
118:16,18
127:19,25
128:10
132:15,22,24
133:2,5,9,10
148:9 149:18
151:17 154:9
154:17
156:22 158:2
158:24
160:11
161:23
162:12,16
163:6,12,16
164:19
196:21 205:3
217:3 222:8
222:10,12
planned (1)
212:23

play (1)
143:10
playing (1)
144:8
please (5)
127:2 134:17
137:20
141:20 198:7
point (4)
126:10 132:3
138:15 209:9
Polanco (10)
114:4 143:8
170:18 171:2
201:8,9 207:4
209:4 213:21
214:19
Portillo (5)
121:12 143:5
154:5,16
205:10
Portillo's (1)
126:25
portion (1)
196:5
possess (1)
148:3
possession (1)
146:18
possibility (1)
136:6
possibly (1)
136:15
precisely (2)
125:19,23
prefer (1)
130:14
preliminary ...
136:17
premiums (5)
200:5,8,13,18
202:23
Premonte (1)
205:21

present (4)
129:10 134:21
171:10,14
preserve (1)
143:25
pretrip (1)
170:6
pretty (1)
215:6
previously (5)
127:20,24
131:23 137:3
196:20
price (1)
187:18
printed (9)
148:21 149:4
150:13
151:14,14
159:11 163:8
163:20,22
printout (1)
121:7
printouts (3)
148:12,13,17
prior (3)
135:18 144:16
147:8
private (1)
210:22
Probably (3)
187:19 190:14
194:15
problem (9)
166:14 186:4
189:8 205:23
205:24 206:5
209:22 210:7
210:7
procedure (1)
173:25
proceeding (1)
224:2
produce (2)

137:20 149:12
produced (3)
139:16 148:24
148:25
production (...
132:25 137:19
138:4 140:25
144:19,20
145:13,21
146:15
147:25
222:11
profanities (1)
116:16
provide (2)
119:9,16
provided (8)
119:3,14
130:18,18
145:18 155:7
155:13,13
providing (1)
119:6
Public (5)
114:25 116:5
221:23 223:6
224:25
pull (2)
183:5 184:6
purposes (3)
128:15 143:17
143:22
pursuant (1)
114:23
put (5)
165:18 173:24
183:6 185:14
205:24
putting (5)
176:25 177:6,9
177:12,18

---

**Q**

question (45)

117:12,16,17
117:19
120:24 122:7
127:2 128:8,9
131:17 132:2
133:22,23
134:25
136:21 138:9
138:11,12,17
140:9 146:2
148:11,15
149:5 150:22
153:5 154:4
154:13,15
155:14,15,16
156:19
158:20 160:4
161:12
178:22
180:18 181:8
186:8 198:18
215:3,14
217:2 219:9
**questions (2)**
208:10 220:4
**quit (7)**
178:12 206:21
211:12,24
213:23
214:16,17

___

**R**

**R (3)**
115:2 116:2
223:2
**ran (1)**
189:6
**rate (15)**
121:20,22,25
122:19 145:7
145:10 156:7
156:8 161:20
162:13 165:2
165:6 196:13

196:15 197:9
**rates (9)**
156:18 161:18
162:11
163:12 164:4
164:5,23
196:17,19
**read (13)**
122:8 133:14
136:22 138:9
138:16,18
141:2 146:16
154:14
156:19,20
158:18 221:8
**ready (1)**
207:23
**really (3)**
177:10,14
186:3
**reason (12)**
118:8,11
124:15,18
139:15,17,19
158:10
189:25
201:12
209:10 224:5
**reasons (1)**
172:3
**recall (45)**
123:15 126:21
144:24
146:10,11
153:15
155:21,24
156:6 159:10
160:6 163:3,7
164:3,11
165:13
171:16,22,24
172:2,7,9,11
172:14,15,18
172:21,22,25

173:16,17
177:15 178:7
179:9,18
190:23,25
194:8 195:21
196:7,11,18
200:15
218:10
219:11
**receive (3)**
153:13 163:4
200:23
**received (6)**
165:14 216:10
216:19 217:7
217:14,15
**recess (3)**
131:20 165:19
205:9
**record (15)**
119:2,5 122:8
126:24 127:6
127:14
132:14
136:22
138:18
146:16
156:20
158:18
202:15
221:12,15
**records (11)**
129:19,20
137:10
140:22
149:13 154:7
170:21,25
173:20
195:18
204:11
**reference (3)**
137:10 153:21
157:25
**referred (1)**

212:3
**referring (5)**
138:2 152:23
156:14,15
158:14
**reflect (16)**
126:19 153:3
159:5 161:2,8
161:15,20
162:7,13
165:2,6
173:21
176:13,16
177:17 218:4
**reflected (15)**
125:3,24
133:25
153:10 158:4
161:19
162:11,24
163:6 164:9
164:24 165:4
165:11,16
196:19
**reflecting (2)**
169:11 170:22
**reflects (3)**
151:22 204:19
219:19
**regard (14)**
127:13 141:10
153:24 154:5
154:7,15
156:7 161:13
162:5 165:9
176:23 178:3
195:22 212:2
**regarding (7)**
131:23 140:22
144:2,15
153:25
177:23
178:23
**related (1)**

223:18
**relevant (1)**
137:24
**remaining (3)**
119:10 144:20
161:13
**remember (2)**
122:10 167:17
**remind (1)**
138:25
**repeat (2)**
122:6 136:20
**report (6)**
147:3,7 171:6
192:14,16
204:20
**reported (6)**
172:16,23
173:3,7,18,21
**reporter (2)**
117:9 223:6
**reporting (1)**
173:2
**reports (2)**
146:19 147:13
**request (11)**
132:24 133:9
137:19 138:3
140:25
145:12,20
146:14
147:24
222:11,13
**requested (8)**
121:4 122:9
136:23 138:6
138:19
145:20
156:21
158:19
**requests (4)**
140:6 141:3
144:18,20
**require (1)**

191:17
**required (5)**
170:6 171:5
181:16
182:23 183:2
**requires (1)**
145:11
**resorted (1)**
116:17
**respect (1)**
158:14
**respond (1)**
147:25
**response (11)**
131:22 133:7,8
133:20 134:6
134:7,22
138:5 140:5
145:17
146:15
**responses (6)**
133:24 141:2,3
141:5 144:19
222:12
**responsibiliti...**
188:10
**responsible (3)**
185:23,24
188:12
**responsive (1)**
146:19
**rest (1)**
181:19
**result (1)**
215:16
**retrieve (2)**
128:14,17
**return (1)**
182:23
**returned (2)**
179:8 183:4
**review (1)**
176:24
**reviewed (1)**

224:2
**right (18)**
119:20 121:19
122:10 123:6
123:15
124:24 127:9
142:21
144:24
148:13
158:15
162:23 165:5
170:9,11
179:18 210:8
217:5
**right-hand (3)**
119:23 122:17
123:24
**Rimeholtz (2)**
205:20 214:7
**ringing (1)**
209:11
**Road (2)**
174:22,23
**rods (1)**
185:18
**round (1)**
157:2
**rules (1)**
116:23
**run (5)**
166:11 178:13
178:16
187:18
190:15
**running (4)**
166:15 170:9
170:11 187:2

———— **S** ————

**S (5)**
115:2 116:2,2
116:2 222:7
**sake (1)**
141:20

**sales (1)**
189:10
**salesperson (1)**
189:14
**Saturday (1)**
180:14
**Saturdays (3)**
190:10,12,13
**Saul (2)**
207:24 216:7
**save (4)**
199:25 200:4
200:17
202:22
**saw (10)**
143:3 144:7,9
183:25 184:7
184:7 188:13
206:7 211:20
214:9
**saws (15)**
166:13 183:9
183:15
184:23 185:5
185:15,24
186:10
187:12,13,15
187:18,21
188:3,15
**saying (6)**
185:21 191:18
204:7 206:11
218:14 219:6
**says (22)**
121:12 122:18
123:7,21
124:23
126:14
145:17
146:17
150:11,13
151:13
152:20 156:7
156:9 178:8

179:4 206:12
209:20,22,22
210:4 224:2
**schedule (1)**
180:21
**scroll (3)**
143:2,2 158:10
**Seacliff (1)**
175:6
**search (7)**
128:23 135:18
136:17
139:24
140:16
141:23
144:14
**searched (2)**
141:12 144:12
**searching (3)**
142:4 144:8,8
**season (3)**
157:8,14,16
**seasonally (3)**
157:5,6,7
**second (17)**
119:21 122:14
122:18
126:13
131:16
132:24 133:9
152:9 164:25
192:20
194:11,14,24
208:23
219:23
222:10,12
**section (2)**
133:16 135:24
**see (35)**
119:23 120:4
121:12,20
122:13,15,20
122:22,23
123:4,8,24

124:2,12,14
125:14,17
126:13
133:16
146:21,25
148:6,7,20
152:10,20,25
166:18
176:25 177:6
177:8 184:7
184:10
207:10 210:8
**seeing (1)**
191:25
**seen (3)**
121:7 183:23
184:12
**Service (5)**
114:10,11,12
114:12
150:12
**set (3)**
212:15,17
223:23
**seven (6)**
137:15 146:15
146:24
152:13
187:22 188:3
**sharp (1)**
192:23
**sharpen (3)**
183:12,14
188:18
**sharpened (1)**
184:8
**sharpening (1)**
183:8
**sheet (3)**
154:8,23 224:1
**sheets (32)**
127:16,18,21
127:23
128:15 129:8

129:13,16,21
129:22,23
132:13,19
134:12,19
135:3,8,9,18
136:18
137:11
153:18
154:17 155:3
155:12
162:12
196:20,23,24
197:2,4,6
**shocked (1)**
206:19
**SHORE (2)**
114:11,12
**Shorthand (1)**
223:6
**shortly (1)**
138:23
**show (13)**
118:17 123:13
158:23
161:22
164:12,18
166:6 170:14
193:20 195:3
204:2,11
216:15
**showed (2)**
127:16 142:8
**showing (6)**
132:15 134:14
163:15
164:14
196:25 197:3
**shows (4)**
151:23 162:25
204:23
219:25
**side (6)**
121:11 122:17
123:24 170:3

210:22,22
**sides (1)**
169:6
**sign (1)**
175:20
**Signature (1)**
224:23
**similar (5)**
127:24 128:10
154:8,18,19
**similarly (1)**
114:5
**single (5)**
124:6 141:10
158:12
198:12
218:23
**sir (2)**
117:5 161:11
**sit (1)**
179:22
**sitting (1)**
167:5
**situated (1)**
114:5
**situation (1)**
205:23
**six (4)**
137:14 152:12
167:8 188:2
**skip (2)**
207:19,20
**small (7)**
135:21 141:16
168:13
186:20,23
190:18,19
**smaller (1)**
187:20
**smart (1)**
179:11
**Smithtown (1)**
115:9
**somebody (5)**

199:14 201:5
202:17
207:15
213:24
**soon (2)**
136:4,9
**sorry (9)**
140:10 141:7,8
142:19 153:4
155:14
168:12
178:24
183:18
**spares (2)**
167:5 185:2
**speak (3)**
127:9 193:24
212:23
**speaks (1)**
152:4
**specialized (1)**
187:15
**specific (12)**
150:10 171:6
172:7,11
173:17 203:9
203:18,25
204:10
208:10
218:11,13
**specifically (7)**
117:18 126:10
127:13
133:15
176:23
177:25 186:8
**spending (1)**
194:17
**spoke (3)**
197:13 208:7,8
**spreadsheets...**
149:8
**ss (2)**
221:5 223:3

**stamped (1)**
119:22
**Stanco (5)**
205:20 213:25
214:2,5,6
**start (8)**
157:4,11,12
166:3 181:11
202:17
212:12 215:3
**started (7)**
132:9 140:15
142:3,5
179:16 203:3
214:22
**starts (1)**
170:12
**state (7)**
114:25 116:5
145:11 169:2
216:22 223:3
223:7
**stated (1)**
219:2
**statement (1)**
203:8
**statements (7)**
176:12,13,16
176:21,24
177:12,17
**states (3)**
114:2 125:19
221:4
**stating (1)**
181:2
**station (1)**
175:7
**stations (4)**
174:11,14
175:16,23
**stay (8)**
167:2 201:16
214:10,18
215:4,11,17

215:24
**stayed (1)**
160:2
**steady (1)**
202:18
**steal (1)**
186:3
**steel (1)**
185:18
**stenographic...**
223:16
**stenographic...**
223:14
**Steve (7)**
142:22,25
143:20
152:14
173:12
179:17 220:7
**STEVEN (1)**
115:6
**STIHL (2)**
187:16,17
**stop (3)**
183:12 205:11
207:5
**stored (8)**
135:11 148:3
184:22
185:11 186:9
186:10,12,14
**story (1)**
208:11
**street (4)**
174:19,21
198:25
213:12
**stub (3)**
125:4 216:19
218:24
**stubs (3)**
160:14 218:17
218:19
**stuck (1)**

November 14, 2025

[Page 240]

168:24
stuff (2)
135:25 186:25
stump (2)
186:22,23
Subscribed (2)
221:20 224:23
SUFFOLK (1)
223:4
suing (1)
121:16
supposed (4)
159:4 168:23
170:10
203:15
Supreme (1)
115:9
sure (22)
119:2 121:23
123:2,11
126:5 135:4
149:16,17
155:11 166:8
170:8,11
172:5 187:8
188:16 190:6
206:25
209:24
210:24,25
211:6 215:6
survive (1)
212:15
swing (1)
157:17
sworn (6)
116:4,12
221:20
223:12 224:1
224:23
system (4)
205:14,15,17
206:11

——————
—— T ——

T (5)
116:2 221:2
222:7 223:2,2
take (14)
116:21 118:23
128:4 152:9
171:17
181:10 183:6
186:5,6
193:22
194:22 195:2
209:6,13
taken (8)
114:22 117:9
131:20
165:19 205:9
221:9 223:14
224:2
talk (8)
130:15 131:15
131:18
141:20
178:25
179:22
208:22 213:3
talked (1)
180:21
talking (6)
120:3 122:17
156:22 188:6
194:16 201:7
tangible (1)
148:4
tax (1)
145:3
taxes (2)
200:2 217:5
team (2)
166:24,25
teams (1)
191:2
technician (1)
143:17
Teddy (3)

131:21 207:25
208:9
tell (18)
130:25 151:18
158:6,7,25
165:24
188:24,25
194:25
199:11
204:14
206:23
207:24
208:11 209:8
213:13
214:15,17
telling (2)
215:11,16
ten (3)
173:11 193:23
194:17
terms (3)
160:25 179:8
187:18
test (1)
144:15
testified (6)
116:7 137:3
154:5,16
155:2 219:5
testify (3)
117:24 118:9
137:12
testimony (9)
203:12,15
204:4 219:4
221:9 223:9
223:13,14
224:3
text (19)
137:21 138:20
138:21,22
139:4,13,24
140:16
141:10,13

142:8,12,15
143:4,7,12,25
144:12
210:10
texting (1)
166:3
thank (4)
116:19 119:19
150:21 220:4
theirs (1)
204:8
Theodore (9)
114:12,21
116:11 221:7
221:18 222:4
223:9 224:1,1
thing (5)
157:17 166:15
180:20
206:17
207:20
things (3)
139:20 186:17
209:25
things,' (1)
148:4
think (12)
118:8,11 167:8
178:12,15,16
200:20 205:8
211:14,16
212:10 219:3
third (5)
124:13 152:21
154:21 175:5
175:6
thorough (1)
137:7
thought (4)
136:4,5,15
137:6
thousand (1)
187:19
three (19)

127:11 133:17
133:25 134:3
141:8,8,9
144:19
157:15
165:22
174:11,13
175:24 182:9
182:15
190:19
205:22
210:13
217:18
time (34)
114:24 117:15
118:23 126:4
126:10,23
127:4 135:3,8
135:9 137:24
140:14,19
144:11 156:5
166:18
171:23 177:8
179:18 181:5
191:23
192:18,21,24
206:17
210:15,23
211:3 217:9
218:24
219:13 220:5
220:8 223:11
times (13)
171:20,23,25
172:15 173:7
176:17
184:12
190:12
191:21
193:10 195:6
195:9 207:13
tires (1)
186:16
title (2)

November 14, 2025

[Page 241]

**title (2)**
120:20 121:2
**titled (2)**
125:13 149:21
**today (26)**
116:12 117:2
  117:24 118:4
  118:10 121:8
  129:13 130:3
  131:4,10
  132:5,6
  139:16,22,23
  140:3,15,20
  141:15 144:7
  144:16 147:2
  147:8 149:7
  169:10
  176:21
**today's (1)**
165:20
**told (14)**
139:10 141:21
  189:2 199:6,8
  204:15 209:6
  210:15 212:5
  214:10,12,23
  215:4,24
**ton (1)**
215:9
**top (3)**
124:3 160:13
  185:16
**total (10)**
160:25 161:7
  161:14 162:5
  162:7 164:7,8
  165:9 167:3,7
**touched (1)**
184:13
**tow (2)**
168:17,21
**track (4)**
195:5,8,13,15
**transcript (4)**

134:15 221:8
  221:11 224:2
**transcription...**
223:15
**transition (2)**
130:24 186:16
**Transportati...**
169:3
**travel (3)**
182:10,18
  194:4
**tree (7)**
114:10,11,12
  114:12
  150:12 162:9
  186:18
**trees (1)**
188:7
**tried (1)**
207:14
**Trimmers (2)**
185:7,8
**truck (7)**
168:7,10,13
  174:2 184:25
  184:25
  185:12
**trucks (14)**
135:25 166:14
  166:22,24,25
  167:3,7,25
  169:16
  182:14,15
  183:6 185:22
  194:7
**true (7)**
134:4,8 135:5
  141:5 221:11
  221:15
  223:15
**truth (4)**
181:8 206:8
  207:16
  208:12

**truthful (1)**
134:2
**truthfully (2)**
117:24 118:9
**trying (2)**
123:19 127:3
**turn (4)**
119:21 133:16
  134:17 137:9
**turning (1)**
120:19
**two (49)**
133:13,24
  135:20
  137:19 138:4
  157:15
  164:15,24
  165:5,10,11
  166:24,25
  167:15,18
  168:14
  171:23
  178:17
  182:14,14,14
  182:15
  186:19,19
  187:23
  190:15,24,24
  191:9,9,11,17
  191:18,23
  205:22 209:7
  211:20
  214:11,20,21
  215:5,17,25
  216:2,4 218:7
  218:15,22
  219:3
**type (7)**
127:21 129:12
  167:22
  175:25
  187:13
  207:20
  212:21

**typical (4)**
165:24 166:2
  166:17,19

___

**U**

___

**understand (...**
117:2,10,20
  122:6 127:3
  132:2,3 140:9
  148:11
  154:12
  155:15
  180:18
  202:21
  205:13
  215:14
**understandi...**
180:6 188:21
**understood (3)**
117:19 180:12
  180:20
**unemployed ...**
211:8
**unemployme...**
202:23 211:2
  211:11,13,15
  211:18,22
  213:16,17,18
  213:22
**UNITED (2)**
114:2 221:4
**upset (1)**
142:3
**upstairs (2)**
128:20 135:23
**use (5)**
132:18,19
  147:14
  169:17,19
**usually (7)**
182:14 183:11
  185:14,15
  187:3 190:13
  191:11

___

**V**

___

**vacation (1)**
207:8
**Valley (1)**
175:2
**Vasquez (13)**
114:4 143:13
  152:2,11
  159:7,21
  164:21 165:7
  207:4,6
  209:19 211:3
  217:6
**Vasquez's (1)**
165:2
**vehicle (12)**
170:9,11,15,19
  170:23 171:3
  174:10
  182:19,24
  194:3,4,5
**vehicles (19)**
167:10,22
  168:17 169:6
  169:9,21,24
  169:25 170:2
  170:5 173:24
  174:5 176:17
  177:2,7,9,13
  177:18
  182:11
**verbal (1)**
117:7
**verification (1)**
144:23
**versus (1)**
196:6
**Veterans (1)**
114:16
**Villalobas (1)**
207:24
**virtually (1)**
158:11
**voluntarily (1)**

206:10

**W**

**W (1)**
221:2
**W-4 (1)**
145:2
**wage (2)**
149:23,24
**wait (1)**
193:11
**wake (1)**
166:2
**want (25)**
118:19 122:6
128:3 130:13
130:20,23
132:8 138:8
141:22
153:21 178:8
178:9 197:15
197:16 198:5
205:7 206:21
207:16,18,21
207:22,25
208:10
209:20
210:11
**wanted (13)**
116:13 118:13
178:6,7
179:21,23
191:5 197:13
197:16,18,23
197:24 199:8
**wants (1)**
179:5
**wasn't (5)**
197:20 201:15
201:16 211:4
216:5
**way (5)**
122:16 125:15
125:16 130:3

223:20
**week (16)**
123:10 124:7
135:10 163:2
178:10,11
196:10
207:10
216:18
217:22,24
218:2,7,15,22
219:25
**weekday (2)**
181:23 188:21
**weeks (15)**
165:15 209:7
209:14,15,24
210:6 214:11
214:20,21
215:5,17,25
216:2,4,9
**weigh (1)**
168:15
**went (15)**
135:22 144:10
157:16 172:8
178:17,18
186:9 187:5
190:5 207:12
207:23
210:25
213:14,23,24
**weren't (4)**
179:2 193:8
209:11
210:16
**WHEREOF ...**
223:22
**wintertime (1)**
219:8
**withheld (1)**
146:20
**witness (22)**
128:5 132:6,15
133:19 134:3

134:15
138:10
146:22
150:19
160:20
178:24
187:25 197:4
201:12 205:3
205:6 208:12
220:6 222:3
223:12,22
224:23
**wonder (1)**
152:16
**word (2)**
193:6 204:8
**words (2)**
157:5 177:24
**work (61)**
125:2,22
127:12
135:10
138:23,24
139:11
142:10 145:5
150:9 153:10
157:2,5,6,15
157:16,20
158:3,8 174:2
179:11,24
181:9,9
182:12,20
189:10 191:5
192:19
199:14
201:17 202:6
203:3 204:16
207:2,16,22
209:21 210:9
210:11,12,20
212:6 213:14
213:15,23
214:2 215:7,9
215:10

216:11,18
217:6,11,13
218:14,20
219:6,10,12
219:20
**workday (7)**
126:25 137:22
137:23 182:3
182:5 192:2
204:24
**worked (54)**
123:9,13 124:9
124:9,17,20
125:11,19
126:8,15,19
134:20 153:8
153:11 157:7
157:22
158:11,22
160:25 161:3
161:9,16
162:8,22
163:2,12
165:7,22
180:14,24
181:23
182:17
188:20
201:19,22
202:16
203:20
205:18,19,19
205:20 214:5
217:16,20,22
217:23 218:7
218:16,22
219:2,11,15
219:19,24
**worker (1)**
202:19
**workers (10)**
127:8 142:6
145:4 150:16
187:10

197:11,17,25
199:16
202:13
**Workers' (8)**
200:4,7,10,12
200:22,23
201:21 202:8
**working (14)**
127:7 130:7
157:4 202:18
202:19
205:11 207:5
207:7 212:12
212:25
213:13
214:23 215:4
215:21
**works (4)**
151:11 205:21
212:10 214:9
**workweek (18)**
122:12 123:14
123:22
124:21 125:3
126:16
153:14
157:23 158:4
158:12
162:24
216:11 217:7
217:11,13,20
217:21
219:21
**workweeks (2)**
125:18,24
**wouldn't (6)**
118:9 179:11
179:24
199:11,17
212:5
**write (1)**
127:15
**writing (1)**
195:11

**written (1)**
217:19
**wrong (2)**
170:13 214:13

**X**

**X (4)**
114:3,15 222:2
222:7

**Y**

**yard (36)**
127:10 129:6
136:14 167:6
171:9,11,15
171:18,21
172:4,8,12,17
172:24 173:2
173:4,7,18,22
182:5,7,11,19
182:23 183:4
183:20
184:18
189:22,24
190:4,9,13
195:20
204:12,17,20
**year (11)**
128:11 134:20
156:4 157:2
157:10,18
172:10,20
173:3,8 194:9
**years (6)**
157:13 167:17
172:23,25
188:2,4
**York (12)**
114:2,17,25
115:5,5,9
116:6 145:10
169:2 221:5
223:3,7

**Z**

**0**

**1**

**1 (11)**
118:16 119:6
119:14
127:19,25
128:11
132:16 154:9
154:18
156:13
196:21
**1:00 (3)**
181:10,11,24
**1:30 (2)**
166:7 190:14
**10 (8)**
156:2,8 162:17
162:25 163:6
163:8,13
206:14
**10979 (1)**
158:5
**11 (5)**
159:21,25
160:5 163:16
164:10
**11/14/2025 (1)**
224:2
**11:05 (1)**
114:19
**116 (1)**
222:4
**11743 (1)**
115:5
**11787 (1)**
115:9
**11th (2)**
122:13,21
**12 (3)**
164:19 165:16
217:3
**12:00 (4)**
181:9,10,10,24

**13 (2)**
164:20 165:16
**132 (1)**
222:10
**133 (1)**
222:12
**133C (1)**
115:5
**1347 (1)**
122:15
**14 (2)**
114:18 221:10
**16 (1)**
161:3
**16th (1)**
161:10
**174 (1)**
161:7
**1747 (1)**
114:16
**18 (8)**
132:23 133:2,7
134:25
137:19
145:22 155:7
222:10
**19 (9)**
133:6,10,13,25
137:18
139:23 155:7
155:10
222:12
**1995 (6)**
167:11,12,18
167:23
168:19,20
**1996 (3)**
167:12 168:3
168:20
**1st (5)**
129:9,17
136:19
137:11
157:21

**2**

**2 (3)**
115:9 118:16
196:21
**2:00 (2)**
180:13 220:8
**2:23-cv-0920...**
114:8
**2:30 (1)**
166:7
**20 (5)**
134:17,18
206:14
209:18
224:24
**2004 (2)**
167:13 168:6
**2006 (3)**
167:14 168:8
168:12
**2007 (2)**
167:15 168:11
**2015 (2)**
161:4,10
**2016 (1)**
162:2
**2017 (10)**
134:21 154:24
155:3,7
157:21
171:17,17,20
172:4,8
**2018 (5)**
154:24 155:9
172:10,16
190:22
**2020 (4)**
129:9,17
136:19
137:11
**2021 (7)**
122:2,13,22
126:24 127:6
128:2,11

**2023 (5)**
129:17 166:23
167:3 172:11
172:16
**2024 (2)**
129:20 132:7
**2025 (10)**
114:18 116:16
129:24 132:8
139:23 140:3
140:11
221:10,21
223:23
**21 (2)**
134:19,24
**22 (2)**
137:9,15
**24 (1)**
118:6
**25th (1)**
223:23
**27.6 (1)**
125:2
**27.68 (2)**
124:20,24
**27.8 (1)**
124:23
**27th (1)**
116:16
**29 (2)**
140:3,11
**29.65 (9)**
123:7,9,13
124:12
125:19,23
126:6,15,19

**3**

**3 (2)**
118:16 196:21
**3:00 (5)**
177:16,18
180:8 181:24
188:20

November 14, 2025

[Page 244]

**3:30 (1)**
 182:9
**32 (8)**
 153:11,17
   154:22 158:9
   158:11 161:7
   162:23 163:2
**351.38 (1)**
 124:3
**351.39 (1)**
 124:2
**366.60 (1)**
 217:4
**38 (1)**
 124:5

---
**4**

**4 (6)**
 118:16 119:6
   127:20,25
   128:11
   196:22
**4/11/24 (1)**
 150:14
**4/17/2021 (1)**
 126:11
**4:30 (1)**
 203:20
**415.10 (1)**
 123:21

---
**5**

**5 (3)**
 118:18 119:14
   148:9
**50 (2)**
 171:25 173:14
**550 (4)**
 167:15 168:11
   168:12,21
**59 (1)**
 137:17

---
**6**

**6 (10)**

149:19 151:18
   152:24
   154:21
   155:18,19
   156:16,23
   158:3,15
**600 (1)**
 187:20
**68 (1)**
 124:25

---
**7**

**7 (1)**
 158:24
**7,000 (1)**
 168:16
**7:00 (1)**
 203:3
**7:20 (1)**
 166:3
**7:30 (1)**
 166:3
**7:34 (1)**
 150:14

---
**8**

**8 (1)**
 160:12
**8:00 (7)**
 127:10 177:13
   180:8,13
   181:23
   204:16,17
**8:15 (5)**
 166:5,19
   192:23 193:9
   193:17
**8:30 (6)**
 127:11 166:5
   166:19
   194:19,20,21
**800 (1)**
 187:19
**83 (2)**
 119:23 120:2

**84 (3)**
 120:3,4 124:19
**86 (3)**
 125:12,13
   126:11
**87 (1)**
 125:13

---
**9**

**9 (3)**
 161:23,24
   162:12
**92 (4)**
 120:22 121:10
   125:15,16
**93 (3)**
 120:21,22
   121:2
**99 (1)**
 192:23