UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OSCAR CRUZ, MYNOR POLANCO AND CARLOS
VASQUEZ individually and on behalf of all others
similarly situated,

Plaintiffs,

-against-                          **ORDER**
                                                             23-CV-9200 (GRB) (ARL)

DEMARCO BROS LANDSCAPING & TREE SERVICE
CORP doing business as Frank Giovinazzo Tree Service
doing business as Frank Giovinazzo North Shore Tree
Service doing business as North Shore Tree Service and
THEODORE PASSELIS,

Defendants.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

Before the Court is the motion of the defendants dated March 13, 2026, seeking a two-week extension of the fact discovery deadline of March 13, 2026, and an extension of the dispositive motion deadline, the deadline for submission of the joint pretrial order and an adjournment of the final conference. According to the defendants, the plaintiffs have failed to provide them with proof of identity. They claim that they cannot determine with certainty whether the payroll records correspond to the individuals named in the complaint because the names differ slightly. The plaintiffs oppose the motion and have cross-moved for a protective order with respect to the defendants' request for "identification cards." The plaintiffs acknowledge that they failed to oppose the defendants' prior motion to compel responses to the defendants' post-deposition discovery requests, but argue, nonetheless, that the request for identification cards is improper.

The Court agrees that the request is unnecessary. The defendants' purported confusion is based on alleged discrepancies with respect to Oscar Cruz and Carlos Vasquez's names in the Complaint. Specifically, plaintiff Oscar Cruz appears in certain payroll records as "Oscar Cruz Mejia," and plaintiff Carlos Vasquez appears as "Carlos M. Vasquez Lantigua." The plaintiff has explained that in Central America an individual has a given name and "double surnames" – the father's surname followed by the mother's surname. Counsel has offered to have his clients bring identification with them at the time of trial to show to the trial judge, which the Court finds sufficient. Accordingly, the defendants' motion is denied and the plaintiffs' cross-motion for a protective order is granted.

With respect to the defendants' motion to extend the balance of the deadline set forth in the Court's February 26, 2026 order, the request is denied as moot. The defendants have already filed a premotion conference letter and District Judge Brown has scheduled a conference for

June 29, 2026.   The deadline for the joint proposed pretrial order and final conference date will remain unchanged.

Dated:  Central Islip, New York       SO ORDERED:
        March 31, 2025       _____/s_____
                              ARLENE R. LINDSAY
                              United States Magistrate Judge