**LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.**
**2 SUPREME COURT**
**SMITHTOWN, NY 11787**
**(516) 739-5838**
**(631) 406-6437**
mgiampilis@giampilislaw.com

April 13, 2026

**VIA ECF**
Hon. Gary R. Brown, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11717

Re:     **Request for Extension of Time to file Defendants' response to Plaintiffs' Pre-Motion Letter and Rule 56.1 Statement**
Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Judge Brown:

Defendants respectfully submit this letter to request an extension of time to respond to Plaintiffs' pre-motion letter and Rule 56.1 Statement.

Pursuant to the Court's March 30, 2026 Order setting a deadline of April 15, 2026, Defendants respectfully request a brief three (3) week extension, through May 6, 2026, to submit their response. Due to the volume of materials submitted by Plaintiffs, including their Statement of Undisputed Facts and supporting exhibits, additional time is required to adequately review the record and prepare a comprehensive response with appropriate citations to admissible evidence.

Defendants have conferred with Plaintiffs' counsel, Steven Moser, who consents only to an extension through April 24, 2026. The parties agree that the Court will make the final determination as to any extension.

This request is made in good faith and not for purposes of delay. This is Defendants' first request for an extension of time for this purpose, and no party will be prejudiced by the requested extension.

Defendants thank the Court for its consideration.

Respectfully Submitted,

*s/ Michael P. Giampilis*
Michael P. Giampilis

cc:    All counsel of record via ECF