UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

Oscar Cruz, Mynor Polanco and Carlos Vasquez,      :    Case No.:  23-CV-09200 (GRB)(ARL)
individually and on behalf of others similarly situated,     :
    :
                  Plaintiffs,     :
    :    **NOTICE OF MOTION TO**
           - against -     :    <u>**WITHDRAW AS COUNSEL**</u>
    :
Demarco Bros Landscaping & Tree Service Corp d/b/a     :
Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo     :
North Shore Tree Service d/b/a North Shore Tree Service,     :
and Theodore Passelis,     :
    :
                Defendants.     :

---------------------------------------------------------------------- X

PLEASE TAKE NOTICE that upon the annexed Declaration of Michael P. Giampilis, Esq., dated April 16, 2026, the undersigned will move this Court before the Honorable Gary R. Brown, United States District Judge of the United States District Court for the Eastern District of New York at the Courthouse for the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on a date determined by the Court, for an Order pursuant to Local Civil Rule 1.4:

1. Granting leave for Michael P. Giampilis and the Law Offices of Michael P. Giampilis, P.C. to withdraw as counsel for Defendants;

2. Staying all conferences and submission deadlines, including the April 24, 2026 deadline for the submission of Defendants' pre-motion letter and Rule 56.1 statement response (D.E. 39 Order), pre-motion conference scheduled for June 29, 2026 (D.E. 36 Order), and the joint proposed pre-trial order due April 30, 2026, along with the final conference scheduled for May 5, 2026 at 11:15am in the February 26, 2026 Order rendered by the

Honorable Arlene R. Lindsay, U.S.M.J (D.E. 33 Order), for a period of forty-five (45)

days to permit Defendants to retain substitute counsel; and

3. Granting such other and further relief as the Court deems just and proper.

Dated: April 16, 2026
       Smithtown, New York

                                        LAW OFFICES OF
                                        MICHAEL P. GIAMPILIS, P.C.

                                        */s Michael P. Giampilis*
                                        By: Michael P. Giampilis (MG3386)
                                        Attorney for All Defendants
                                        2 Supreme Court
                                        Smithtown, New York 11787
                                        (516) 739-5838
                                        (631) 406-6437 fax
                                        mgiampilis@giampilislaw.com


To:    Theodore Passelis (via e-mail and mail)
       14 The Spur
       Locust Valley, NY 11560

       Demarco Bros Landscaping & Tree Service Corp d/b/a
       Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo
       North Shore Tree Service d/b/a North Shore Tree Service (via e-mail and mail)
       14 The Spur
       Locust Valley, NY 11560

       Steven John Moser, Esq. (via e-mail and mail)
       Moser Law Firm, P.C.
       Attorneys for Plaintiffs
       453 W. Main Street
       Huntington, New York 11743
       (631) 759-9766
       steven.moser@moserlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

Oscar Cruz, Mynor Polanco and Carlos Vasquez,
individually and on behalf of others similarly situated,

                        Plaintiffs,

                 - against -

Demarco Bros Landscaping & Tree Service Corp d/b/a
Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo
North Shore Tree Service d/b/a North Shore Tree Service,
and Theodore Passelis,

                        Defendants.

------------------------------------------------------------------------- X

: Case No.:  23-CV-09200 (GRB)(ARL)
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**DECLARATION OF MICHAEL P. GIAMPILIS, ESQ.
IN SUPPORT OF MOTION TO WITHDRAW**

I, Michael P. Giampilis, declare under penalty of perjury as follows:

1. I am a solo practitioner and counsel of record for Defendants Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service ("Demarco Corporation"), and Theodore Passelis ("Passelis") (collectively referred to as the "Defendants") in this action pending before the United States District Court for the Eastern District of New York.

2. Upon information and belief, Mr. Passelis is the sole shareholder and President of Demarco.

3. I submit this declaration in support of my motion to withdraw pursuant to Local Civil Rule 1.4.

4. Good cause exists for withdrawal in this matter. Defendants have failed to satisfy their financial obligations for legal fees and expenses despite repeated demands and reasonable

opportunities to cure. Further, Defendants have at times failed to cooperate in their defense, including extended periods of non-responsiveness to counsel's requests, thereby impairing counsel's ability to provide continued representation.

5. As a solo practitioner, Defendants' continued failure to pay its outstanding legal fees has adversely affected the Firm financially. Continued representation without payment will further impair my ability to meet ongoing business expenses and obligations.

6. On or about, January 23, 2024, Defendants entered into a retainer agreement for the payment of legal services with the Law Offices of Michael P. Giampilis, P.C (the "Firm").

7. Since then, I have communicated directly with Mr. Passelis throughout the course of this litigation regarding the outstanding legal fees due and the status of this matter. Most recently, I spoke with Passelis on April 14, 2026 and April 15, 2026 concerning the status of this case and my continuing request for payment of open invoices, which are substantial.

8. During those recent conversations, Mr. Passelis acknowledged that he owes the Firm a substantial sum for legal services rendered, did not contest the amounts due for those legal services, and confirmed that he does not have the financial ability to satisfy those obligations. A copy of this Firm's Statement of Account for unpaid legal services for Defendants can be provided to this Court *in camera* if so desired.

9. In addition, Mr. Passelis has, on multiple prior occasions in the past, represented that payment would be forthcoming; however, such promised payments were not made.

10. Mr. Passelis was also, at times, non-responsive for extended periods during the course of this representation. While I understand, through my conversation with Mr. Passelis, that

such lapses were attributable to the undeniable stress and fatigue on Passelis associated with this litigation, this lack of responsiveness at times impaired my ability to effectively represent and defend Defendants in this action.

11. During our April 14, 2026 and April 15, 2026 telephone conversations, I advised Mr. Passelis that, in light of the substantial outstanding unpaid legal fees, I intended to seek leave of Court to withdraw as counsel. Mr. Passelis stated that he understood and did not object to my withdrawal as counsel in this case.

12. In light of the foregoing, the attorney-client relationship has deteriorated to the point where continued representation is unreasonably difficult, and the granting of an Order permitting this firm's withdrawal as counsel is warranted. Aragon v. Shaibani, 138 A.D.3d 649, 29 N.Y.S.3d 68 (2nd Dept., 2016).

13. Despite Passelis' inability to pay the amounts due in connection with this action, this Firm did continue its representation of Defendants throughout discovery in order to minimize any prejudice that might result from withdrawal. However, at this stage of the litigation, if the Law Offices of Michael P. Giampilis, P.C. is ordered to continue to represent Defendants without compensation it would impose a great financial burden on the Firm. Spadola v. New York City Transit Authority, 2002 WL 59423 (S.D.N.Y., 2002).

14. Defendants in this action include both an individual, Passelis, and a corporate entity, Demarco. I am mindful that a corporation may not proceed pro se and must appear through licensed counsel.

15. Passelis has been advised that the Demarco Corporation is required to retain substitute counsel in order to continue participating in this action and that failure to do so may result in default or other adverse consequences.

16. Passelis, has also been advised of his right to retain new counsel or proceed pro se, individually.

17. Defendants have been notified of this motion and this application is made on notice to Defendants at their last known address: 14 The Spur, Locust Valley, NY 11560.

18. The Court has set deadlines of April 24, 2026 deadline for the submission of Defendants' pre-motion letter and Rule 56.1 statement response (D.E. 39 Order), pre-motion conference scheduled for June 29, 2026 (D.E. 36 Order), and the joint proposed pre-trial order due April 30, 2026, along with a final conference scheduled for May 5, 2026 at 11:15am in the February 26, 2026 Order rendered by the Honorable Arlene R. Lindsay, U.S.M.J (D.E. 33 Order).

19. In light of these imminent deadlines, I respectfully request that the Court stay those obligations for a period of forty-five (45) days to permit Defendants to secure substitute counsel.

20. Discovery in this matter has recently concluded, and no trial date has been scheduled. As such, it is posited that withdrawal at this point of the instant litigation will not unduly prejudice any party provided that a short stay is granted.

21. A retaining or charging lien is not being asserted.

22. No prior application for the relief requested herein has been made.

WHEREFORE, I respectfully request that the Court grant this motion in its entirety, together with such other and further relief as the Court deems just and proper.

Dated: April 16, 2026
 Smithtown, New York


 */s Michael P. Giampilis*