**LAW OFFICES OF MICHAEL P. GIAMPILIS, P.C.**
**2 SUPREME COURT**
**SMITHTOWN, NY 11787**
**(516) 739-5838**
**(631) 406-6437 fax**
mgiampilis@giampilislaw.com

April 22, 2026

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11717

Re:    **Letter Motion Seeking Stay of Upcoming Court Deadlines Pending Determination of Defendants' Counsel's Motion to Withdraw as Counsel**
Cruz, et al. v. Demarco Bros. Landscaping & Tree Service Corp., et al.
United States District Court, EDNY Case No. 2:23-cv-9200 (GRB) (ARL)

Dear Justice Lindsay:

Pursuant to your Honor's Individual Rules and Practices, Defendants respectfully submit this letter in connection with counsel's pending unopposed motion to withdraw as counsel, which was filed on April 16, 2026, and remains pending before the Court. For purposes of clarification, no oral argument was requested in connection with that motion.

Defendants write to bring to the Court's immediate attention an imminent scheduling issue. There is currently a deadline of April 24, 2026 for the submission of Defendants' Rule 56.1 Statement and response to the pre-motion conference letter (D.E. 39 Order). In addition, a joint proposed pretrial order is due on April 30, 2026, and a final conference before the Court is presently scheduled for May 5, 2026 at 11:15 a.m. (D.E. 33 Order).

In light of the pending motion to withdraw, Defendants respectfully request a temporary stay or adjournment of all upcoming deadlines and conferences until the Court has rendered a decision on the motion. Proceeding under the current schedule may result in practical and procedural prejudice to Defendants in light of counsel's anticipated withdrawal and the need to secure and transition to successor counsel.

This request is made solely to ensure orderly case management and to avoid unnecessary motion practice or disruption to the Court's calendar.

Counsel further advises that I spoke this morning with plaintiff's counsel, Steven Moser, Esq., regarding the pending motion to withdraw (D.E. 40 and 41) and the instant application. Mr. Moser confirmed that Plaintiffs will not oppose the motion to withdraw and consent to this

instant application seeking a stay of all current deadlines and conferences pending the Court's determination of the motion. Likewise, Theodore Passelis, the individually named defendant, does not oppose the relief requested in this application.

We thank the Court for its time and consideration.

Respectfully submitted,

*s/ Michael P. Giampilis*
Michael P. Giampilis