UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

Oscar Cruz, Mynor Polanco and Carlos Vasquez,          :    Case No.:  23-CV-09200
individually and on behalf of others similarly situated,   :    (GRB)(ARL)
                                                       :
                                  Plaintiffs,          :
                                                       :    **AFFIDAVIT OF SERVICE**
                   - against -                         :    **BY MAIL**
                                                       :
Demarco Bros Landscaping & Tree Service Corp d/b/a      :
Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo   :
North Shore Tree Service d/b/a North Shore Tree Service,  :
and Theodore Passelis,                                 :
                                                       :
                                  Defendants.          :

------------------------------------------------------------------------- X

STATE OF NEW YORK          }
                           }
COUNTY OF SUFFOLK          }

ASHLEY DIRESTA, being duly sworn deposes and says:

1.      That deponent is over 18 years of age and is the office manager for the Law Offices of Michael P. Giampilis, P.C. located at 2 Supreme Court, Smithtown, New York 11787, attorneys for defendants, Demarco Bros Landscaping & Tree Service Corp d/b/a Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo North Shore Tree Service d/b/a North Shore Tree Service, and Theodore Passelis.

2.      That on May 13, 2026, deponent served a true copy of the May 12, 2026 Order rendered by Justice Arlene R. Lindsay, U.S.M.J. granting the Law Offices of Michael P. Giampilis P.C.'s Motion to Withdraw as Counsel in this action upon:

Theodore Passelis (via e-mail and mail)
14 The Spur
Locust Valley, NY 11560
theopassel@aol.com

Demarco Bros Landscaping & Tree Service Corp d/b/a

Frank Giovinazzo Tree Service d/b/a Frank Giovinazzo
North Shore Tree Service d/b/a North Shore Tree Service (via e-mail and mail)
14 The Spur
Locust Valley, NY 11560
theopassel@aol.com

by depositing a true copy thereof, enclosed in a properly addressed wrapper, postpaid, by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, via the Court's Electronic Document Filing System and via electronic mail to theopassel@aol.com.

_____
ASHLEY DIRESTA

Sworn to before me this
13th day of May, 2026

_____
NOTARY PUBLIC

MICHAEL P. GIAMPILIS
Notary Public. State of New York
No. 02GI6086632
Qualified in Queens County
Commission Expires January 27, 20___