

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606

TEL:   (914) 949-2909
FAX:   (914) 949-5424
www.eckertseamans.com

Nicholas Pasalides, Esq.
Direct Dial: (914) 286-2851
npasalides@eckertseamans.com

June 19, 2026

***Via ECF***

Hon Magistrate Arlene Rosario Lindsay,
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York

> **Re:**    *Cruz et al v. Demarco Bros Landscaping & Tree Service Corp et al*
> Case No.:  1:23-cv-09200-GRB-ARL

Dear Magistrate Lindsay,

Our firm has recently been retained by the defendants, Demarco Bros Landscaping & Tree Service Corp and Theodore Passelis (the "Defendants"), in the above-mentioned matter.

In light of this recent retention, Defendants respectfully request a two-week extension to allow undersigned counsel to review the record, confer with the clients, and efficiently assume responsibility for the defense. The forgoing will also provide an opportunity to reestablish mutual dates for Plaintiff's proposed motion for summary judgment or in lieu thereof seek a potential resolution of this matter.

We have reached out to Plaintiff's counsel but, as of the date of this submission, the parties have not yet connected. The requested two-week extension is narrowly tailored to permit a prompt and orderly transition, will facilitate productive discussions regarding scheduling and potential resolution, and will not result in any prejudice to the Plaintiffs.

Respectfully,

*/s/Nicholas A. Pasalides*
Nicholas A. Pasalides

cc: Steven John Moser Via ECF only)