

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606

TEL:   (914) 949-2909
FAX:   (914) 949-5424
www.eckertseamans.com

Nicholas Pasalides, Esq.
Direct Dial: (914) 286-2851
npasalides@eckertseamans.com

July 8, 2026

***Via ECF***

Hon Magistrate Arlene Rosario Lindsay,
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York

Re:   *Cruz et al v. Demarco Bros Landscaping & Tree Service Corp et al*
        Case No.:  1:23-cv-09200-GRB-ARL

Dear Magistrate Lindsay,

Our firm is counsel to the defendants, Demarco Bros Landscaping & Tree Service Corp and Theodore Passelis (the "Defendants"), in the above-mentioned matter.

On or about June 22, 2026 the Court entered and Order directing the parties to meet and confer and file a joint letter to the docket by July 3, 2026. The parties did meet and confer on June 24, 2026 via telephone conference. The parties discussed a date of September 15, 2026 for the submission of Defendants' Rule 56.1 Statement and response to the pre-motion conference letter draft. The forgoing would provide the parties with ample time to explore potential resolution of this matter.

We write on behalf of only the Defendants to avoid further delay beyond the Court's July 3, 2026 deadline. Our last contact with Plaintiff's counsel indicated he was preparing a proposed joint letter, but we have not yet received a draft. We have followed up on several occasions and hope Plaintiff's counsel is well.

Respectfully,

*/s/Nicholas A. Pasalides*
Nicholas A. Pasalides

cc: Steven John Moser (Via ECF only)