

**Steven J. Moser, Esq.**
steven.moser@moserlawfirm.com
Direct 631.697.8876

July 10, 2026

**VIA ECF**

Honorable Arlene R. Lindsay
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

**Re: Cruz v Demarco Bros Landscaping & Tree Service Corp**
    **Case No.: 2:23-cv-9200 (GRB)(ARL)**

Dear Judge Lindsay:

I represent the Plaintiffs in the above-referenced matter. Plaintiffs join in the application/status report filed by the Defendants on July 8, 2026 (ECF No. 47)

Respectfully submitted,

*Steven J. Moser, Esq.*
Steven J. Moser

CC: All counsel of record via ECF

**MOSER LAW FIRM, P.C.**
453 West Main Street, Huntington, NY 11743
O: 516-671-1150 | www.moserlawfirm.com