ECKERT SEAMANS ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606

TEL: (914) 949-2909
FAX: (914) 949-5424
www.eckertseamans.com

Nicholas Pasalides, Esq.
Direct Dial: (914) 286-2851
npasalides@eckertseamans.com

October 8, 2026

***Via ECF***

Hon Magistrate Arlene Rosario Lindsay,
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York

Re: *Cruz et al v. Demarco Bros Landscaping & Tree Service Corp et al*
Case No.: 2:23-cv-09200-GRB-ARL

Dear Magistrate Lindsay,

We represent Defendants in the above-referenced matter and submit this letter jointly with counsel for Plaintiffs. The parties respectfully request that the Court schedule an in-person settlement conference and stay all currently pending deadlines until such a time as the at that conference is completed.

The parties have been engaged in good-faith settlement discussions and are confident that this matter can be resolved with the assistance of the Court. An in-person settlement conference before the Court would, in the parties' shared view, materially increase the likelihood of a prompt and complete settlement and conserve both the parties' and the Court's resources.

Accordingly, the parties jointly request that the Court: (1) Schedule an in-person settlement conference at the Court's earliest convenience, with the parties and counsel with full settlement authority in attendance (or available as the Court directs); and (2) Stay all currently pending deadlines until after the settlement conference occurs, so that the parties may devote their resources to resolution rather than continued litigation.

Counsel for both parties are available at the Court's convenience and will promptly provide any additional information that maybe required, including dates of availability for the conference.

We thank the Court for its consideration of this joint request.

Respectfully,

*/s/Nicholas A. Pasalides*
Nicholas A. Pasalides