MOSER LAW FIRM
LABOR LAW | DERECHO LABORAL

**Steven J. Moser, Esq.**
steven.moser@moserlawfirm.com
Direct 631.697.8876

November 24, 2026

**VIA ECF**

Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

**Re: Cruz, Oscar v. Demarco Bros Landscaping & Tree Service Corp**
**Case No.: 2:23-cv-9200 (GRB)(ARL)**

Dear Judge Lindsay:

I represent the Plaintiffs in the above-referenced matter, and submit this joint letter on behalf of all parties. The parties respectfully request that the time to file the PTO be adjourned sine die with the date to be set by the Court, if necessary, at the upcoming settlement conference on December 8, 2026.

This request is made jointly in order to avoid trial preparation costs until the settlement conference is held. No party will be prejudiced by the proposed brief extension, which the parties believe will promote the efficient resolution of this matter.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Steven J. Moser, Esq.*
Steven J. Moser
Moser Law Firm, PC
Attorneys for Plaintiffs

CC: Nicholas Pasalides, Esq.