**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

OSCAR CRUZ, MYNOR POLANCO AND CARLOS VASQUEZ, i*ndividually and on behalf of others similarly situated*,,

*Plaintiffs*,

-v.-

DEMARCO BROS LANDSCAPING & TREE SERVICE CORP D/B/A FRANK GIOVINAZZO TREE SERVICE D/B/A FRANK GIOVINAZZO NORTH SHORE TREE SERVICE D/B/A NORTH SHORE TREE SERVICE, AND THEODORE PASSELIS,

*Defendants*.

Case No. 2:23-CV-09200-GRB-ARL

**NOTICE OF APPEARANCE**

Nicholas Pasalides, Esq., of ECKERT SEAMANS CHERIN & MELLOTT, LLC, an attorney duly admitted to practice law before this Court, hereby enters an appearance on behalf of defendants Demarco Bros Landscaping & Tree Service Corp D/B/A Frank Giovinazzo Tree Service D/B/A/ Frank Giovinazzo North Shore Tree Service D/B/A North Shore Tree Service, and Theodore Passelis and requests that all notices given or required to be served in this case be served upon the above person and that the above person be added to the service list for this case.

Dated: White Plains, New York
November 25, 2026

**Eckert Seamans Cherin & Mellott, LLC**
*Attorneys for Defendants*

By: /s/ Nicholas A Pasalides
Nicholas A. Pasalides
10 Bank Street, Suite 700
White Plains, New York 10606
npasalides@eckertseamans.com
Telephone: 914-286-2851